UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MACK ESCHER, et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, et al.,<br><br>      Defendants. | CIVIL ACTION NO. 1:25-cv-10389<br><br><br>MOTION TO ADMIT<br>PETER A. PATTERSON<br>*PRO HAC VICE* |

  The plaintiffs in the above-captioned matter, in accordance with Local Rule 83.5.3 of the Rules of this Court, hereby respectfully move for the admission of Peter A. Patterson, *pro hac vice*. As grounds therefore, the plaintiffs state:

1. Peter A. Patterson is admitted to practice and is in good standing before the State bars of the District of Columbia and Ohio, and the following federal courts: the United States District Courts for the District of Columbia and Southern District of Ohio; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Federal, and D.C. Circuits; the United States Court of Federal Claims; and, the United States Supreme Court.

2. Peter A. Patterson has reviewed and is familiar with the Local Rules of this Court.

3. The undersigned, an attorney admitted to practice and in good standing before this Court, has appeared in this action.

1

As further grounds therefor, and in support whereof, the plaintiffs rely upon the accompanying affidavit of Peter A. Patterson.

Respectfully submitted,

Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
(617) 383-4652
jason@lawguida.com

Dated: February 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Respectfully submitted,

/s/ Jason A. Guida
Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
(617) 383-4652
jason@lawguida.com

Dated: February 20, 2025

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER, et al., <br><br> Plaintiffs, <br><br> -against- <br><br> COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, et al., <br><br> Defendants. | CIVIL ACTION NO. 1:25-cv-10389 <br><br> DECLARATION OF <br> PETER A. PATTERSON |

I, Peter A. Patterson, hereby declare under penalty of perjury, that the following information is true to the best of my knowledge and state the following:

1. I am an attorney with an office in Washington, DC. I am over 18 years of age and am competent to testify on my own behalf.

2. I am a member in good standing of every bar and court I am currently admitted to practice law before. Specifically, I am a member in good standing of the State bars of the District of Columbia and Ohio, and the following federal courts: the United States District Courts for the District of Columbia and Southern District of Ohio; the United States Courts of Appeals for the First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, Tenth, Eleventh, Federal, and D.C. Circuits; the United States Court of Federal Claims; and, the United States Supreme Court.

3. There are no disciplinary charges pending against me in any jurisdiction. I have never been disciplined or sanctioned by a court or bar association.

4. I have not previously had a *pro hac vice* admission to this court (or any other limited purpose admission) revoked for misconduct.

5. I have never been convicted of any crime.

6. I have reviewed and become familiar with the Local Rules of the United States District Court for the District of Massachusetts.

7. A regular member of the bar of this Court is advancing the present motion and has filed a notice of appearance in this case.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 20th day of February, 2025.

/s/ Peter A. Patterson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
ppatterson@cooperkirk.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2025, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Respectfully submitted,

Jason A. Guida (BBO# 667252)
Principe & Strasnick, P.C.
17 Lark Avenue
Saugus, MA 01960
(617) 383-4652
jason@lawguida.com

Dated: February 20, 2025