UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER, GUN OWNERS' ACTION LEAGUE, COMMONWEALTH SECOND AMENDMENT, FIREARMS POLICY COALITION, INC., SECOND AMENDMENT FOUNDATION, NATIONAL RIFLE ASSOCIATION OF AMERICA, and GUN OWNERS OF AMERICA, INC, <br>　　　Plaintiffs, <br><br>V. <br><br>COLONEL GEOFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, JAMIE GAGNON, in his official Capacity as Commissioner of the Department of Criminal Justice Information Services, and HEATH J. ELDREDGE, in his official capacity as Chief of Police of Brewster, Massachusetts, <br>　　　Defendants | CIVIL ACTION NO. 1:25-cv-10389-GAO |

**MOTION TO CLARIFY**

COMES NOW Plaintiffs, by and through the undersigned counsel, to respectfully move this Court to clarify its order stating that "[t]he court considers attendance of senior lawyers ultimately responsible for the case [at the initial scheduling conference] … to be of the utmost importance." Notice, Doc. 18 (Apr. 17, 2025). In support of this motion, Plaintiffs state:

1. Plaintiffs are represented in this matter by local counsel as well as a national law firm with extensive experience litigating cases, like this one, challenging the constitutionality of a statute under the Second and Fourteenth Amendments to the United States Constitution.

2. Counsel for Plaintiffs currently plan to be represented at the in-person scheduling conference to be held on May 20, 2025, by their local counsel, Mr. Jason Guida, as well

Mr. William Bergstrom, an attorney with significant experience litigating these types of cases.

3. Two more senior attorneys representing Plaintiffs, due to a press of other professional commitments, do not currently plan to attend the scheduling conference, but Mr. Guida and Mr. Bergstrom will have full ability and authority to make commitments for Plaintiffs and their counsel regarding scheduling and all of the other matters to be discussed at the conference under the federal and local rules.

4. Counsel for Plaintiffs have conferred with counsel for defendants about the filing of this motion and Defendants do not oppose.

WHEREFORE Plaintiffs respectfully request that this Court clarify that the non-attendance of two of Plaintiffs' attorneys in this matter does not constitute a "[f]ailure to comply with this [Court's] notice" setting a scheduling conference, *see* Notice, Doc. 18 (Apr. 17, 2025) or, in the alternative, excuse those attorneys from attending the conference.

Dated: April 30, 2025                                    Respectfully submitted,

                                                          /s/ David H. Thompson
                                                          David H. Thompson*
Jason A. Guida (BBO# 667252)                              Peter A. Patterson*
Principe & Strasnick, P.C.                                William V. Bergstrom*
17 Lark Avenue                                            COOPER & KIRK, PLLC
Saugus, MA 01960                                          1523 New Hampshire Ave., N.W.
(617) 383-4652                                            Washington, D.C. 20036
jason@lawguida.com                                        Telephone: (202) 220-9600
                                                          Facsimile: (202) 220-9601
                                                          dthompson@cooperkirk.com
                                                          ppatterson@cooperkirk.com
                                                          wbergstrom@cooperkirk.com

                                                          *Admitted *pro hac vice*

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2025, I filed the foregoing Motion to Clarify via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

                                          Respectfully submitted,

                                          */s/ David H. Thompson*
                                          David H. Thompson

                                          *Counsel for Plaintiffs*