UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER, GUN OWNERS' ACTION LEAGUE, COMMONWEALTH SECOND AMENDMENT, FIREARMS POLICY COALITION, INC., SECOND AMENDMENT FOUNDATION, NATIONAL RIFLE ASSOCIATION OF AMERICA, and GUN OWNERS OF AMERICA, INC, <br>　　　Plaintiffs, <br><br>V. <br><br>COLONEL GEOFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, JAMIE GAGNON, in his official Capacity as Commissioner of the Department of Criminal Justice Information Services, and HEATH J. ELDREDGE, in his official capacity as Chief of Police of Brewster, Massachusetts, <br>　　　Defendants | ) ) ) ) ) CIVIL ACTION NO. 1:25-cv-10389-GAO ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **CERTIFICATION OF CONFERRAL**

The undersigned hereby certifies that I have conferred with counsel in this matter with a view to establishing a budget for the costs of conducting the full course—and various alternative courses—of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4 of this Court's Local Rules.

_____
Mack Escher, Plaintiff

Dated: May 13, 2025                     Respectfully submitted,

1

| | |
|---|---|
| Jason Guida (BBO# 667252) | */s/ William V. Bergstrom* |
| Law Office of Jason A. Guida | David H. Thompson* |
| 17 Lark Avenue | Peter A. Patterson* |
| Saugus, MA 01906 | William V. Bergstrom* |
| (617) 383-4652 | Cooper & Kirk, PLLC |
| jason@lawguida.com | 1523 New Hampshire Ave., N.W. |
| | Washington, D.C. 20036 |
| | Telephone: (202) 220-9600 |
| | Facsimile: (202) 220-9601 |
| | dthompson@cooperkirk.com |
| | ppatterson@cooperkirk.com |
| | wbergstrom@cooperkirk.com |

*Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2025, I filed the foregoing via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

>Respectfully submitted,
>
>*/s/ William V. Bergstrom*
>William V. Bergstrom
>
>*Counsel for Plaintiffs*

3