UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER, GUN OWNERS' ACTION LEAGUE, COMMONWEALTH SECOND AMENDMENT, FIREARMS POLICY COALITION, INC., SECOND AMENDMENT FOUNDATION, NATIONAL RIFLE ASSOCIATION OF AMERICA, and GUN OWNERS OF AMERICA, INC, <br>     Plaintiffs, <br><br> V. <br><br> COLONEL GEOFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, JAMIE GAGNON, in his official Capacity as Commissioner of the Department of Criminal Justice Information Services, and HEATH J. ELDREDGE, in his official capacity as Chief of Police of Brewster, Massachusetts, <br>     Defendants | CIVIL ACTION NO. 1:25-cv-10389-GAO |

## JOINT SCHEDULING STATEMENT

Pursuant to the Court's Order of April 17, 2025, the parties hereto jointly submit the attached as their (Proposed) Joint Scheduling Order to the Court in advance of the May 20, 2025, initial Scheduling Conference.

Pursuant to Local Rule 16.1(b), the parties met and conferred regarding the matters to be addressed at the Court's forthcoming Scheduling Conference, including whether the parties will consent to trial by a magistrate judge. The parties will not consent to trial by a magistrate judge.

Date: May 13, 2025

                                            Defendant,
                                            Heath J. Eldredge, in his official capacity as the
                                            Chief of Police of Brewster, Massachusetts,

                                            By his attorneys,

                                            */s/ Douglas I. Louison*
                                            Douglas I. Louison (BBO# 545191)
                                            Joseph A. Mongiardo (BBO# 710670)

Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
dlouison@lccplaw.com
jmongiardo@lccplaw.com
(617) 439-0305


Plaintiffs,

Mack Escher, Gun Owners' Action League, Commonwealth Second Amendment, Firearms Policy Coalition, Inc., Second Amendment Foundation, National Rifle Association of America, and Gun Owners of America, Inc,

By their attorneys,

*/s/ David H. Thompson*
Jason Guida (BBO# 667252)
Law Office of Jason A. Guida
17 Lark Avenue
Saugus, MA 01906
(617) 383-4652
jason@lawguida.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
**Pro hac vice* forthcoming*
*Attorneys for Plaintiffs*

Defendants,
Colonel Geoffrey,
Commissioner Jaime Gagnon

By their attorneys,

*/s/ Aaron Macris*
Grace Gohlke, Esq.

                                          Aaron Macris, Esq.
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2527
grace.gohlke@mass.gov
aaron.macris@mass.gov

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 13, 2025:

Jason Guida, Esquire
Law Office of Jason A. Guida
11 17 Lark Avenue
Saugus, MA 01906
jason@lawguida.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC 1523
New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Pro hac vice* forthcoming
*Attorneys for Plaintiffs*


                */s/ Aaron Macris*
                Aaron Macris