UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER, GUN OWNERS' ACTION LEAGUE, COMMONWEALTH SECOND AMENDMENT, FIREARMS POLICY COALITION, INC., SECOND AMENDMENT FOUNDATION, NATIONAL RIFLE ASSOCIATION OF AMERICA, and GUN OWNERS OF AMERICA, INC, <br>     Plaintiffs, <br><br> V. <br><br> COLONEL GEOFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts, JAMIE GAGNON, in his official Capacity as Commissioner of the Department of Criminal Justice Information Services, and HEATH J. ELDREDGE, in his official capacity as Chief of Police of Brewster, Massachusetts, <br>     Defendants | ) ) ) ) ) CIVIL ACTION NO. 1:25-cv-10389-GAO ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

[PROPOSED] <u>SCHEDULING ORDER</u>
May 13, 2025

O'TOOLE, G.A

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

**Timetable for Discovery and Motion Practice**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures**. The parties have agreed that due to the nature of the claims and defenses at issue in this suit, initial disclosures are not necessary. Accordingly, the Court relieves the parties of the obligation to make initial disclosures.

2. **Amendments to Pleadings**. Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after **June 1, 2025**.

3. **Fact & Expert Discovery**. Due to the nature of claims and defenses at issue in this case,

the parties agree to perform expedited and concurrent fact and expert discovery. Plaintiffs have disclaimed the need for any affirmative expert reports and, therefore, the first expert discovery deadline is for the Defendants to produce their expert reports.

   a. All requests for production of documents and interrogatories must be served by: **June 20, 2025**. By stipulation of the parties, each side is limited to 1 set of requests for production of documents, comprising no more than 10 requests, and 10 interrogatories.

   b. All depositions, other than expert depositions, must be completed by **July 30, 2025.**

   c. All requests for admissions must be served by **August 27, 2025**. By stipulation of the parties, each side is limited to 10 requests for admissions.

   d. Defendants' expert reports must be disclosed by **September 10, 2025**

   e. Plaintiffs' rebuttal expert reports, if any, must be disclosed by **October 1, 2025**

   f. All discovery must be completed by: **October 22, 2025.**

4. **Obligation to Supplement.** Supplemental disclosures under Fed. R. Civ. P. 26(e) shall be made promptly after the receipt of information by the party or counsel and, in any event, no later than the completion of fact discovery, unless good reason can be shown for why such information was not available.

5. **Close of Discovery Status Conference**. A telephonic status conference will be held on **October 28, 2025, at 2:00 p.m**. By **October 24, 2025**, the parties shall file a status report indicating the current status of the case, including whether the parties intend to file any dispositive motions, whether the parties are interested in mediation, as well as any other matter relevant to the progress of the case

6. **Settlement Conference**. Due to the nature of the claims and defenses at issue in this case, the Court declines to set a date for a settlement conference at this time.

7. **Summary Judgment Motions**.

   a. Motions for summary judgment must be filed by **November 20, 2025**.

   b. Oppositions to summary judgment motions must be filed by **December 18, 2025.**

8. **Pretrial and Trial Deadlines.** The parties agree that this case, which presents purely legal issues, is appropriate for summary judgment. If, after all summary judgment briefs have been ruled upon, there is any portion of this case that is left

for trial, the parties shall meet and confer and propose a schedule for a final pretrial conference and for trial to the Court at that time.

## **Procedural Provisions**

9. **Extension of Deadlines**. All requests to extend or modify deadlines must be made by motion and must state: (1) the original date(s); (2) the number of previous requests for adjournment or extension; (3) whether these previous requests were granted or denied; (4) the reasons for the requested extension; and (5) whether the opposing party consents and, if not, the reasons given for refusing to consent. The motion shall also contain a summary of the discovery, if any, that remains to be taken, and a specific date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion. Motions to extend or modify deadlines will be granted only for good cause shown.

   If the requested extension or modification affects any other scheduled dates, a represented party must submit a proposed revised scheduling order using this template.

   Absent an emergency, any request for an extension or adjournment shall be made at least forty-eight hours prior to the deadline or scheduled appearance.

10. **Motions to Compel or Prevent Discovery**. Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the Court after the relevant deadline has passed, the Court may enter such additional orders relating to discovery as may be appropriate.

11. **Status Conferences**. The Court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that an additional status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

12. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

13. **Early Resolution of Issues**. The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel is encouraged to confer and jointly advise the court of any such issues.

14. **Pretrial Conference**. Lead trial counsel are required to attend any pretrial conference.

15. **Discovery Disputes.** Counsel encountering a discovery dispute are encouraged to request a conference with the court before filing a discovery motion. Counsel who opt to file a discovery motion shall comply with the court's Standing Order on Discovery Disputes.

_____

_____
George A. O'Toole
United States District Judge