UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC.<br><br>       Plaintiffs,<br><br>v.<br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts,<br><br>       Defendants. | CIVIL ACTION<br>No. 1:25-cv-10389-GAO |

**JOINT MOTION FOR REMOTE STATUS CONFERENCE
<u>TO SET FURTHER SCHEDULE</u>**

Pursuant to the Court's Order of May 20, 2025, the parties hereto jointly request that the Court set a remote status conference to set a further schedule in this matter at the Court's convenience anytime during the period of August 19-22 or August 25-29. Counsel for all parties are available for a telephonic or Zoom status conference during those time periods.

The parties report that they are on track to meet all deadlines previously set by the Court in this matter. The parties therefore propose the following further schedule through expert discovery and dispositive motions:

- o Defendants' expert reports must be disclosed by **September 10, 2025**
- o Plaintiffs' rebuttal expert reports, if any, must be disclosed by **October 1, 2025**
- o All discovery must be completed by **October 22, 2025**
- o Motions for summary judgment must be filed by **November 20, 2025**
- o Oppositions to summary judgment motions must be filed by **December 18, 2025**

The parties respectfully request that the Court set a remote status conference and/or adopt the parties' proposed schedule.

Date: July 29, 2025

                Plaintiffs,

                Mack Escher, Gun Owners' Action League, Commonwealth Second Amendment, Firearms Policy Coalition, Inc., Second Amendment Foundation, National Rifle Association of America, and Gun Owners of America, Inc.,

                By their attorneys,

                */s/ David Thompson*
                Jason Guida (BBO# 667252)
                Law Office of Jason A. Guida
                17 Lark Avenue
                Saugus, MA 01906
                (617) 383-4652
                jason@lawguida.com

                David H. Thompson*
                Peter A. Patterson*
                William V. Bergstrom*
                COOPER & KIRK, PLLC
                1523 New Hampshire Ave., N.W.
                Washington, D.C. 20036
                Telephone: (202) 220-9600
                Facsimile: (202) 220-9601

dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Pro hac vice* forthcoming
*Attorneys for Plaintiffs*

Defendants,
Colonel Geoffrey,
Commissioner Jaime Gagnon

By their attorneys,

*/s/ Grace Gohlke*
Grace Gohlke (BBO #704218)
Aaron Macris (BBO #696323)
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2527
grace.gohlke@mass.gov
aaron.macris@mass.gov

Defendant,
Heath J. Eldredge, in his official capacity as the Chief of Police of Brewster, Massachusetts,

By his attorneys,

*/s/ Douglas Louison*
Douglas I. Louison (BBO# 545191)
Joseph A. Mongiardo (BBO# 710670)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
dlouison@lccplaw.com
jmongiardo@lccplaw.com
(617) 439-0305

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 29, 2025:

Jason Guida, Esquire  
Law Office of Jason A. Guida  
11 17 Lark Avenue  
Saugus, MA 01906  
jason@lawguida.com  

David H. Thompson*  
Peter A. Patterson*  
William V. Bergstrom*  
COOPER & KIRK, PLLC 1523  
New Hampshire Ave., N.W.  
Washington, D.C. 20036  
dthompson@cooperkirk.com  
ppatterson@cooperkirk.com  
wbergstrom@cooperkirk.com  
*Pro hac vice* forthcoming  
*Attorneys for Plaintiffs*  

Douglas I. Louison  
Joseph A. Mongiardo  
Louison, Costello, Condon & Pfaff, LLP  
Ten Post Office Square, Suite 1330  
Boston, MA 02109  
dlouison@lccplaw.com  
jmongiardo@lccplaw.com  
*Attorneys for Defendant Eldredge*  

            */s/ Grace Gohlke*  
            Grace Gohlke