UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<table>
<tr><td>

MACK ESCHER; GUN OWNERS' ACTION
LEAGUE; COMMONWEALTH SECOND
AMENDMENT; FIREARMS POLICY COALITION,
INC.; SECOND AMENDMENT FOUNDATION;
NATIONAL RIFLE ASSOCIATION OF AMERICA;
and GUN OWNERS OF AMERICA, INC.

      Plaintiffs,

v.

COLONEL GEOFFREY NOBLE, in his official
capacity as Superintendent of the Massachusetts State
Police and of the Commonwealth of Massachusetts;
JAMIE GAGNON, in his official capacity as the
Commissioner of the Department of Criminal Justice
Information Services; and HEATH J. ELDREDGE, in
his official capacity as the Chief of Police of Brewster,
Massachusetts,

      Defendants.

</td><td>

CIVIL ACTION
No. 1:25-cv-10389-GAO

</td></tr>
</table>

**STATE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 56.1 and Fed. R. Civ. P. 56, Colonel Geoffrey Noble, in his

official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth

of Massachusetts, and Jamie Gagnon, in his official capacity as the Commissioner of the

Department of Criminal Justice Information Services (together, the "State Defendants") hereby

move for summary judgment on the single count pleaded in Plaintiffs' Complaint (ECF No. 1).

In support of this Motion, the State Defendants incorporate by reference the

Memorandum of Law in Support of State Defendants' Motion for Summary Judgment, and the

Addendum attached thereto, the State Defendants' Statement of Material Facts, and the Affidavit

1

of Grace Gohlke and the Exhibits attached thereto.

WHEREFORE, the State Defendants respectfully request that this Court allow this

motion and grant summary judgment in favor of Defendants.

**REQUEST FOR ORAL ARGUMENT**

The State Defendants request oral argument on this motion.

Respectfully submitted,

/s/ *Aaron Macris*
Grace Gohlke, BBO #704218
Aaron Macris, BBO #696323
Assistant Attorney General
Office of the Attorney General
Government Bureau
Constitutional and Administrative Law Div.
One Ashburton Place
Boston, MA 02108
(617) 963-2527
grace.gohlke@mass.gov
(617) 963-2987
aaron.macris@mass.gov

November 20, 2025

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1 (a)(2)

I, Aaron Macris, hereby certify that on November 10, 2025, my co-counsel Grace Gohlke and I conferred with Plaintiffs' counsel, William Bergstrom, Esq., in good faith to resolve or narrow the issues raised in this Motion, but were unable to reach agreement.

/s/ *Aaron Macris*
Aaron Macris

## CERTIFICATE OF SERVICE

I, Aaron Macris, hereby certify that, on November 20, 2025, a true and accurate copy of this Memorandum was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) to:

Jason A. Guida
Law Office of Jason A. Guida
17 Lark Avenue
Saugus, MA 01906
jason@lawguida.com

David H. Thompson
Peter A. Patterson
William V. Bergstrom
Cooper & Kirk, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com

***Counsel for the Plaintiffs***

Douglas I. Louison
Joseph Mongiardo
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
dlouison@lccplaw.com
jmongiardo@lccplaw.com

***Counsel for Co-Defendant Chief Eldredge***

/s/ *Aaron Macris*
Aaron Macris, BBO #696323
Assistant Attorney General

3