**ADDENDUM VOLUME I**

# TABLE OF CONTENTS

**VOL I**


DELAWARE, AN ACT ESTABLISHING A MILITIA IN THIS STATE. LAW AND STATUTES (1776)..…ADD5

1792 Conn. Spec. Acts 423, 428……………………………………………………..ADD10

1792 N.H. LAWS 447…………………………………………………………………ADD12

1792 Pa. Laws 394–95………………………………………………………………ADD14

2 LAWS OF THE STATE OF DELAWARE 1135–36 (New Castle, Samuel Adams & John Adams 1797) (Statutes of 1793) …………………………………………….….ADD16

1793 Mass. Acts 289, 297 ……………………………………………………………ADD18

William Waller Hening, *New Virginia Justice* (1795) …………………….…………... ADD20

1 ZEPHANIAH SWIFT, A SYSTEM OF THE LAWS OF THE STATE OF CONNECTICUT 213–18 (1795)……………………………………………………………………………ADD27

THE LAWS OF YALE-COLLEGE, IN NEW HAVEN, IN CONNECTICUT, ENACTED BY THE PRESIDENT AND FELLOWS, THE SIXTH DAY OF OCTOBER, A.D. 1795, at 26 (New Haven, Thomas Green & Son 1800)……………………………………………………………..…ADD35

ACTS AND LAWS OF THE STATE OF CONNECTICUT, IN AMERICA 307–08 (1796) ……….. ADD36

2 LAWS OF THE STATE OF DELAWARE, FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE THOUSAND SEVEN HUNDRED AND NINETY-SEVEN 1135 (1797) …………………………………………….. ADD39

THE LAWS OF THE STATE OF NEW-HAMPSHIRE, THE CONSTITUTION OF THE STATE OF NEW-HAMPSHIRE, AND THE CONSTITUTION OF THE UNITED STATES, WITH ITS PROPOSED AMENDMENTS 422 (1797) …....................................................................................... ADD41

PUBLIC LAWS OF THE STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS 69 (1798) ………………………………………………………….. ADD43

Act of Oct. 10, 1799, § 4, 1799 Conn. Acts 511, 511–12 (Reg. Sess.) ….......................... ADD46

*The Minutes of the Senatus Academicus 1799–1842*, Univ. of Ga. Librs. 86 (Nov. 4, 1976)……………………….....................................................................................ADD48

2 THE PERPETUAL LAWS OF THE COMMONWEALTH OF MASSACHUSETTS, FROM THE ESTABLISHMENT OF ITS CONSTITUTION, IN THE YEAR 1780, TO THE END OF THE YEAR 1800, at 172–94 (1801) ………………………………………………………….. ADD130

Act of March 16, 1802, 2 Stat. 132, 132–35………………………..............................ADD155

A NEW CONDUCTOR GENERALIS 237–39 (1803) ………………………………………... ADD159

Act of Aug. 13, 1807, ch. XLIX, §§ 1–2, 4, in 4 LAWS OF THE STATE, OF DELAWARE 123, 123–24, 125–26 (M. Bradford & R. Porter eds., 1816) ......................ADD163

Act of Mar. 6, 1810, ch. CVII, § 28, 1810 Mass. Acts 151, 176. ………………………… ADD167

**VOL II**

2 Nathan Dane, A GENERAL ABRIDGEMENT AND DIGEST OF AMERICAN LAW 363–64 (1824). ………………………………………………….. ADD174

James Kent, 2 COMMENTARIES ON AMERICAN LAW 233-40 (1832) …………….... ADD177

Act of Mar. 12, 1844, § 2, 1843 Ohio Laws 53, 53……………………………….………….. ADD186

1856 Ala. Laws 17…..........................................................................................................ADD187

1856 Tenn. Pub. Acts 92……………………………………………………….………… ADD188

Act of May 4, 1864, no. 211, § 1, 1864 Pa. Laws 221, 221–22…................................... ADD189

Ind. 1875 ch. 40 p. 59……………………………………………………………………. ADD191

Geo. 1876 ch. 128 p. 112..……………………………………………….……………… ADD193

Miss. 1878 ch. 46 p. 175…………………………………………..………..……… ADD195

Ohio 1880 S.B. 80 p. 79………………………………………………………..…...ADD197

Dela. 1881 ch. 548 p. 716…............................................................................................ ADD199

Flor. 1881 ch. 3285 p. 87…............................................................................................. ADD201

Ill. 1881 "Criminal Code" §2 p. 73…............................................................................ ADD202

Nev. 1881 ch. 114 "An Act to Prohibit the Carrying of Concealed Weapons by Minors" ………………………………………………………………………….ADD205

Penn. 1881 ch. 124 p. 111……………………………………………………………….. ADD207

Mary. 1882 ch. 424 p. 656……………………………………………………………..…... ADD209

W. V. 1882 ch. 135 § 7 p. 421……………………………………………………….... ADD210

Ariz. 1883 ch. 36 § 3 p. 66…………………………...………………………..... ADD214

1883 Kan. Sess. Laws 159…............................................................................................. ADD216

MO 1883 p. 76…………………………………………………………………... ADD217

Wisc. 1883 ch. 329 p. 290………………………………………………………. ADD218

Iowa 1884 ch. 78 p. 86…................................................................................................. ADD219

1885 Nev. Stat. 51………………………………………………………………….. ADD220

Lou. 1890 ch. 46 p. 39………………………………………………………………... ADD221

Okla. 1890 ch. 25 art. 47 §3 p. 496…………………………………………………... ADD222

Va. 1890 ch. 152 p. 118……………………………………...……………….. ADD224

1 WILLIAM BLACKSTONE, COMMENTARIES ON THE LAWS OF ENGLAND *434–66 (George Sharswood ed., 1893)…………………………………..……………...…... ADD226

N. C. 1893 ch. 514 p. 468………………………………………………….………... ADD246

Tex. 1897 ch. 154 p. 221 ..………………………………………………………ADD248

C.F.W. Dassler, ed., *General Statutes of Kansas 1901* (Topeka: Crane & Co., 1901), ch. 31, art. 11, 499, §2394-2395……………………………………………………………. ADD250

Lyman J. Nash, ed., *Wisconsin Statutes, 1911* (Madison: Democrat Printing, 1911), ch. 181, p. 1931, §4397…......................................................................................................... ADD251

23

347.

# ACTS

OF THE

# GENERAL ASSEMBLY

OF THE

# Delaware State,

LAW DEPARTMENT

At a SESSION begun at DOVER on the Twentieth Day of *October* 1781, and continued by Adjournments:

Being their Sixth SESSION.



*WILMINGTON*,

Printed by JAMES ADAMS, M,DCC,LXXXII.

L. C. copy 1



LLMC DIGITAL

1782

An Act to remedy Defects that have arisen in the Execution of an Act of Assembly, intitled, "An Act for embodying a [illegible] Militia of this State, for the Purpose of reinforcing the Army of the United States" — passed Feb. 5. 1782. — Omitted

369.

# Anno Millesimo Septingentesimo Octogesimo secundo.

## *An* ACT *for establishing a* Militia *within this State.*

1. WHEREAS a well regulated Militia is the proper and natural Defence of a free State, and as the Laws heretofore made for the Regulation thereof, are found to be inadequate to the good Purposes thereby intended, *Be it therefore Enacted by the General Assembly of Delaware, and it is hereby Enacted by the Authority of the same,* That the late Lieutenants and Sub-Lieutenants in each County of this State, shall, and they are hereby directed, within one Month from the passing of this Act, to deliver to the Colonel, or Commanding Officer of each Battalion in his County, a true Transcript from his Book, as far as relates to the District or Division for such Battalion respectively, and the Sub-Divisions for Companies therein, and the Descriptions of such Sub-Divisions: Whereupon the Colonel, or Commanding Officer of each Battalion shall deliver a Description of each Sub-Division respectively to the Captain or Commanding Officer of that Sub-Division or Company, who, in the Month of *April*, in every Year, shall make an exact Return to the said Colonel or Commanding Officer of the Battalion, of the Names and Surnames of every able-bodied effective Male white Inhabitant between the Ages of eighteen and fifty Years, then residing in his Sub-Division, and what Arms and Accoutrements each Man, mentioning him, is possessed of; a Copy of which Return the said Colonel or Commanding Officer shall immediately transmit to the President or Commander in Chief.

Preamble.

The late Lieutenants and Sub Lieutenants to deliver Descriptions of Battalion and Company-Districts, &c.

Captains to make annual Returns of Arms, &c.

Copies whereof to be transmitted to the President.

2. *And be it Enacted,* That the President or Commander in Chief, in Case of the Vacancy of the Place of a Colonel in any of the Regiments of Militia of the State, may and shall issue a Commission of Lieutenant-Colonel Commandant of the Regiment in which such Vacancy is, or may happen, to the Lieutenant-Colonel of such Regiment; and in Case of the Vacancy of the Place of Lieutenant-Colonel or Major of any Regiment, or of the Place of Captain, Lieutenant or Ensign of any Company of a Regiment, that the President or Commander in Chief

Vacancies in the Military Line, how supplied.

A may



LLMC DIGITAL

may and ſhall appoint ſuch Perſon, as he ſhall judge moſt ſuitable to fill ſuch Vacancy, and iſſue a Commiſſion to him accordingly.

Quarter-Maſters, &c. how appointed.

3. *And be it Enacted*, That the Field Officers of each Battalion ſhall appoint a Quarter-Maſter, and Adjutant, a Drum and a Fife-Major, for the Battalion, and the commiſſioned Officers of each Company ſhall appoint four Serjeants, four Corporals, one Drum and one Fife, for their reſpective Companies, every of whom, not being one of the People called Quakers, ſhall ſeverally ſerve for one Year, in the reſpective Stations to which they may be ſo appointed, under the Penalty of Three Pounds, to be recovered and applied as Fines and Forfeitures under Five Pounds are herein after directed to be recovered and applied.

Serjeants, &c. how.

Penalty for neglecting to ſerve.

Militia to be divided into Claſſes.

4. *And be it Enacted*, That in the Month of *April* next enſuing, the Captain or Commanding Officer of each Company ſhall call the Perſons enrolled therein together, giving due Notice, and ſhall divide them into eight Claſſes, as nearly equal in Number to each other, as conveniently may be, allotting a Serjeant or a Corporal on the Roll to each Claſs, and eight Slips of Paper numbered reſpectively from one to eight being prepared, every Private ſhall determine, by drawing a Ballot, what Claſs he is to ſerve in; and in Caſe any of the Perſons enrolled as aforeſaid, ſhall neglect to attend at the Time and Place appointed for claſſing the ſaid Company, or if preſent, ſhall refuſe to draw as aforeſaid, then the ſaid Captain or Commanding Officer thereof ſhall appoint one diſintereſted Freeholder, to draw for the Abſentees or Perſons ſo refuſing; and when the Claſſes ſhall be ſo ſettled, the Captain or Commanding Officer of each Company ſhall form a Roll conſiſting of the eight Claſſes, and the Names and Surnames of the Men in each Claſs, numbered according to the Order of Ballotting, which he ſhall keep for his own Uſe and Direction, tranſmitting forthwith a Copy thereof, with a Liſt of his commiſſioned and non-commiſſioned Officers prefixed, to the Colonel or Commanding Officer of the Battalion, who ſhall enter the ſame in his Book: And the ſaid Captain or Commanding Officer ſhall in the Month of *April*, in the Year of our Lord One Thouſand Seven Hundred and Eighty-three, and in the Month of *April* in every ſucceeding Year, add to the ſaid Roll the Names and Surnames of all ſuch Male white Inhabitants between the Ages aforeſaid, who in the next preceding twelve Months have removed to and are then reſiding in that Sub-Diviſion, or have therein attained to the Age of eighteen Years, except as herein after are excepted, annexing them reſpectively to ſuch Claſs or

Rolls thereof to be formed, and tranſmitted to the Colonel.

Claſſes


LLMC DIGITAL

Classes as may still render all the Classes of a Company as nearly equal in Number to each other as conveniently may be.

5. *And be it Enacted*, That every Company shall be duly exercised and instructed once in every Month, except the Months of *July*, *January* and *February*, at such Time and Place as the Captain or Commanding Officer shall direct, and every Battalion shall also be reviewed twice in every Year, and be properly trained and disciplined, at such Time and Place as the Colonel or Commanding Officer shall direct, and at such other Times and Places as the President or Commander in Chief shall think necessary, and shall order; such Days of Review to be considered as the Day of Exercise for that Month. Militia how often to be exercised.

6. *And be it Enacted*, That every Person between the Ages of eighteen and fifty, or who may hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gospel of every Denomination, Judges of the Supreme Court, Sheriffs, Keepers of the public Gaols, School-Masters teaching a Latin-School, or having at least twenty English Scholars, and indented Servants *bona Fide* purchased, excepted) who is rated at Six Pounds, or upwards, towards the Payment of public Taxes, shall, at his own Expence, provide himself; and every Apprentice, or other Person, of the Age of eighteen and under twenty-one Years who hath an Estate of the Value of Eighty Pounds, or whose Parent is rated at Eighteen Pounds towards the public Taxes, shall, by his Parent or Guardian, respectively, be provided with a Musket or Firelock with a Bayonet, a Cartouch-Box to contain twenty-three Cartridges, a Priming-Wire, a Brush and six Flints, all in good Order, on or before the first Day of *June* next, and shall keep the same by him at all Times, ready and fit for Service, under the Penalty of Twenty Shillings for every two Months Neglect or Default, to be paid by such Person, if of full Age, or by the Parent or Guardian of such as are under twenty-one Years, the same Arms and Accoutrements to be charged by the Guardian to his Ward, and allowed at settling the Accounts of his Guardianship. What Persons shall provide Arms, &c. Penalty for neglecting to keep them in Repair.

7. *And be it Enacted*, That every Male white Person within this State, between the Ages of eighteen and fifty, or who shall hereafter attain to the Age of eighteen Years (Clergymen and Preachers of the Gospel of every Denomination, Members of the General Assembly, Justices of the Supreme Court, Justices of the Courts of Common Pleas, Justices of the Peace, Sheriffs, Keepers of the public Gaols, School-Masters teaching a Latin School, or having at least twenty English Scholars, and indented Servants *bona Fide* purchased, excepted) shall attend at the Times and Places appointed in Pursuance of this Act for the Penalty on Privates for Non-attendance, &c.



LLMC DIGITAL

general Iſſue and give this Act in Evidence; and if the Plaintiff in ſuch Suit or Action ſhall diſcontinue the ſame, be nonſuited, or a Verdict paſs againſt him, or Judgement be given againſt him, he ſhall pay the Defendant treble Coſts.

Continuance of this Act.

42. *And be it Enacted*, That this Act ſhall continue in Force ſo long as the preſent War between the *United States of America* and *Great-Britain* ſhall continue, and from thence until the End of the Sitting of the next General Aſſembly, and no longer.

Former Acts repealed.

43. *And be it Enacted*, That an Act of the General Aſſembly of this State, intituled, "An Act for eſtabliſhing a Militia within this State," another Act, intituled, "A Supplement to an Act for eſtabliſhing a Militia within this State," and another Act, intituled, "An additional ſupplementary Act to the Act, intituled, An Act for eſtabliſhing a Militia within this State," be and are hereby repealed and made void; except ſo far as relates to the Duty of Treaſurers of Battalions reſpectively, who ſhall continue to act until the Treaſurers herein before directed to be appointed ſhall be choſen.

*Signed, by Order of the Houſe of Aſſembly,*

SIMON KOLLOCK, *Speaker.*

*Signed, by Order of the Council,*

THOS. COLLINS, *Speaker.*

*Paſſed at Dover,*
*February* 5, 1782.



LLMC DIGITAL




# ACTS AND LAWS,

Made and paſſed by the General Court or Aſſembly of the State of Connecticut, in America, holden at New-Haven, (in ſaid State) on the ſecond Thurſday of October, Anno Dom. 1792.

## An Act for forming and conducting the military force of this ſtate, conformable to the act of Congreſs, paſſed the eight day of May, A. D. 1792, which is as follows:—" An Act more effectually to provide for the national defence, by eſtabliſhing an uniform militia throughout the United States."

*Militia how & by whom to be enrolled.*

" SECTION I. BE *it enacted by the Senate, and houſe of Repreſentatives, of the United States of America, in Congreſs aſſembled,* That each and every free able bodied white male citizen, of the reſpective ſtates, reſident therein, who is, or ſhall be of the age of eighteen years, and under the age of forty-five years (except as is herein after excepted) ſhall ſeverally and reſpectively be enrolled in the militia, by the captain or commanding officer of the company, within whoſe bounds ſuch citizen ſhall reſide; and that within twelve months after the paſſing this act, it ſhall at all times hereafter be the duty of every ſuch captain, or commanding officer of a company, to enrol every ſuch citizen, as aforeſaid; and alſo thoſe who ſhall, from time to time, arrive at the age of eighteen years, and under the age of forty-five years (except as before excepted) ſhall come to reſide within his bounds; and ſhall without delay, notify each citizen of the ſaid enrolment, by a proper non-commiſſioned officer of the company, by whom ſuch notice may be proved. That every ſuch citizen ſo enrolled and notified, ſhall within ſix months thereafter, provide himſelf with a good muſket or firelock, a ſufficient bayonet and belt, two ſpare flints and knapſack, a pouch with a box therein to contain twenty-four cartridges, ſuited to the bore of his muſket or firelock, each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapſack, ſhot-pouch and powder-horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder; and ſhall appear ſo armed, accoutred and provided, when called out to exerciſe, or into ſervice, except that when called out on company days to exerciſe only, he may appear without a knapſack. That the commiſſion officers ſhall ſeverally be armed with a ſword or hanger, and eſpontoon; and that from and after five years from the paſſing this act, all muſkets for arming the militia, as herein required, ſhall be of bores ſufficient for balls of the eighteenth part of a pound: And every citizen ſo enrolled, and providing himſelf with the arms, ammunition and accoutrements, required as aforeſaid, ſhall hold the ſame exempt from all ſuits, diſtreſſes, executions, or ſales for debt, or for the payment of taxes."

*How to be armed and accoutred.*

*Executive officers, &c. exempted.*

" SEC. II. *And be it further enacted,* That the vice-preſident of the United States, the officers, judicial and executive, of the United States, the members of both houſes of Congreſs, and the reſpective officers, all cuſtom-houſe officers, with their clerks, all poſt-officers, and ſtage drivers, who are employed in the care and conveyance of the mail of the poſt-office of the United States, all ferrymen employed at any ferry on the poſt-road, all inſpectors of exports, all pilots, all mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, and all perſons who are, or may hereafter be exempted by the laws of the reſpective ſtates, ſhall be, and are hereby exempted from military duty, notwithſtanding their being above eighteen, and under the age of forty-five years."

Y y y SEC. III.

vates to furnish themselves with arms, &c. on penalty of 12s.

tia of this state, shall furnish himself with the arms, ammunition and accoutrements, required by the act of congress, and by this act, upon the penalty of forfeiting and paying a fine of *twelve shillings* lawful money, and the like penalty for every four weeks he shall be unprovided; to be levied and collected by warrant of distress, as hereafter directed; and that a horseman, or dragoon, who shall not furnish and provide himself with a horse and furniture, as required by the said act, shall be returned to, enrolled, and do duty in the infantry company in the limits of which he resides:—That the field and commissioned officers in each regiment, shall be uniformly cloathed in regimentals, at their own expence, and to be agreed upon by such officers; that the field officers of each regiment shall furnish state and regimental colours for their regiment and battalions, at the state expence, not exceeding the sum of four pounds ten shillings lawful money, to each regiment.

Officers to be uniformly clothed in regimentals. Field officers to furnish colours.

*And be it further enacted*, That every commanding officer of a company of militia, shall order out his company or troop, three days in each year, and instruct them in the use of arms and discipline of war; and the days appointed, shall be in the month of March, April, May, September, October or November, and that on the first Monday of May and October annually, such commanding officer shall cause the arms, ammunition and accoutrements, of all under his command, to be reviewed and inspected:—That the commanding officer of each regiment, shall order out his regiment by battalion or regiment, once in each year for regimental exercise, inspection and review. And if any of the privates belonging to any company of horse, artillery or infantry, shall neglect to appear compleatly armed and equipped on the place of parade, appointed by the commanding officer of his company, being duly warned, he shall forfeit and pay a fine of *nine shillings* for each day: and if any non-commissioned officer, drummer, fifer, or trumpeter, shall neglect to appear as aforesaid, he shall forfeit and pay the fine of *twelve shillings* for each day—unless any such person shall appear before the commanding officer of such company, within twelve days after such day of exercise or review, and make satisfactory excuse for his non appearance on said day; and the commanding officer of each company, battalion or regiment, shall order the correcting and punishing disorders and contempts, on days of company, battalion, or regimental exercise, inspection or review; the punishment not being greater than riding a wooden horse, for a time not exceeding one hour, or a fine not exceeding *forty shillings* lawful money:—That each commanding officer of a company, battalion, regiment, brigade or division, shall have power and authority, and full power is hereby given to ascertain and fix certain necessary limits and bounds to their respective parades, within which no spectator shall have right to enter, without liberty from said commanding officer; and in case any person shall so intrude or offend, he shall be subjected to be confined in such way and manner as the commanding officer shall direct, during the continuance of the exercise.

Companies to be out three days in each year, to be instructed, &c.

Arms to be inspected.

Regiments to be reviwed once in each year.

Privates who do not appear equipt to pay 9s.

and drummers, &c. 12s.

Punishment inflicted.

Officers to fix limits & bounds to their parades.

*And be it further enacted*, That all warrants granted by the commanding officer, of any company, battalion or regiment, for any time or times incurred by virtue of this act, or any breach thereof, shall be directed by the officer commanding a company, to the orderly sergeant of his company; which orderly sergeant he shall from time to time appoint, from the serjeants of his company; and the officer commanding a battalion or regiment, to the adjutant or sergeant-major; and to be by them levied on the goods or chattles of the respective delinquents, if upwards of twenty-one years of age—And for the want of such goods or chattles, against the body of such delinquent, and against the goods and chattles of the parents, master or guardians, of such delinquents as have not arrived to the age of twenty-one years; and for want of such goods and chattles, against the body of parent, master or guardian, and them commit and hold in goal, until such fine or fines shall be paid and satisfied, together with lawful fees for service, as in cases of execution for debt; which fines and forfeitures shall be appropriated for the use of the companies to which such delinquents respectively belong, for purchasing and maintaining colours, trumpets, drums and fifes; and should there be any overplus of fines remaining in the hands of the commanding officers of companies, they shall pay it over to the commanding officer of their regiment to which they belong; which together with the fines collected by virtue of warrants issued by the field officers, shall be applied to keeping colours in repair, and for band-music for the regiment. That whenever any commanding officer of a company shall impose any fine in any of the cases before mentioned in this act, he shall give notice to the person fined, who shall have liberty within ten days to apply to the commanding officer of the regiment, who on giving notice, and hearing the parties, may abate such fines, or any part thereof; and if such commanding officer of the regiment, thinks not proper to abate such fine, the officer imposing the same may proceed to a collection thereof.

Warrants by whom granted & to whom directed.

On whom & on what levied.

Fines how appropriated.

Officers imposing fines, to give notice to the person fined, who shall have liberty within ten days to apply to, &c. for redress.

*Provided nevertheless*, That if any soldier shall in the judgment of the select-men of the town to which he belongs, be unable to arm and accoutre himself agreeable to the directions of this act, it shall be the duty of such select-men to certifiy the same to the commissioned officers of the company to which such soldier belongs, in order

Soldiers unable to furnish themselves, &c.

# THE LAWS

OF THE

# STATE OF NEW-HAMPSHIRE,

PASSED AT A SESSION

OF THE

HONORABLE GENERAL-COURT,

BEGUN AND HOLDEN AT EXETER,

NOVEMBER, 1792,

PRINTED FROM ATTESTED COPIES.

---

PORTSMOUTH,—STATE OF NEW-HAMPSHIRE:
PRINTED BY JOHN MELCHER—PRINTER
TO THE GENERAL-COURT OF SAID STATE,
1793.



Digitized from Best Copy Available

*And be it further enacted*, That each non-commiſſioned officer and ſoldier belonging to the regiments of foot, ſhall within one year from and after the paſſing this act, furniſh himſelf with a good fire-lock, bayonet and belt, a cartouch box that will contain twenty-four cartridges, two good flints, a knapſack and canteen—and that the commiſſioned belonging to companies of foot, ſhall be ſeverally armed with a ſword or hanger, and an eſpontoon, and that the field officers be armed with a ſword or hanger.

How to be armed and accoutred.

*And be it further enacted*, That ſuch of the infantry as are under the care of parents, maſters or guardians, ſhall be furniſhed by them with ſuch arms and accoutrements. And ſuch as are unable to furniſh themſelves, ſhall make application to the ſelectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themſelves, and the ſaid ſelectmen ſhall, at the expence of the town, provide for, and furniſh ſuch perſons with arms and equipments; which arms and equipments ſhall be the property of the town, at whoſe expence they were provided: And if any perſon ſo furniſhed, ſhall embezzle or wilfully deſtroy the ſame, he ſhall be puniſhed by any court proper to try the ſame, upon complaint made by the ſelectmen of ſaid town, by being publicly whipped not exceeding twenty ſtripes, or fined not exceeding forty ſhillings. And that all fines recovered for embezzling or deſtroying of arms and accoutrements as provided in this act, ſhall be paid into the hands of the ſelectmen to be appropriated in purchaſing arms and accoutrements for ſuch ſoldiers as are unable to purchaſe for themſelves.

Thoſe unable &c. to be equipped at the expence of the town.

Fines how to be appropriated.

*And be it further enacted*, That parents, maſters and guardians ſhall be liable for the neglect and non-appearance of ſuch perſons as are under their care (and are liable by law to train) and are to be proceeded againſt for the penalty in the ſame manner, as by this act is provided againſt other delinquents.

Parents, &c. liable to a penalty.

*And be it further enacted*, That the commander in chief, the officers commanding diviſions, brigades or regiments, may appoint military watches or guards when an invaſion of the State is apprehended, in ſuch place and under ſuch regulations as they may judge neceſſary; and all officers and ſoldiers under their command

Military watches, by whom to be appointed.



Digitized from Best Copy Available

reduced, as will reduce the ſaid dividend to twenty-five *per centum per annum.*

GERARDUS WYNKOOP, *Speaker of the Houſe of Repreſentatives.*

SAMUEL POWEL, *Speaker of the Senate.*

*Approved, April the eleventh,* 1793.

THOMAS MIFFLIN, *Governor of the commonwealth of Pennſylvania.*

## CHAPTER CLXXVI.

*An* ACT *for the regulation of the Militia of the commonwealth of Pennſylvania.*

WHEREAS a well regulated militia is the only ſafe and conſtitutional method of defending a free ſtate: And whereas the ſeveral laws enacted by the legiſlature of this commonwealth, for the regulation of the militia thereof, have been found to require material alterations, in order to which it has been thought more adviſeable to reviſe the whole ſyſtem, than to amend it by ſupplementary ſtatutes: Therefore,

Who ſhall be enrolled, and by whom.

SECTION I. *Be it enacted by the* SENATE *and* HOUSE *of* REPRESENTATIVES *of the commonwealth of Pennſylvania, in General Aſſembly met, and it is hereby enacted by the authority of the ſame,* That each and every free able bodied white male citizen, of this or any other of the United States, reſiding in this commonwealth, who is or ſhall be of the age of eighteen years, and under the age of forty-five years, except as herein after excepted, ſhall ſeverally and reſpectively be enrolled in the militia, by the Captain or commanding officer of the company within whoſe bounds ſuch citizen ſhall reſide, within three months after the paſſing of this act; and that it ſhall be, at all times hereafter, the duty of every ſuch Captain or commanding officer of a company to enroll every ſuch citizen as aforeſaid, and alſo thoſe who ſhall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty-five years, and not excepted by this act, ſhall come to reſide within his bounds, and ſhall, without delay, notify ſuch citizen of the ſaid enrollment, by a proper non-commiſſioned officer of the company, by whom ſuch notice may be proved; and in all caſes of doubt reſpecting the age of any perſon enrolled, or intended to be enrolled, the party

Notification of enrollment.

I questioned

queſtioned ſhall prove his age, to the ſatisfaction of the officers of the company within whoſe bounds he may reſide, or a majority of them.

SECT. II. *And be it further enacted by the authority aforeſaid*, That the Vice-Preſident of the United States, officers judicial and executive of the government of the United States, the Members of both Houſes of Congreſs, and their reſpective officers, Judges of the Supreme Court, Judges of the court of Common Pleas, Attorney-General, Secretary and Treaſurer of the ſtate, Sheriffs, Gaolers, and Keepers of work-houſes, all Poſt-officers and Stage-drivers who are employed in the care and conveyance of the mail of the poſt-office of the United States, all Ferry-men employed at any ferry on the poſt-roads, all Inſpectors of exports, all Pilots, all Mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, Miniſters of religion, of every denomination, Profeſſors and Teachers in the univerſity, colleges, academies and ſchools, the Librarian of the library company of Philadelphia and of the Loganian library, and menial ſervants of ambaſſadors or miniſters and conſuls from foreign ſtates, and no other perſon or perſons, ſhall be, and are hereby, excepted from militia duty, notwithſtanding their being above the age of eighteen, and under the age of forty-five years: And alſo all young men under the age of twenty-one years, and all ſervants purchaſed *bona fide*, and for a valuable conſideration, though enrolled agreeably to the firſt ſection of this law, ſhall be exempted from furniſhing the neceſſary arms, ammunition and accoutrements, as are required by the fifth ſection thereof, and ſhall be excepted from militia duties and fines during ſuch minority or ſervitude, except in caſes of rebellion, or an actual or threatened invaſion of this or any of the neighbouring ſtates.

Perſons exempted from military duty.

Perſons exempted from furniſhing arms, &c.

SECT. III. *And be it further enacted by the authority aforeſaid*, That the militia of this commonwealth ſhall, within the reſpective bounds herein after mentioned, be arranged into diviſions, brigades, regiments, battalions and companies; that each brigade, ſo to be formed, ſhall conſiſt of not leſs than two, nor more than eight regiments, each regiment into two battalions, and each battalion into four companies, in ſuch manner that no company ſhall conſiſt of more than eighty, or leſs than forty individuals, or as near as may be, having regard to their local ſituations; there ſhall be to each battalion at leaſt one company of grenadiers, light infantry, or riflemen; and to each diviſion there ſhall be at leaſt one company of artillery, and one troop of horſe, which ſhall be formed of volunteers from the reſpective brigades, at the diſcretion of the Governor, not exceeding one company of each to a regiment, nor more in number than one eleventh part of the infantry: *Provided always*, That the ſeveral volunteer corps of artillery, cavalry and infantry, which have hitherto exiſted in this commonwealth, and have not been included in the general formation of the militia, ſhall continue to

Arrangement of the militia into diviſions, brigades, regiments, battalions, and companies.

CHAP. XXXVI. 1793.

## CHAP. XXXVI. c.

*An* ACT *for establishing the militia in this state.* (*a*)

Preamble.

WHEREAS a well regulated militia is the proper and natural defence of every free state; And as the several laws enacted by the Legislature of this state for the regulation of the militia thereof have been found to require material alterations; in order to which it has been thought more adviseable to revise the whole system, than to amend it by supplementary statutes; therefore,

Who shall be enrolled, and by whom.

SECTION I. *BE it enacted by the Senate and House of Representatives of the state of Delaware in General Assembly met, and it is hereby enacted by the authority of the same,* That each and every free able bodied white male citizen of this state, who is or shall be of the age of eighteen years, and under the age of forty-five years, except as herein after excepted, shall severally and respectively be enrolled in the militia, by the Captain or Commanding Officer of the company within whose bounds such citizens shall reside, such bounds to be limited and fixed agreeable to the subdivisions which have been made by the Lieutenants and Sub-lieutenants of the different counties, and that within four months after the passing of this act; (*b*) and that it shall be at all times hereafter the duty of every such Captain or Commanding Officer of a company to enrol every such citizen as aforesaid, and also those who shall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty-five years, and not excepted by this act, shall come to reside within his bounds, and shall without delay notify such citizen of the said enrolment, by a proper non-commissioned officer of the company by whom such notice may be proved; and in all cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned

Notification of the enrolment.

(*a*) See a supplement hereto, chap. 95. c. Anno, 1796.

(*b*) See chap. 95. c. sect. 1, provision made for dividing the counties into regimental and battalion districts, and these into company districts.

Digitized from Best Copy Available

tioned ſhall prove his age to the ſatisfaction of the officers of the company within whoſe bounds he may reſide, or a majority of them.

CHAP. XXXVI. 1793.

SECT. 2. *And be it further enacted*, That the Vice-President of the United States, officers judicial and executive of the government of the United States, the Members of both Houſes of Congreſs and their reſpective officers, all Cuſtomhouſe Officers and their Clerks, Judges of the Supreme Court and of the Court of Common Pleas, Chancellor, Attorney General, Secretary, and Treaſurer of the State, Sheriffs, Gaolers and keepers of workhouſes, all poſt-officers and ſtage-drivers who are employed in the care and conveyance of the mail of the Poſt-office of the United States, all ferrymen employed at any ferry on the poſt roads, all inſpectors of exports, all pilots, all mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, miniſters of religion of every denomination, profeſſors and teachers in colleges, academies, Latin ſchools, and ſchoolmaſters having twenty Engliſh ſcholars, and no other perſon or perſons, ſhall be excepted from militia duty; but all young men under the age of twenty-one years, and all ſervants purchaſed *bona fide*, and for a valuable conſideration, though enrolled agreeable to the firſt ſection of this law, ſhall be exempted from furniſhing the neceſſary arms, ammunition and accoutrements as are required by the fourth ſection thereof, and ſhall be exempted from militia duties and fines during ſuch minority or ſervitude, except in caſes of rebellion, or an actual or threatened invaſion of this or any of the neighbouring ſtates.

Perſons exempted from military duty.

From furniſhing arms, &c.

SECT. 3. *And be it further enacted*, That the militia of this ſtate be arranged into diviſions, brigades, regiments, battalions and companies in manner and form following: The whole ſtate to make one diviſion, and each county to conſiſt of one brigade; each brigade to conſiſt of not leſs than two, or more than eight regiments; each regiment to conſiſt of two battalions, and each battalion to conſiſt of four companies, in ſuch manner that no company ſhall conſiſt of more than eighty, or leſs than forty privates, or as near as may be, having regard to their local ſituation;

Arrangement of the militia.

there


Digitized from Best Copy Available




# Acts *and* Laws,

## Paſſed by the GENERAL COURT of *Maſſachuſetts :*

Begun and held at BOSTON, in the County of SUFFOLK, on Wedneſday the Twenty-ninth Day of MAY, ANNO DOMINI, 1793.

---

### C H A P. I.

An Act for regulating and governing the Militia of the Commonwealth of Maſſachuſetts, and for repealing all Laws heretofore made for that Purpoſe ; excepting an Act, intitled " An Act for eſtabliſhing Rules and Articles for governing the Troops ſtationed in Forts and Garriſons, within this Commonwealth, and alſo the Militia, when called into actual Service."

*WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical uſe, by reaſon of the ſeveral alterations which have from time to time been made therein :* Therefore, Preamble.

I. *BE it enacted by the* SENATE *and* HOUSE *of* REPRESENTATIVES *in General Court aſſembled, and by the authority of the ſame,* That the ſeveral Laws heretofore made for governing and regulating Laws repealed.

XVIII. *And be it further enacted by the authority aforesaid*, That every non-commissioned Officer and Private of the infantry shall constantly keep himself provided with a good musket, with an iron or steel rod, a sufficient bayonet and belt, two spare flints, a priming wire and brush, and a knapsack; a cartridge-box, or pouch with a box therein, to contain not less than twenty-four cartridges, suited to the bore of his musket; each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapsack, shot-pouch, powder-horn, twenty balls suited to the bore of his rifle, and a quarter of a pound of powder: And shall appear so armed, accoutred and provided, whenever called out, except that when called out to exercise only, he may appear without a knapsack, and without cartridges loaded with ball. *Provided always*, that whenever a man appears armed with a musket, all his equipments shall be suited to his musket; and whenever a man appears armed with a rifle, all his equipments shall be suited to his rifle: And that from and after five years from the passing of this Act, all muskets for arming the Militia, as herein required, shall be of bores sufficient for balls of the eighteenth part of a pound: And every citizen enrolled and providing himself with arms ammunition and accoutrements, required as aforesaid, shall hold the same exempted from all suits, distresses, executions or sales for debt, or for payment of taxes.

Necessary articles of equipments.

Proviso.

Arms &c. to be exempted from suits.

XIX. *And be it further enacted by the authority aforesaid*, That every non-commissioned Officer or Private of the infantry, who shall neglect to keep himself armed and equipped as aforesaid, or who shall on a muster-day, or at any other time of examination, be destitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) shall pay a fine not exceeding *twenty shillings*, in proportion to the articles of which he shall be deficient, at the discretion of the Justice of the Peace, before whom trial shall be had: And all parents, masters and guardians shall furnish those of the said Militia who shall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect: And whenever the Selectmen of any town shall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himself in manner as aforesaid, they shall at the expence of the town provide for and furnish such inhabitant with the aforesaid arms and equipments, which shall remain the property of the town at the expence of which they shall be provided; and if any soldier shall embezzle or destroy the arms and equipments with which he shall be furnished, he shall, upon conviction before some Justice of the Peace, be adjudged to replace the article or articles, which shall by him be so embezzled or destroyed, and to pay the cost arising from the process against him: And if he shall not perform the same within fourteen days after such adjudication, it shall be in the power of

Fine for neglect.

Parents and masters to equip their children & servants.

Persons unable, to be furnished by the town.

Penalty, in case.

v-10389-GAO Document 40-1 Filed 11/20/25 Pag

Alexander THE Nairne

# NEW VIRGINIA JUSTICE,

August COMPRISING THE 26th 1796

OFFICE AND AUTHORITY

OF A

# JUSTICE OF THE PEACE,

IN THE

COMMONWEALTH of VIRGINIA.

TOGETHER

WITH A VARIETY OF USEFUL PRECEDENTS ADAPTED TO THE LAWS NOW IN FORCE.

To which is added,

An APPENDIX containing all the moſt approved forms of CONVEYANCING, commonly uſed in this country, Such as Deeds, of Bargain and Sale, of Leaſe and Releaſe, of Truſt, Mortgages, &c.—Alſo the duties of a Juſtice of the Peace ariſing under the laws of the United States.

---

BY WILLIAM WALLER HENING,

Alexander ATTORNEY AT LAW. Nairne

A

RICHMOND: PRINTED BY T. NICOLSON, 1795.



Generated through HathiTrust on 2025-09-09 18:12 GMT / https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY
Original from EMORY UNIVERSITY

v-10389-GAO Document 40-1 Filed 11/20/25 Pa



*A O, and give evidence upon the ſame indictment, and not depart without leave of the court, then this recognizance to be void.*

## *Condition of a recognizance to anſwer to an indictment.*

*The condition of this recognizance is ſuch, that if the above bound A O, ſhall perſonally appear at the next court to be holden at for &c. then and there to anſwer to an indictment to be prefered againſt him by A J, of yeoman, for aſſaulting and beating him the ſaid A J, and not depart without leave of the court, then this recognizance to be void.*

---

# INFANTS.

1. BY an infant, or minor, is meant any one who is under the age of 21 years. 1 *Inſt.* 2.

2. It is ſaid generally, that thoſe who are under a natural diſability of diſtinguiſhing between good and evil, as infants under the age of 14 years, which is called the age of diſcretion, are not puniſhable by any criminal proſecution whatſoever. But this muſt be underſtood with ſome allowance; for if it appear by the circumſtances, that an infant under the age of diſcretion, could diſtinguiſh between good and evil, as if one of the age of nine or ten years kill another and hide the body, or make excuſes, or hide himſelf, he may be convicted and condemned, and forfeit as much as if he were of full age, but in ſuch caſe the judges will in prudence reſpite the execution, in order to get a pardon; and it is ſaid, that if an infant apparently wanting diſcretion, be indicted and found guilty of felony, the juſtices themſelves may diſmiſs him without a pardon. And in general it muſt be left to the diſcretion of the judge, upon the circumſtance of the caſe, how far an infant, under that age, is *capax doli*, or hath knowledge to diſcern betwixt good and evil. *Hale's Pl.* 43. 1 Haw. 2. 1 H. H. 18.

A remarkable inſtance of this kind we have in the caſe of *William York*, at Bury ſummer aſſizes, 1748, *William York*, a boy of ten years of age, was convicted before lord chief juſtice *Willis*, for the murder of a girl of about five years of age: and received ſentence of death. But the chief juſtice, out of regard to the tender years of the priſoner, reſpited execution, 'till he ſhould have an opportunity of taking the opinion of the reſt of the judges, whether it was proper to execute him or not, upon the ſpecial circumſtance of the caſe, which he

reported



Generated through HathiTrust on 2025-09-09 18:12 GMT https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY Original from EMORY UNIVERSITY

v-10389-GAO Document 40-1 Filed 11/20/25 Pa



reported to the judges as follows. The boy and girl were parish children, but under the care of a parishioner, at whose house they were lodged and maintained. On the day the murder happened, the man of the house and his wife went out to their work early in the morning, and left the children in bed together. When they returned from work the girl was missing; and the boy being asked what was become of her, answered, that he had helped her up, and put on her cloaths, and that she was gone he knew not whither. Upon this, strict search was made in the ditches, and pools of water near the house, from an apprehension that the child might have fallen into the water. During this search, the man under whose care the children were, observed that a heap of dung near the house had been newly turned up. And upon removing the upper part of the heap he found the body of the child, about a foot's depth under the surface, cut and mangled in a most barbarous and horrid manner. Upon this discovery, the boy, who was the only person capable of committing the fact, that was left at home with the child, was charged with the fact, which he stiffly denied. When the coroner's jury met, the boy was again charged, but persisted still to deny the fact. At length being closely interrogated, he fell to crying, and said he would tell the whole truth. He then said, that the child had been used to foul herself in bed; that she did so that morning (which was not true, for the bed was searched and found to be clean) that thereupon he took her out of the bed and carried her to the dung heap; and with a large knife, which he found about the house, cut her in the manner the body appeared to be mangled, and buried her in the dung heap; placing the dung and straw that was bloody under the body, and covering it up with what was clean; and having so done, he got water and washed himself as clean as he could. The boy was the next morning carried before a neighbouring justice, before whom he repeated his confession, with all the circumstances he had related to the coroner and his jury. The justice very prudently deferred proceeding to a commitment, till the boy should have an opportunity of recollecting himself. Accordingly he warned him of the danger he was in, if he should be thought guilty of the fact he stood charged with, and admonished him not to wrong himself; and then ordered him into a room where none of the crowd that attended should have access to him. When the boy had been some hours in this room, where victuals and drink were provided for him, he was brought a second time before the justice, and then repeated his former confession: Upon which he was committed to jail. On the trial evidence was given of the declarations before mentioned



Generated through HathiTrust on 2025-09-09 18:12 GMT
https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY
Original from EMORY UNIVERSITY

v-10389-GAO Document 40-1 Filed 11/20/25 Pa



oned to have been made before the coroner and his jury, and before the justice; and of many declarations to the same purpose which the boy made to other people after he came to jail, and even down to the day of his trial. For he constantly told the same story in substance, commonly adding that the devil put him upon committing the fact. Upon this evidence, with some other circumstances tending to corroborate the confession, he was convicted. Upon this report of the chief justice, the judges having taken time to consider of it, unanimously agreed, 1. That the declarations stated in the report were evidence proper to be left to the jury. 2. That supposing the boy to be guilty of this fact, there are so many circumstances stated in the report which are undoubtedly tokens of what lord chief justice *Hale* some where calleth *mischievous discretion*, that he is certainly a proper object for capital punishment, and ought to suffer. For it would be of very dangerous consequence to have it thought that children may commit such atrocious crimes with impunity.

There are many crimes of the most heinous nature, such as in the present case, the murder of young children, poisoning parents or masters, burning houses, and the like, which children are very capable of committing, and which they may in some circumstances be under strong temptations to commit; and therefore, tho' the taking away the life of a boy of ten years old, may savour of cruelty, yet as the example of this boy's punishment may be a means of deterring other children from the like offences, and as the sparing this boy merely on account of his age, will probably have a quite contrary tendency,——in justice to the public, the law ought to take its course, unless there remaineth any doubt, touching his guilt. In this general principle all the judges concurred. But two or three of them, out of great tenderness and caution, advised the chief justice to send another reprieve for the prisoner; suggesting that it might possibly appear to further enquiry, that the boy had taken this matter upon himself, at the instigation of some other person, who hoped by the artifice to screen the real offender from justice. Accordingly, the chief justice did grant one or two more reprieves; and desired the justice who took the boy's examination, and also some other persons in whose prudence he could confide, to make the strictest enquiry they could into the affair, and make report to him. At length he receiving no further light, determined to send no more reprieves, and to leave the prisoner to the justice of the law, at the expiration of the last. But before the expiration of that reprieve, execution was respited till further order, by warrant from one of the secretaries of state. And at the summer assizes 1757, he had the benefit of



Generated through HathiTrust on 2025-09-09 18:12 GMT / https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY
Original from EMORY UNIVERSITY

v-10389-GAO Document 40-1 Filed 11/20/25 Pa



his majeſty's pardon, upon condition of his entering immediately into the ſea ſervice. *Foſt.* 70.

3. But within ſeven years of age, there can be no guilt whatſoever of any capital offence; the infant may be chaſtiſed by his parents or tutors, but cannot be capitally puniſhed, becauſe he cannot be guilty; and if he be indicted for ſuch an offence as is in its nature capital, he muſt be acquitted. 1 *H. H.* 19, 20.

4. An infant under 14, is preſumed by law unable to commit a rape, and therefore it ſeems cannot be guilty of it; and though in other *felonies malitia ſupp'et ætatem* in ſome caſes, yet it ſeems as to this fact the law preſumes him impotent, as well as wanting diſcretion. 1 *H. H.* 630.

5. An infant may be guilty of forcible entry, in reſpect of perſonal actual violence. 1 *Haw.* 147. And the juſtices may fine him therefor: But yet it ſhall be good diſcretion in the juſtices of the peace, to forbear the impriſonment of ſuch infant. *Dalt.* c. 126.

Becauſe it is ſaid, that he ſhall not be ſubject to corporal puniſhment, by force of the general words of any ſtatute wherein he is not expreſsly named. 1 *Haw.* 147.

6. But if one who wants diſcretion, commit a treſpaſs, againſt the perſon or poſſeſſion of another, he ſhall nevertheleſs be compelled in a civil action to give ſatisfaction for the damages. 1 *H.* 2. 1 *H. H.* 15, 16.

7. An infant may bring an appeal, although it take from the defendant the benefit of waging battle: but he muſt proſecute ſuch appeal by a guardian. 2 *Haw.* 161, 162.

An appeal likewiſe may be brought againſt him. 2 *Haw.* 168.

8. An infant under the age of diſcretion cannot be an approver; becauſe he cannot take the oath requiſite in that caſe. 2 *Haw.* 205.

9. In caſe a rape committed upon a child of 12 years old, ſuch child may be ſworn as evidence; yea if ſhe be under that age, if it appear to the court that ſhe knows and conſiders the obligation of an oath, ſhe may be ſworn. And in caſe of evidence againſt witches, an infant of nine years old was ſworn.— 1 *H. H.* 634. *Dalt.* 378.

10. An infant before 21 years of age ſhall not be ſworn in an inqueſt. 1 *Inſt.* 78. *V. l. p.* 108.

11. A woman at nine years of age may have dower; at 12 may conſent to marriage; and at 14 is of age of diſcretion, and may chuſe a guardian. 1 *Inſt.* 78.

12. A man is of age at 12 years to take the oath of allegiance; and at 14 is of age of diſcretion, may conſent to marriage and chuſe his guardian. 1 *Inſt.* 171.





Generated through HathiTrust on 2025-09-09 18:12 GMT https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY
Original from EMORY UNIVERSITY

13. At 21, and not before, perſons may bind themſelves by any deed, and alien lands, goods and chattels. 1 *Inſt.* 171.

"No perſon under 18 years ſhall be capable of diſpoſing of his chattels by will. *V. l. p.* 169,"

14 Upon which ground infants may not enter into recognizance to keep the peace, or to be of the good behaviour, but their ſureties only.

15. But an infant may bind himſelf to pay for his neceſſary meat, drink, apparel, phyſic, and ſuch like; and alſo for his good teaching or inſtruction, whereby he may profit himſelf afterwards; but if he binds himſelf in an obligation or other writing, with a penalty for the payment of any of theſe, that obligation ſhall not bind him. 1 *Inſt.* 172.

And in Earl's caſe, 1 *Salk.* 387. it is ſaid, that an infant may buy neceſſaries, but cannot borrow money to buy; for he may miſapply the money, and therefore the law will not truſt him, but at the peril of the lender, who muſt lay it out for him, or ſee it laid out.

19. Alſo an infant hath, without conſent of any other, capacity to purchaſe, for it is intended for his benefit; and at his full age, he may either agree thereunto, and perfect it, or without any cauſe to be alledged, waive, or diſagree to the purchaſe: and ſo may his heirs after him, if he agree not thereunto after his full age. 1 *Inſt.* 2.

20. The common law ſeems not to have determined preciſely at what age one may make a teſtament of a perſonal eſtate: it is generally allowed, that it may be made at the age of 18, and ſome ſay under. 1 *Inſt.* 89. 1 *H. H.* 17.

21 A perſon is of age to be an executor at 17; and an adminiſtration of any one during the minority of an infant, ceaſeth when the infant comes to that age. 5 *co. Pigot's caſe.* 1 *H. H* 17.

23. An infant cannot anſwer but by guardian; but he may ſue either by his next friend or by guardian. 3 *Salk.* 196.

24 If an infant of the age of 17 years releaſe a debt, this is void; but if an infant make the debtor his executor, this is a good releaſe in law of the action. 1 *Inſt.* 264.

But by *V. l. p.* 175. 'The apppointment of a debtor an executor ſhall in no caſe be an extinguiſhment of the debt, unleſs it be ſo directed in the will.'

The guardianſhip of an infant may be deviſed, or transfered by deed by his father. See *V. l. p.* 181.

Infants ſeized of eſtates in truſt, or by way of mortgage, may make conveyances thereof, as the high court of chancery ſhall direct. *V. l. p.* 182.

And



Generated through HathiTrust on 2025-09-09 18:12 GMT https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY
Original from EMORY UNIVERSITY

And they may furrender leafes by order of fuch court, in order to renew the fame. *V. l. p.* 183.

For more of *Infants* fee titles 'Apprentices' and 'Evidence.'

---

# INFORMATION.

INFORMATIONS are of two kinds. Firft, fuch as are merely at the fuit of the commonwealth; and fecondly, fuch as are partly the fuit of the commonwealth and partly the fuit of the party, which are commonly called informations *qui tam*, from thefe words in the information, when the proceedings were in latin, *qui tam pro Domino Regi quam pro fe ipfo.* 2 Haw. 259.

Of near affinity to an information *qui tam* is an action upon a ftatute; which is either a *private* action, that is, when an action is given upon a ftatute to the commonwealth, and to the *party grieved* only; or a *popular* action, that is, when the action is given to the commonwealth, or to any one who will fue for the commonwealth and himfelf. *Wood. B.* 4. *ch.* 4.

But if the commonwealth commenceth fuit before the informer, the commonwealth fhall have the whole forfeiture, becaufe in fuch cafe it alfo is the informer; and it may, before the informer begins his fuit, releafe the penalty to the offender, and bar all others. But if, after a popular action is brought by the informer, the commonwealth's attorney will enter *ulterius non vult profequi*, the informer may profecute for his part. *Ibid.*

Where a matter concerns the public government, and no particular perfon is entitled to an action, there an information will lie. 1 *Salk* 375.

An information lies, at the *common law* for a variety of crimes lefs that capital, as Batteries, Cheats, Perjuries, Riots, Extortions, Nuifances, Contempts, and fuch like; and alfo it lies in very many cafes by ftatute, wherein the offender is liable to a fine, or other penalty. 2 *Hawk*, 260.

And in general, it feems that, of common right, an information at the fuit of the commonwealth, or an action in the nature thereof, may be brought for offences againft ftatutes, whether they be mentioned by fuch ftatutes or not, unlefs other methods of proceeding be particularly appointed, by which all others are impliedly excluded. *Ibid.*

But an information or action *qui tam* will not lie on any ftatute which prohibits a thing as being an immediate offence againft the public good in general, under a certain penalty, unlefs the whole



Generated through HathiTrust on 2025-09-09 18:12 GMT / https://hdl.handle.net/2027/emu.000011540897 / Public Domain
Digitized by EMORY UNIVERSITY Original from EMORY UNIVERSITY

PETER S. DUPONCEAU.

# A SYSTEM OF THE LAWS OF THE STATE of CONNECTICUT.

IN SIX BOOKS.

By ZEPHANIAH SWIFT.

VOLUME I.

8o

WINDHAM: PRINTED BY JOHN BYRNE, FOR THE AUTHOR.
1795.-96


Digitized by Google

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 2



no ſuch proceſs, and the mother cannot be compelled to diſcover the man, with whom ſhe has been criminally connected. This defect of our law, has however in ſome meaſure been ſupplied by the practice of ſome midwives—who in caſes, where a private ſettlement had been made, and the women were anxious to conceal the name of the perſon, have refuſed to yeild them any aſſiſtance until they diſcovered the names of their paramours. But the law will not authoriſe a midwife to refuſe her aſſiſtance to a woman in travail, for the purpoſe of compelling her to diſcloſe a ſecret: and when a midwife is employed and refuſes aſſiſtance, for ſuch purpoſe, action would lie againſt her for ſuch a neglect of duty and violation of humanity.

3. The only legal diſability to which a baſtard is ſubjected, is that he is incapable of inheriting, being ſometimes called the ſon of nobody, and ſometimes the ſon of the people. This is the only diſability, which a baſtard, upon the principles of reaſon and juſtice can be made to ſuffer, becauſe he cannot be reſponſible and ought not to be puniſhed for the crimes of his parents. But as he cannot come within the legal deſcription of an heir, on account of the uncertainty of his father, he muſt be excluded from this privilege. A baſtard is capable of gaining a name by reputation.

---

## Chapter Seventh.

## OF GUARDIAN AND WARD.

THE father is conſidered as the natural guardian to his children, and during their minority has the care of ſuch eſtate as they may have, and is accountable for the profits to the children, when they arrive to full age, but the common underſtanding of guardian, is where the father is dead, and the guardian is ſubſtituted in his ſtead and ſucceeds to all the powers and duties of the parent. In the inveſtigation of this ſubject, I ſhall conſider, 1. The ages of minors and wards, for different purpoſes. 2. The appointment of guardians. 3. Their power and duty. 4. The capacity of minors to contract. 5. Their liability for acts done by them. 6. The mode in which they muſt ſue and be ſued.

1. Perſons


Digitized by Google

1. Persons within the age of twenty-one, are, in the language of the law denominated infants, but in common speech, minors.— Those who are under the government of guardians, are called wards. *l* By statute, males at the age of fourteen and females at the age of twelve, are capable to chuse guardians, *m* and by common law may consent or disagree to marriage, being then arrived at years of maturity or discretion, which is called the age of puberty. By the statute law, at seventeen years of age, both sexes are under a capacity to dispose of their personal estate by will. By common law, at the same age, a male may be an executor, and a female an executrix. By the statute law, at twenty-one, they become of full age, are liberated from parental power and become free, which is compleated on the day proceeding the birth-day. *n* By the Roman law, persons having no fathers, are under the control of tutors till they are fourteen, and curators till they are twenty-five: which is the age in all cases, when they are of full age, so as to be capable of contracting.

2. *o* Guardians are appointed by the courts of probate, to minors under the age of fourteen. Minors of the age of fourteen have a right to chuse their guardians, who are to be allowed by the courts of probate. When there are minors of age to chuse guardians, who have neither parents, guardians, or masters, the judges of courts of probate, in whose district they live or reside, must notify them to appear, and elect guardians, which such courts may allow of—In case of neglect or refusal, such judges may appoint guardians, with the same powers as if elected by such minors. The judges of probate, on allowing or appointing guardians, must take sufficient security for the faithful discharge of the trust according to law, and render their account to the judge, or the minor, when he arrives at full age, or such other time, as said court of probate upon complaint to them made, shall see cause to appoint.

*p* It has been adjudged, that where a guardian is appointed to a minor by the court of probate, under the age of chusing one, he is in judgment of law, guardian till the minor arrive at full age, unless the guardian be removed from office, or another be chosen after the minor is of sufficient age, or unless the guardian be appointed with express limitation of time.

3 The

*l* Statutes, 3. *m* 1 Black. Com. 463. *n* Justinian's Institute. Digest l. 4. tit. 4. *o* Statutes 93, 94. *p* Kirb. 287.


Digitized by Google

3. The guardian being confidered as a fubftitute for the father, the confequence is, that the power and duty of guardian and ward, in a great meafure correfpond to that of parent and child. The guardian is intrufted with the care of the perfon and eftate of the minor. He has power to do every act that is neceffary for the ufe and improvement of the eftate, and may execute leafes of lands.

q Where one or more joint-tenants, or tenants in common, are minors, the guardians with the affiftance of fuch perfons as the courts of probate fhall appoint, are impowered to make partition with the other tenants, which fhall be conclufive upon the minors, their heirs and affigns. r When a minor is interefted in a mortgaged or other real eftate, which in equity ought to be conveyed to any other perfon, the court having cognizance may enjoin the guardian under a fuitable penalty, and the guardian is authorifed to make a conveyance in behalf of the minor, that fhall be effectual in law, and if there be no guardian at the time of bringing the fuit, the court may appoint one, with full power.

It is the duty of the guardian to take reafonable and prudent care of the eftate of the ward, and to ufe and improve it in the moft advantageous manner. f But he cannot maintain an action in his own name, for any injury done to the land of his ward, fuch action muft be in the name of the ward.

When the ward arrives at full age, the guardian muft account for the rents and profits of the eftate, and fhall be allowed a reafonable compenfation for his expenfe and trouble. He muft anfwer for all damages arifing by his mifconduct and neglect. Whenever a guardian is appointed, the court of probate take bonds for a faithful difcharge of the truft, and if the guardian mifbehave, and there be danger that he will injure or wafte the eftate, the court on complaint, may put the bond in fuit at any time, and call the guardian to account, which feems to be the proper mode for minors to call on their guardians to account during their minority : but at common law, a minor may inftitute a fuit againft his guardian under fuch circumftances, by his next friend. When the minor arrives at full age, and the guardian neglects to account, the bond may be put in fuit, or an action of accouut at common law, may be brought.

4 In

q Statutes 115. r Ibid. 48, 49. f Eaftman, vs. Camp, S. C. 1790.



Digitized by Google

4. In respect of the capacity of minors to contract, the general rule is, that minors have the power of making contracts for their benefit, which are voidable by their own act; but that they can never make a contract to their disadvantage, that is obligatory upon them, for such contracts are void. *t* If a minor makes a contract for his benefit, that is by which he acquires something, as a purchase of lands, or any personal property, or where there is a semblance of benefit, he may at full age dissent to the contract and avoid it, or affirm it and render it obligatory: but when he has once made a contract to his benefit, he cannot dissent to it, till he becomes of full age: because this would be an act in the nature of a contract, that operates to his disadvantage. Therefore a minor cannot execute a release, or discharge of a beneficial contract, without receiving an adequate consideration. Thus, if a minor holds a note against a man, and executes to him a discharge, the promissor cannot take advantage of the discharge, but must shew that he has paid the sum due on the note, or he shall be holden. A receipt under the hand of the minor, shall not be evidence of the payment of money on a note or other debt, if the minor denies the reception of it; but the party must make absolute proof of the payment of money to avoid the note; for it is clearly correspondent to reason and justice, that the payment of a debt, or sum of money due by contract to a minor, shall discharge the debt, because the reception of the money, is in the nature of a contract to his benefit, and if the contract be obligatory, an actual performance must be effectual to discharge it.

A minor cannot make a contract to his disadvantage, or without an apparent benefit, or semblance of benefit, that will be obligatory, but the same is absolutely void. He cannot execute a deed of his lands, or transfer his personal property. He cannot obligate himself by simple contract, or specialty. *u* But tho the contract be not binding on the minor, yet it shall be on the person of full age contracting with a minor; for the law respecting the contracts of minors is intended to protect and secure them against fraud and imposition, and is calculated solely for their benefit. *w* Therefore if one deliver goods to a minor upon a contract, knowing him to be

*t* Co. Lit. 2. *u* Show. 171. *w* Sid. 129.



Digitized by Google

be a minor, he ſhall not be chargeable in trover, or any other action for them; for the contract being void as to the minor, the delivery ſhall be conſidered as a gift to him.

x If a minor gives a note, and when he arrives to full age, acknowledges it to be juſtly due, and promiſes to pay it, the note becomes obligatory, and if he pleads infancy in bar, it may be avoided by ſuch ſpecial matter.

y But to theſe general rules, there are ſome exceptions. The acts of an infant which do not touch his intereſt, but take effect from an authority which he is truſted to exerciſe, are binding; as if he be an executor, as he may be when ſeventeen years of age, by ſtatute; all the acts which he does in performance of that truſt, are binding.

An act done by an infant, which was right to be done, and which he was compellable by law to do, is obligatory: as if an infant mortgagee, on payment of the money due by the mortgagor, reconvey, the deed is valid, and cannot be avoided: becauſe by law he might have been compelled to have reconveyed. Lord Mansfield ſays, that this privilege is given to minors as a ſhield and not as a ſword, and that therefore it ſhall never be turned into an offenſive weapon of fraud and injuſtice.

z By the common law, a minor can bind himſelf by his contract for neceſſaries, for diet apparel, education, and lodging. a But the ſtatute law of this ſtate, ſuperſedes the common law, and provides that no perſon under the care of a parent, guardian or maſter, ſhall be capable to make any contract, which in the law ſhall be accounted valid, unleſs authoriſed or allowed ſo to contract, or bargain, by the parent, guardian, or maſter, and that in ſuch caſe, the parent, guardian or maſter, ſhall be bound thereby. The action muſt be brought on the contract directly againſt the parent, guardian, or maſter, as tho made by them for their benefit. What ſhall be deemed an authoriſing, or allowing to contract, ſo as to bind the parent, or guardian, is not expreſsly mentioned. b It has been adjudged by the ſuperior court, that a general licence by the guardian, to the minor to trade, ſhall render the contracts of the minor

x Lawrence vs. Gardener, S. C. 1792. y 3 Burr. 1802. z Powel. 34. a Statutes 142. Kirb. 286. b Spring vs. Evans S. C. 1795.



Digitized by Google

minor obligatory on the guardian. If a minor have neither parent, guardian, or master, he cannot come within the description of the statute, and of course will possess by common law, the power of making contracts for necessaries; and this seems to be a reasonable construction of the law, for where a minor has no person to provide for him, he must have the power of contracting for the necessaries of life, but if he have some person to superintend him, there is no necessity that he should be capable to make any contract for his support.

5. [c] Minors are resposible for all acts that are called torts or trespasses, whenever they are capable to commit them, but not for any acts that are in the nature of contracts. If a minor affirming himself to be of age, borrow a sum of money, and execute his bond for it, he may avoid it by reason of nonage; and no action lies for the deceit; for tho responsible for actual torts, as trespasses with force, yet he cannot be for those that sound in deceit; for if they should, all minors might be ruined: to avoid which they are incapacitated to make contracts, and if they might be sued for a deceit in contracts, they would be exposed to the same danger, as to be liable for their contracts.

[d] So if a minor on the sale of a horse affirm it to be his own, when it belongs to another, yet on action brought for the deceit, if the minor plead infancy, he shall not be liable: because the contract being voidable, the plea of infancy avoids it, and it is in the nature of an affirmance, by a minor that he is of full age. If a minor goes about town and pretending to be of age, defrauds by taking up goods upon credit, and then pleads nonage, the person injured cannot recover back the goods, or the value, yet he may be punished as a common cheat. [e] Minors are no more liable in equity than at law, for frauds and deceits in contracts.

[f] Minors on account of their youth and inexperience, are deemed incapable to prosecute and defend in suits. The law therefore to protect them from any injury in this respect, has made it necessary that they sue by guardian, or if they have none, then by the next friend. The parent is called the natural guardian. They cannot be sued only under the protection of, and by joining the guardian,



[c] Sid. 258. 3. Bac. Abr. 132. [d] Keb. 778. [e] Geer vs. Hovey, S. C. 1790. [f] Rol. Abr. 287, 288.



Digitized by Google

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 34



parent, or maſter, in the ſuit; if they have none, they may be ſued without, but the plaintiff muſt inform the court, whoſe duty it will then be to appoint a guardian, for the purpoſe of aſſiſting them in their defence. g If judgment be rendered againſt a minor, no guardian being cited or appointed by the court, on default, writ of error will lie for the error in fact, and the judgment be reverſed.

---

## Chapter Eighth.

## OF MASTER AND SERVANT.

A Servant, is a perſon ſubjected to the power and authority of a maſter for a limited time, upon a particular contract. In diſcuſſing this ſubject, I ſhall conſider, I. Who may be ſervants. II. The power of maſters, and the remedy of ſervants againſt their maſter for injuries, and III. The liability of maſters for the acts of their ſervants,—and of ſervants for their own acts.

I. Servants are of ſeveral deſcriptions.

1. Menial ſervants or domeſtics, who are not however particularly recognized by law, and are ſo denominated from the nature of their employment. The right of the maſter to their ſervices in every reſpect, is grounded on the contract between them. Labourers, or perſons hired by the days work, or any longer time, are not by our law, or in common ſpeech conſidered as ſervants.

2. Poor debtors may by law be aſſigned in ſervice, for the payment of their debts, and rendered ſervants: and for this purpoſe the law provides, b that when a debtor is impriſoned, and no means can be found to pay the debt, except by ſervice, then if the creditor deſire it, and the court judge it reaſonable, the ſuperior or county court, ſhall have power to order and diſpoſe of ſuch debtor in ſervice for the purpoſe aforeſaid, to ſome inhabitant of this ſtate, whether the execution by which he is held, iſſued from ſuch court or not. Provided, that ſuch court muſt be ſatisfied by the oath of the parties, that ſuch debtor has not ſufficient eſtate to pay ſuch execution,

g Kirb. 116. b Statutes, 9, 10.



Digitized by Google

occaſion, without leave of the Preſident, a Profeſſor, or a Tutor, or ſhall undreſs himſelf for ſwimming in any place, expoſed to public view, he may be fined not exceeding thirty four cents.

X. IF any Scholar, without leave obtained of the Preſident, or one of the Profeſſors, or of the Tutors, ſhall go out of the town of New-Haven, or beyond the place allowed him, or ſhall not return by the appointed time, he may be puniſhed by fine, admonition, or otherwiſe, according to the degree and circumſtances of the offence.

XI. IF any Scholar ſhall play at hand or foot-ball, in the College-yard, or throw any thing againſt the College-buildings or fence, by which they may be in danger of damage, he ſhall be fined eight cents.

XII. EVERY Scholar, in ſtudying time, ſhall abſtain from hallooing, ſinging, noiſineſs and loud talking, in the College, or College-yard, on penalty of ſix cents, and in the preſence of the Preſident or any one of the Profeſſors, or Tutors, on a penalty, not exceeding thirty four cents.

XIII. IF any Scholar ſhall ring the College-bell, except by order of the Preſident, a Profeſſor, Tutor, or the Butler, he ſhall be fined, or otherwiſe puniſhed, as the caſe may require.

XIV. No Scholar is allowed to keep any kind of fire-arms, or gun-powder, upon penalty of ſeventeen cents: and if any Scholar ſhall fire any gun-powder in or near the College-yard, he ſhall be fined fifty cents: and if it be done near the dwelling-houſe or the perſon of the Preſident, a Profeſſor or a Tutor, he ſhall alſo be puniſhed as for contempt.

Digitized by Google Original from HARVARD UNIVERSITY

# ACTS AND LAWS OF THE STATE OF CONNECTICUT, IN AMERICA.




*HARTFORD:*

PRINTED BY HUDSON AND GOODWIN.

M,DCC,XCVI.

ase 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 37 of 1



*Be it further enacted*, That the commanding Officer of each Regiment, conſtituted by this Act, ſhall form the Companies in their Regiments as near as may be to an Act of Congreſs, for numbers of Men and Companies; and that where the Field Officers of any Regiment ſhall judge beſt, they may take a Company already formed, to ſerve as a Light Infantry or Grenadier Company, to each Battalion of their Regiment; or enliſt ſuch Companies from exempts, or others, not reducing any Company, by ſuch enliſtment, under the number of ſixty-four.

Officers commanding Regiments to form the companies agreeably to act of Congreſs.

56. *And be it further enacted*, That each non-commiſſioned Officer, Horſeman, Matroſs, and Private of the ſeveral Companies of Horſe, Artillery, and Infantry of the Militia of this State, ſhall furniſh himſelf with the Arms, Ammunition and Accoutrements, required by the Act of Congreſs, and by this Act, upon the Penalty of forfeiting and paying a Fine of *Two Dollars*, and the like Penalty for every four weeks he ſhall be unprovided, to be levied and collected by Warrant of Diſtreſs, as hereafter directed; and that a Horſe-man, or Dragoon, who ſhall not furniſh and provide himſelf with a Horſe and furniture, as required by the ſaid Act, ſhall be returned to, enrolled, and do Duty in the Infantry Company in the limits of which he reſides:—That the Field and commiſſioned Officers in each Regiment, ſhall be uniformly cloathed in Regimentals, at their own expence, and to be agreed upon by ſuch Officers; that the Field Officers of each Regiment ſhall furniſh State and Regimental Colours for their Regiment and Battalions, at the State expence, not exceeding the ſum of *Fifteen Dollars*, to each Regiment.

Each non-commiſſioned officer and private to furniſh himſelf with arms ammunition and accoutrements.

Officers to be uniformly clothed in regimentals.

Field officers to furniſh colours.

57. *And be it further enacted*, That every Commanding Officer of a Company of Militia, ſhall order out his Company or Troop, three Days in each Year, and Inſtruct them in the Uſe of Arms and Diſcipline of War; and the Days appointed, ſhall be in the Month of March, April, May, September, October or November, and that on the firſt Monday of May and October annually, ſuch Commanding Officer ſhall cauſe the Arms, Ammunition and Accoutrements, of all under his Command, to be reviewed and inſpected:—That the Commanding Officer of each Regiment, ſhall order out his Regiment by Battalion or Regiment, once in each Year for Regimental exerciſe, Inſpection and Review. And if any of the Privates belonging to any Company of Horſe, Artillery or Infantry, ſhall Neglect to appear completely armed and equiped on the Place of Parade, appointed by the Commanding Officer of his Company, being duly warned, he ſhall forfeit and pay a Fine of *One Dollar and Fifty Cents*, for each Day: and if any non-commiſſioned Officer, Drummer, Fifer, or Trumpeter, ſhall Neglect to appear as aforeſaid, he ſhall forfeit and pay the Fine of *Two Dollars* for each Day:—unleſs any ſuch Perſon ſhall appear before the Commanding Officer of ſuch Company, within twelve Days after ſuch Day of exerciſe or Review, and make ſatisfactory excuſe for his non appearance on ſaid Day; and the Commanding Officer of each Company, Battalion or Regiment, ſhall order the correcting and puniſhing Diſorders and Contempts, on Days

Companies to be out three days in each year, to be inſtructed, &c.

Arms to be inſpected.

Regiments to be reviewed once in each year.

Privates who do not appear equipt to pay a fine of 1 dol. and 50 cents.

Drummers &c. to pay a fine of 2 dols.

Puniſhment inflicted.

ase 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 38 of 1



of Company, Battalion, or Regimental exercife, Infpection or Review; the punifhment not being greater than Riding a Wooden Horfe, for a Time not exceeding one Hour, or a Fine not exceeding *Seven Dollars*:—That each Commanding Officer of a Company, Battalion, Regiment, Brigade or Divifion, fhall have Power and Authority, and full Power is hereby given to afcertain and fix certain neceffary Limits and Bounds to their refpective Parades, within which no fpectator fhall have right to enter, without liberty from faid Commanding Officer; and in Cafe any Perfon fhall fo intrude or offend, he fhall be fubjected to be confined in fuch way and Manner as the Commanding Officer fhall direct, during the continuance of the exercife.

Officers to fix limits and bounds to their parades.

58. *And be it further enacted*, That all Warrants granted by the Commanding Officer of any Company, Battalion or Regiment, for any Time or Times incurred by virtue of this Act, or any Breach thereof, fhall be directed by the Officer commanding a Company, to the orderly Sergeant of his Company; which orderly Sergeant he fhall from Time to Time appoint, from the Sergeants of his Company; and the Officer commanding a Battalion or Regiment, to the Adjutant or Sergeant-Major; and to be by them levied on the Goods or Chattels of the refpective Delinquents, if upwards of twenty-one Years of Age—And for the want of fuch Goods or Chattels againft the Body of fuch Delinquent, and againft the Goods and Chattels of the Parents, Mafter or Guardians, of fuch Delinquents as have not arrived to the Age of twenty-one Years; and for want of fuch Goods and Chattels, againft the Body of fuch Parent, Mafter or Guardian, and them commit and hold in Gaol, until fuch Fine or Fines fhall be paid and fatisfied, together with lawful Fees for Service, as in Cafes of Execution for Debt; which Fines and Forfeitures fhall be appropriated for the Ufe of the Companies to which fuch Delinquents refpectively belong, for purchafing and maintaining Colours, Trumpets, Drums and Fifes; and fhould there be any overplus of Fines remaining in the Hands of the Commanding Officers of Companies, they fhall pay it over to the Commanding Officer of their Regiment to which they belong; which together with the Fines collected by virtue of Warrants iffued by the Field-Officers, fhall be applied to keeping Colours in repair, and for Band-Mufic for the Regiment. That whenever any Commanding Officer of a Company fhall impofe any Fine in any of the Cafes before mentioned in this Act, he fhall give Notice to the Perfon fined, who fhall have Liberty within ten Days to apply to the Commanding Officer of the Regiment, who on giving Notice, and hearing the Parties, may abate fuch Fines, or any Part thereof; and if fuch Commanding Officer of the Regiment, thinks not proper to abate fuch Fine, the Officer impofing the fame may proceed to a collection thereof.

Warrants by whom granted and to whom directed.

Warrants on whom and on what levied.

Fines how appropriated.

Officers impofing fines to give notice to the perfon fined who fhall have liberty within 10 days to apply to the commanding officer of the regiment for abatement.

59. *Provided neverthelefs*, That if any Soldier fhall in the judgment of the Select-men of the Town to which he belongs, be unable to arm and accoutre himfelf agreeable to the directions of this Act, it fhall be the Duty of fuch Select-men to certify the

Soldiers unable to furnifh

Case 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 39 of 169

# LAWS

OF THE

# STATE

OF

# DELAWARE,

FROM THE FOURTEENTH DAY OF OCTOBER, ONE THOUSAND SEVEN HUNDRED, TO THE EIGHTEENTH DAY OF AUGUST, ONE THOUSAND SEVEN HUNDRED AND NINETY-SEVEN.

IN TWO VOLUMES.

VOLUME II.

*Published by Authority.*

*NEW-CASTLE:*
PRINTED BY SAMUEL AND JOHN ADAMS.
M,DCC,XCVII.

Case 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 40 of 169





tioned ſhall prove his age to the ſatisfaction of the officers of the company within whoſe bounds he may reſide, or a majority of them.

Persons exempted from military duty.

SECT. 2. *And be it further enacted*, That the Vice-Preſident of the United States, officers judicial and executive of the government of the United States, the Members of both Houſes of Congreſs and their reſpective officers, all Cuſtomhouſe Officers and their Clerks, Judges of the Supreme Court and of the Court of Common Pleas, Chancellor, Attorney General, Secretary, and Treaſurer of the State, Sheriffs, Gaolers and keepers of workhouſes, all poſt-officers and ſtage-drivers who are employed in the care and conveyance of the mail of the Poſt-office of the United States, all ferrymen employed at any ferry on the poſt roads, all inſpectors of exports, all pilots, all mariners actually employed in the ſea ſervice of any citizen or merchant within the United States, miniſters of religion of every denomination, profeſſors and teachers in colleges, academies, Latin ſchools, and ſchoolmaſters having twenty Engliſh ſcholars, and no other perſon or perſons, ſhall be excepted from militia duty; but all young men under the age of twenty-one years, and all ſervants purchaſed *bona fide*, and for a valuable conſideration, though enrolled agreeable to the firſt ſection of this law, ſhall be exempted from furniſhing the neceſſary arms, ammunition and accoutrements as are required by the fourth ſection thereof, and ſhall be exempted from militia duties and fines during ſuch minority or ſervitude, except in caſes of rebellion, or an actual or threatened invaſion of this or any of the neighbouring ſtates.

From furniſhing arms, &c.

Arrangement of the militia.

SECT. 3. *And be it further enacted*, That the militia of this ſtate be arranged into diviſions, brigades, regiments, battalions and companies in manner and form following: The whole ſtate to make one diviſion, and each county to conſiſt of one brigade; each brigade to conſiſt of not leſs than two, or more than eight regiments; each regiment to conſiſt of two battalions, and each battalion to conſiſt of four companies, in ſuch manner that no company ſhall conſiſt of more than eighty, or leſs than forty privates, or as near as may be, having regard to their local ſituation;

there

THE

# LAWS

OF THE

# STATE OF NEW-HAMPSHIRE,

THE

# CONSTITUTION

OF THE

## *STATE* OF *NEW-HAMPSHIRE*,

AND THE

# CONSTITUTION OF THE UNITED STATES,

WITH ITS PROPOSED AMENDMENTS.

PRINTED BY ORDER OF THE HONORABLE THE GENERAL-COURT.

*STATE* OF *NEW-HAMPSHIRE*:
PORTSMOUTH :—Printed by JOHN MELCHER,
PRINTER TO THE STATE.
1797.



Digitized by Google

:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 42



*And be it further enacted*, That ſuch of the infantry as are under the care of parents, maſters or guardians, ſhall be furniſhed by them with ſuch arms and accoutrements. And ſuch as are unable to furniſh themſelves, ſhall make application to the ſelectmen of the town, who are to certify to their captain or commanding officer, that they are unable to equip themſelves, and the ſaid ſelectmen ſhall, at the expence of the town, provide for, and furniſh ſuch perſons with arms and equipments; which arms and equipments ſhall be the property of the town, at whoſe expence they were provided: And if any perſon ſo furniſhed, ſhall embezzle or wilfully deſtroy the ſame, he ſhall be puniſhed by any court proper to try the ſame, upon complaint made by the ſelectmen of ſaid town, by being publicly whipped not exceeding twenty ſtripes, or fined not exceeding forty ſhillings. And that all fines recovered for embezzling or deſtroying of arms and accoutrements as provided in this *act*, *ſhall* be paid into the hands of the ſelectmen to be appropriated in purchaſing arms and accoutrements for ſuch ſoldiers as are unable to purchaſe for themſelves.

**Thoſe unable, &c. to be equipped at the expence of the town.**

**Fines how to be appropriated.**

*And be it further enacted*, That parents, maſters and guardians ſhall be liable for the neglect and non-appearance of ſuch perſons as are under their care (and are liable by law to train) and are to be proceeded againſt for the penalty in the ſame manner, as by this act is provided againſt other delinquents.

**Parents, &c. liable to a penalty.**

*And be it further enacted*, That the commander in chief, the officers commanding diviſions, brigades or regiments, may appoint military watches or guards when an invaſion of the State is apprehended, in ſuch place and under ſuch regulations as they may judge neceſſary: and all officers and ſoldiers under their command are to yield ſtrict obedience to their orders and directions.

**Military watches, by whom to be appointed.**

*And be it further enacted*, That the ſignals for an alarm are to be fixed by the captain general, and may by him be altered, from time to time, and proper notice thereof is to be by him given to the ſeveral officers; and if any non-commiſſioned officer or ſoldier, ſhall upon the alarm being given, unneceſſarily neglect to appear properly armed and equipped, at ſuch time and place as the commanding officer ſhall appoint,

**Signals to be fixed.**


Google

# PUBLIC LAWS

OF THE STATE OF

# RHODE-ISLAND

AND

# PROVIDENCE PLANTATIONS.

*An Act made and paſſed by the General Aſſembly of the State of Rhode-Iſland and Providence Plantations, holden at Newport on the firſt Wedneſday in May, A. D.* 1798.

*An Act relative to the catching of Lobſters.*

Section 1. BE *it enacted by the General Aſſembly, and by the Authority thereof it is enacted,* That no perſon ſhall ſet or keep, or cauſe to be ſet or kept, within any of the rivers, bays, or harbours, or upon or within three miles of any of the ſhores, of this State, more than two pots or nets for the catching of Lobſters; and that if any perſon ſhall ſet or keep, or cauſe to be ſet or kept, more than two pots or nets for that purpoſe, at any one time, he ſhall forfeit and pay the ſum of twenty dollars: one half to and for the uſe of the informer, and the other half to and for the uſe of the State. Penalty for ſetting more than two pots or nets for the catching of lobſters.

Sec. 2. *And be it further enacted,* That if any perſon ſhall lift or raiſe any net or pot, ſet for the catching of lobſters, without permiſſion of the owner or owners thereof, he ſhall pay as a fine the ſum of ten dollars; one half to and for the uſe of the informer and the other half to and for the uſe of the State For raiſing them without permiſſion

flints, five cents; and without priming-wire and brush, five cents: And for appearing at the company parade without a gun, he shall forfeit seventy-five cents; without a bayonet and belt, twenty-five cents; without a cartouch-box, ten cents; without flints, five cents; and without priming-wire and brush, five cents.

Fines how collected.

Sec. 15. *And be it further enacted*, That at the expiration of ten days, and within fifteen days, after such rendezvous or parade, the commanding officer of such company shall deliver to some one Justice of the Peace, residing in the same town, a copy of his warrant and of the return of the warning officer thereon, together with a list of the delinquents, in not appearing at the rendezvous or parade as aforesaid, and of the delinquents in not being equipped in the articles enumerated in the preceding section of this act, and of the articles of equipment aforesaid in which they shall have been deficient, and of such offenders as he shall fine, or shall incur a fine, by virtue of the provisions of the thirteenth or eighteenth section of this act, who shall not have paid their fines to said commanding officer, or shall not have rendered to him a satisfactory excuse for their delinquencies; and the said Justice of the Peace shall, within ten days after he shall have received such copy and list from such commanding officer, issue his warrant against each of such delinquents or offenders, directed to the Town-Sergeant or either of the Constables of said town, requiring them to levy of the goods and chattels of such delinquent or offender the fine or fines aforesaid, together with twenty-five cents for said warrant and all the said Justice's proceedings thereon, and such

fuch fees as are allowed by law for ferving the fame; and for want of fuch goods or chattels to be found, to commit the body of fuch delinquent or offender to gaol, and to return the faid warrant in twenty days from the date thereof. And in cafe fuch delinquent or offender fhall be within age, and live with his father, mother or guardian, or fhall be an apprentice or indented fervant, the faid Town-Sergeant or Conftable fhall be required by faid warrant to levy the fame upon the goods and chattels of faid father, mother, guardian, mafter or miftrefs, as the cafe may be; and the faid Town-Sergeant or Conftable fhall be allowed, for ferving faid warrant, the fame fees as are allowed by law for ferving an execution. And if faid warrant fhall be returned *non eft inventus*, the faid Juftice is hereby authorized to iffue an *alias* warrant at any time after. And the money fo levied, and the money paid as a commutation hereafter mentioned, fhall be paid to the faid Captain or commanding officer of the company, at the return of faid warrants, to be appropriated to pay the expenfe of warning faid company, and that of mufic (provided the expenfe of mufic fhall not exceed per day two dollars to the Drummer and two dollars to the Fifer) and to purchafe colours; and the refidue thereof, if any, fhall be paid to the Town-Councils of the feveral towns, to be by them appropriated to the arming and equipping of thofe who are not able to arm and equip themfelves. And it fhall be the duty of the Town-Councils of the refpective towns, annually, to call on the commanding officers of the feveral companies in their towns refpectively to render to faid Councils their accounts of the

How appropriated.

Commanding officers to account with the Town-Councils.

Case 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 46 of 169



Non-commissioned officers, &c. not to be discharged unless, &c.

not be discharged from military Duty, for any cause whatever, excepting Inability, in which case they shall obtain their Discharges in the same manner, as is prescribed by Law for Privates; and that non-commissioned Officers and Musicians, who shall remove from the Companies in which they were chosen, into the limits of any other Company, or who shall remove from any other State into this State, shall be liable to perform military Duty as Privates, in the Company in the limits of which they reside, unless they have actually performed the Duties of non-commissioned Officers or Musicians for the term of three Years.

Drummers and fifers may be ordered out for practice and instruction.

2. *And be it further enacted,* That the commanding Officers of the several Regiments of Infantry, shall, if they judge it necessary, order the Drummers and Fifers, belonging to their respective Regiments, to assemble at such Times and Places as they shall direct, for the purpose of Practice and Instruction, not exceeding two Days in each Year, exclusive of the Days of regimental Exercise. And if any Drummer or Fifer, shall neglect or refuse to obey such Order, he shall be liable to the same Penalty as is by Law provided for like neglect or refusal on Days of company Exercise.

Appeals regulated.

3. *And be it further enacted,* That in case of an Appeal by any Private or non-commissioned Officer from the Judgment of the commanding Officer of the Company, imposing a Fine for neglect of Duty, to the commanding Officer of the Regiment or Brigade, such commanding Officer shall decide on such Appeal within sixty Days, after the same is made, and give notice of his Decision in writing to the commanding Officer of the Company, and in case no Decision shall be made and notice given within the Time aforesaid, the commanding Officer of the Company shall proceed to collect the Fines by him imposed, notwithstanding such Appeal.

Fines for neglect of military duty.

4. *And be it further enacted,* That the Fines and Penalties incurred for Non-appearance and deficiencies of Arms, Ammunition and Accoutrements shall in future be as follows, viz. Each non-commissioned Officer, Drummer, Fifer or Trumpeter who shall neglect to appear at the Time and Place appointed for regimental or battalion Exercise or Review, being legally warned thereto shall forfeit and pay a Fine of *Three Dollars* for each Days neglect, and for each Days neglect to appear at the Time and Place appointed for company Exercise or Inspection, being legally warned thereto, shall forfeit and pay a Fine of *One Dollar* and *Fifty Cents*, and each Private belonging to any Company of Militia, shall for Non-appearance on Days of regimental or battalion Exercise or Review, being thereto legally warned, forfeit and pay a Fine of *Two Dollars* for each Day's neglect, and for Non-appearance at Time and Place for company Exercise or Inspec-

tion he ſhall forfeit and pay a Fine of *One Dollar* for each Day's neglect; and for deficiencies of Arms, Ammunition and Accoutrements, required by Law, each non-commiſſioned Officer and Private ſhall forfeit and pay for each Day of Review or Exerciſe that he ſhall be deficient, the following Fines, viz. For a Gun or pair of Piſtols, each *Seventy-five Cents;* for Sword, Bayonet or Cartridge Box, each *Fifty Cents;* and for each of the other Articles required by Law, *Twenty-five Cents.*

5. *Be it further enacted,* That each non-commiſſioned Officer, Muſician and Soldier, liable by Law to perform military Duty, who ſhall dreſs himſelf in Uniform, and arm and equip himſelf according to Law, and ſhall on or before the firſt Day of January deliver to the Liſters of the Town to which he belongs a Certificate thereof from the commanding Officer of the Company to which he belongs, and that he has faithfully performed his Duty in ſaid Company for one Year immediately preceding, without incurring any Penalty for the neglect thereof, ſhall for ſuch Year be exempted from all Taxes, payable into the Treaſury of this State, ariſing upon his Head in the Liſt of ſuch Year, and that in ſuch caſe the Liſters ſhall certify with the Liſt of the Town to the Comptroller the number of Perſons exempted as aforeſaid and to the Town Clerks the Names of each Perſon ſo exempted. Exemption from poll-tax.

6. *Be it further enacted,* That all Fines and Penalties, collected by the commanding Officer of any Company, more than ſufficient to purchaſe Trumpets, Drums and Fifes for ſuch Company ſhall be paid into the Hands of the Treaſurer of the Town to which ſuch Company belongs, to be by the Selectmen thereof applied in purchaſing Arms, for thoſe who are unable to arm and equip themſelves; *Provided however,* When ſuch Company ſhall be compoſed from ſeveral Towns, ſuch ſurplus ſhall be paid to the Treaſurers of ſuch Towns reſpectively, in proportion to the number of non-commiſſioned Officers, Muſicians and Soldiers in ſuch Company, from ſuch Towns reſpectively, at the Time of ſuch Payment. Fines how diſpoſed of.

7. *Be it further enacted,* That while any Furnace ſhall be in blaſt, there ſhall be allowed and exempted from military Duty, not exceeding eight Men for each, who work conſtantly at the ſame while in blaſt, at the diſcretion of the Selectmen of the Town where ſaid Furnace ſhall be, and a Certificate from ſuch Selectmen ſhall be ſufficient evidence of ſuch allowance and exemption. Perſons employed at furnaces exempt.

8. *Be it further enacted,* That all the Citizens living in the Town of Montville, liable to do military Duty in the 20th Regiment of Militia, ſhall be and they are hereby annexed to the 3d Regiment. Regiments 3d and 20th.

# THE MINUTES OF THE SENATUS ACADEMICUS

1799 – 1842

Transcribed by Leslye Seltzer

University of Georgia Libraries

Department of Records Management & University Archives

November 4, 1976

& Rendered into Electronic Form by Zubin Patel, 2008

(1)

MINTUES OF THE SENATUS ACADEMICUS 1799 - 1842

At a meeting of the Senatus Academicus of the State of Georgia, at the State House in Louisville, on Wednesday the 27th November 1799 pursuant to public notice.

Present His Excellency Governor Jackson, in the Chair

Judge Carnes,

David Emanuel esq. president of the Senate,

David Meriwether esq. Speaker of the House. of Reps.,

Hugh Lawson,

Abraham Jackson,

Peter Early,

Joseph Clay Jun.,

Seaborn Jones,

William Stith,

George Walker

Read the Charter of the University, as also an Act explanatory of the said Charter.

Ordered, that a Committee consisting of Messrs. Clay, Stith and Meriwether, be appointed to draw up rules for the government of the Senatus Academicus.

The board then adjourned till tomorrow at half past four o'clock P.M.

Thursday 29th November 1799

The Senatus Academicus met pursuant to adjournment

Present His Excellency Governor Jackson

Judge Mitchell, Mr. A. Jackson,

Judge Carnes, Mr. Clay Jun.,

Mr. Prest. Emanual Mr. Early,

Mr. Speaker Meriwether, Mr. Jones,

Mr. Lawson, Mr. Stith,

Mr. Walker.

(2)

Mr. Clay from the Committee appointed to draw up Rules for the government of the Senatus Academicus reported as follows, to wit, rules for the government and preservation of good order to be observed by the Senatus Academicus.

Rule 1. Every Member shall attend and take his seat punctually at the hour to which the board stands adjourned.

2. Any member intending to speak, shall rise and address the President, and when two members shall rise at the same time, the President shall determine, which shall speak first, and the other shall be in order to speak next, if he chooses.

3. Members shall not enter into private conversation, or read, whilst any other member is speaking.

Whilst report being read was unanimously agreed to.

On motion of Mr. Speaker, resolved, that a statement of the funds of University, be now laid before this, board.

And a statement by their Treasurer, was accordingly laid before them. -

A Motion was made by Mr. Early, as follows, viz "Resolved, that it is at present expedient to establish a temporary seat only, of the University.

After having the said resolution under consideration, upon Motion of Mr. Walker, the question was postponed.

Upon motion of Mr. Clay, resolved, that a committee be appointed, to prepare a circular letter, to be addressed to the Trustees of the several Academies in this State, requiring them to inform this board, at their next Annual meeting

(3)

of the state of their Academy, of their funds, in what the consist, if of land and houses, a description of them, their situation an probable value, of the number of Tutors and Students, the mode of tuition, and their annual expenses. And Judge Mitchell, Mr. Clay, and Mr. Early were appointed, that Committee.

Propositions from the Counties of Greene, Hancock, Wilkes and Colombia were received, and after being read, were ordered to lay on the table for the inspections of the members. -

The Board then adjourned 'till tomorrow at four o'Clock P.M. –

Friday 29th November 1799

The Senatus Academicus, met pursuant to adjournment, present.

His Excellency Governor Jackson.

| | |
|---|---|
| Judge Mitchell, | Mr. A. Jackson, |
| Judge Carnes, | Mr. Clay Jun., |
| Mr. Prest. Emanuel, | Mr. Jones, |
| Mr. Speaker Meriwether, | Mr. Stith, |
| Mr. Lawson, | Mr. Walker. |
| Mr. Early, | |

Took up the resolution proposed by Mr. early, to wit, the expediency of fixing upon a temporary seat only, of the University of Georgia. After some debate, Mr. Early withdrew the same.

A motions was made by Mr. Walker and seconded by Mr. Clay that this board adopt the following resolution, to wit, "Resolved, That it is not expedient at this time to fix on any site for the University either

temporary of permanent." And the question being put thereon, the same was negatived.

A Motion was made by Judge Mitchell, seconded by Mr. Speaker, that the following resolution be adopted, "Resolved that this board do now proceed to determine on a place for the temporary seat of the University." On Motion of Mr. Walker the further consideration for this resolution was postponed, until tomorrow evening.

Mr. Clay from the Committee appointed to draw up a circular letter to the several Academies reported the same, which was read, and ordered to lay on the table. The Board then adjourned untill tomorrow at four o'Clock P.M.

Saturday 30th November 1799

The board met pursuant to adjournment.

Present His Excellency Governor Jackson,

| | |
|---|---|
| Judge Mitchell, | Mr. Early, |
| Judge Carnes, | Mr. Clay Jun., |
| Mr. President Emanuel, | Mr. Jones, |
| Mr. Speaker Meriwether, | Mr. Stith, |
| Mr. Lawson, | Mr. Walker, |
| Mr. Jackson, | |

The resolution was proposed by Judge Mitchell "that this board do now proceed to determine on a place for the temporary seat for the University" was taken up and agreed to.

A Motion was made by Mr. Walker, that the following resolution be adopted "Resolved that the temporary site

of the University be at the Present Academy of Colombia County."

A motion was made by Judge Mitchell that Colombia be stricken out and Hancock inserted.

A motion was made by Mr. Speaker, that Hancock be stricken out,

and Wilkes inserted.

A motion was made by his Excellency the President, that Hancock be stricken out, and Greene inserted. A motion was made by Mr. Lawson, that Greene be stricken out and Jefferson inserted.

And the question being put on inserting Jefferson the same was negatived.

And the question being put on inserting Greene the same was negatived.

And the question being put on inserting Wilkes, the same was negatived.

And the question being put on inserting Hancock the board equally divided, so the question was lost.

A Motion was made by Mr. Clay, seconded by Mr. Jones, that the board adopt the following resolution, viz. "Resolved that it is the sense of this board, that the President is not entitled to a vote, unless there be an equal number of votes, upon a question."

Upon motion of Mr. Speaker resolved that this board do now adjourn untill Monday next at four o'Clock P.M. and the same was accordingly adjourned.

(6)

Monday 2d December 1799

The Board met pursuant to adjournment.

Present His Excellency Governor Jackson,

Judge Mitchell, Mr. Early,

Judge Carnes, Mr. Clay Jun.,

| | |
|---|---|
| Mr. President Emanuel, | Mr. Jones, |
| Mr. Speaker Meriwether, | Mr. Stith, |
| Mr. Lawson, | Mr. Walker. |
| Mr. Jackson, | |

The resolution proposed by Mr. Clay was taken under consideration.

A Motion made by Mr. Speaker, seconded by Mr. Jones, that the following resolution, be substituted in lieu of the one proposed by Mr. Clay, to wit Resolved that the President shall have a vote in all questions before this board, and when by adding his vote to the Minority, it shall make the votes equal, then it shall be considered the question is undetermined, And the question being put thereon the same was agreed to.

A Motion was made by Mr. Early, that this board adopt the following resolution, to wit, Resolved, that the Academy in the County of (blank) be the temporary seat of the University.

And the question being put thereon, the same was agreed to.

A motion was made by Mr. Jones that the blank

(7)

be filled up with Colombia, and the question being put thereon the same was negatived.

A Motion was made by Mr. Early, that it be filled up with Wilkes. And the question being put thereon the same was negatived.

A motion was made by Judge Mitchell that it be filled up with Hancock. And the question being put thereon, the same was negatived.

The Motion was made by Mr. Early that it be filled up with Greene. And the question being pout thereon the same was negatived.

The Motion was made by Mr. Speaker, that it be filled up with Franklin. And the question being put thereon, the same was negatived.

A Motion was made by Judge Mitchell that the further consideration of filling up the blank be postponed, until the next meeting of the board. And the question being put thereon, the same was agreed to.

The Circular letter reported by Mr. Clay being taken up, and the blanks therein being filled, the same was agreed to, and is as follows to wit "Gentlemen, The Senatus Academicus of the University of Georgia, "being empowered and directed by its Charter, to superintend the different seminaries of learning which have been established throughout the State by public funds, to suggest a plan of

(8)

education, and to perform other Acts, which they may judge necessary for the advancement of literature in these institutions, and as it is impossible that they can execute these duties without essential information, relative to the state of the Academies, which have been formed in the different counties, and which that are desired by the Charter occasionally to obtain, request that at this meeting, on the third Monday in June next, ensuing, you will lay before their board an accurate statement of the condition of the Academy over which you preside, containing an account of the state of your funds, in what they consist, if of lands, or houses, a description of them, their situation and probable value, of the buildings, used for instruction, of the number of tutors and students, the annual expense and plan of education--The Senatus Academicus anxious to carry into full operation, the liberal and extensive principles and scheme of their Charter, as speedily as possible, and conscious, that the same anxious desire must pervade every literary body, which has been constituted for the promotion of great objects of this institution, persuade themselves, that you will be happy in aiding in this important work, and that they will be furnished with the requisite information, at the period prescribed. By order of the Board."

Upon Motion of Mr. Walker, resolved, that the secretary sign the foregoing letter, and a Copy thereof be by him transmitted to the Commissioners of the several Academies throughout this State.

(9)

A Motion was made by Mr. Clay, seconded by Mr. Stith, that this board adopt the following resolutions viz, Resolved, That a committee be appointed to confer with the trustees, or the trustees and tutors of the Academies of the different counties and to report to this board at their next meeting, the state of the funds, numbers of tutors, and pupils therein, whether an additional Number, and what number of teachers, would be requisite for a temporary literary institution, on a plan, more enlarged than that of the Academy, under the direction and patronage of this board,- What would be proper salaries for the teachers; and what proportion of them, if monies received for tuition, should be insufficient, would probably be required from the funds of the University.

That if they should think additional teachers necessary, they recommend such candidates, as they may judge properly qualified. --

That they report to this board, what buildings or additional building, they may think proper to be erected, and the time in which, it can probably be constructed. --

That they report a plan of education, commencing with a grammar school, and including branches of education, most proper to be taught in a course of Six years. –

That they report the apparatus, and list of

(10)

books, which will be proper, for such temporary institution, and which will not cost more than One thousand dollars. --

That they give notice in several of the Newspapers of this State, that they will receive lists of subscriptions for money, for the advancement of this institution, and that they report these also.

And the question being put thereon, the same was agreed to.

The board then proceeded to ballot for a Committee of three, when the ballots being counted out, it appeared that Judge Carnes, Judge Mitchell, and Mr. Clay, were elected that Committee. --

Upon motion of Judge Carnes, Resolved that this board do now adjourn, until the third Monday in June next, and the same was accordingly adjourned until that period.

Attest Jas. Jackson.

J. Hamill Secy. Governor & Presedt

Senatus Academicus

of Georgia

(11)

At a meeting of the Senatus Academicus of the State of Georgia in the executive Chamber in the State house at Louisville on Monday the 24th November 1800.

Present. His Excellency Governor Jackson,

Judge Carnes, Mr. Early,

Mr. President Emanuel, Mr. Clay,

Mr. Speaker Meriwether, Mr. Jones,

Mr. Lawson, Mr. Stith,

Mr. Walton, Mr. Walker-

Mr. Jackson,

Read the Minutes of the former Meeting of this Board.

The Board then adjourned untill tomorrow evening at four o'Clock, to meet in the Executive Chamber.

At a meeting of the Senatus Academicus of the State of Georgia in the Executive Chamber on Tuesday the 25th November 1800.

The board met pursuant to adjournment

Present. His Excellency Governor Jackson,

Judge Carnes, Mr. Jackson,

Mr. President Emanuel, Mr. Early,

Mr. Speaker Meriwether, Mr. Clay,

Mr. Lawson, Mr. Jones,

Mr. Walton, Mr. Stith,

Mr. Walker.

The Minutes of the last meeting were read & agreed to.

On motion made and seconded, Resolved, that this board to now adjourn into the Senate Chamber.

(12)

Read a letter from Mr. Elijah Clarke and on from the Honorable Mr. Baldwin to his Excellency Governor Jackson on the subject of appointing a president.

Or professor in the University, which upon Motion were ordered to be filed.

Judge Carnes from the Committee appointed to confer with the Commissioners of the several Academies throughout the State, Reported, which report was read laid on the Table.

Statement of the situation of the funds of the following Academies, to wit, Wilkes, Chatham, Burke, Warren, Richmond, Columbia Oglethorpe and Liberty were received and read. And upon Motion were referred to the Committee appointed to confer with the Commissioners if the Several Academies throughout the State, and the report of said Committee was recommitted to them for their further deliberation.

On Motion of Mr. Speaker, Resolved that the Statement of the funds of the University be laid before this board tomorrow evening,

The Board then adjourned untill tomorrow evening at half past four o'Clock.

Wednesday 26th November 1800.

The Board met pursuant to adjournment

Present His Excellency Governor Jackson,

Judge Mitchell, Mr. Jackson,

Judge Carnes, Mr. Early,

Mr. President Emanuel, Mr. Clay,

Mr. Speaker Meriwether, Mr. Jones,

Mr. Lawson, Mr. Stith,

Mr. Walton, Mr. Walker.

(13)

The minutes of the last meeting were read & agreed to.

The Committee appointed to confer with the Commissioners of the several Academies reported, which report was read, and upon Motion

the same was taken up and read paragraph by paragraph.

A Motion was made by Mr. Walton seconded by Mr. Jones, that the blank left in the report for inserting the place where the building for a wing of the University shall be erected, be filled up with Columbia. A Motion was made by Mr. Stith seconded by Mr. Walker that it be filled up with Greene.

A Motion was made by Mr. Clay seconded by Judge Carnes that it be filled up with Franklin.

A Motion was made by Judge Mitchell seconded by Mr. Jackson, that it be filled up with Hancock.

A motion was made by Mr. Speaker, seconded by Mr. Clay, that it be filled up with Jackson.

Resolved, that the filling up the said blank be postponed till tomorrow evening.

The Treasurer laid before the board a statement of the funds of the University, Ordered, that the same do lay on the table for the inspection of the members.

A memorial was presented from the Inhabitants of Greensborough, praying a Continuation of Commons, Ordered, that the same be referred to the board of Trustees.

The further consideration of the report before the board was postponed to tomorrow evening.

The Board adjourned 'till tomorrow half past four o'Clock P.M.

(14)

Thursday 27th November 1800

The Board met pursuant to adjournment.

Present His Excellency Governor Jackson,

| | |
|---|---|
| Judge Mitchell, | Mr. Jackson, |
| Judge Carnes, | Mr. Early, |
| Mr. President Emanuel, | Mr. Clay, |
| Mr. Speaker Meriwether, | Mr. Jones, |
| Mr. Lawson, | Mr. Stith, |
| Mr. Walton, | Mr. Walker. |

The Minutes of the last meeting were read & agreed to.

Mr. Hamill the Secretary of this board being absent, Mr. Stith performed the Office of Secretary in his stead.

Board resumed the Consideration of the report of the Committee, and took up the resolution with the several amendments proposed thereto, for filling up the blank left in the said report, for inserting the place where the wing of a building for the University should be erected, and on the question to fill up the said lank with the word Jackson, the same was negatived.

The question was then put to fill up the same with Hancock, which was disagreed to.

The question was then put to fill up the same with Franklin, which was also disagreed to, And the question was then out to fill up the same with Greene, which was Agreed to.

On Motion of Mr. Walker seconded by Mr. Early, Resolved, that, that part of the report after words "wing of the university" to the end of the clause be stricken out, and the following inserted in stead thereof. "And that a Committee consisting of five be appointed by this board, who or a majority

(15)

of them, are authorized to receive sealed proposals, and contract for the building a wing of the University sufficient for the accommodation of One hundred Students, of such dimensions and on such plan, as in their judgment will best promote the good of the Institution." And on the question thereon was agreed to.

And the said report as amended was agreed to, and is as follows.

The Committee appointed by the resolution of this board, for the several purposes therein mentioned, Report,

That in pursuance of that resolution, they published a circular letter to the trustees of the Academies in the different Counties, and transmitted copies to a number of them, for the purpose of obtaining the information respecting the state of those institutions required by the said resolution.

That communications have been made directed to the President of the Senatus Academicus, by the trustees of the counties of Wilkes, Chatham, Burke, Oglethorpe, Warren, Liberty, and Colombia, from which your Committee have made an abstract, which they submit to the consideration of the board.

Your Committee recommend that a building be erected in the County of Greene, to serve as a wing to the University, and that a Committee consisting of five to be appointed by this board, who or a majority of them, are authorized to receive sealed proposals and contract for the building a wing of the University sufficient for the accommodation of One hundred students, of such dimensions, and on such plans as in their judgment will best promote the good of the institution.

That a person be appointed to instruct the Youth in the said institution, and to commence the duties thereof, as

(16)

the presiding professor, with a Salary of One thousand five hundred dollars per Annum, as soon as he shall notify his acceptance thereof the president of this board, and for that appointment they recommend Professor Meigs of Yale College.

Your Committee find it difficult to conjecture what proportion of the salaries would be discharged by the monies advanced for tuition, but they suppose not more than one third the first year. That the committee herein before mentioned do employ a proper person to be Steward, to furnish provisions and other articles necessary for the Students, to be reimbursed by the monies to be paid by the Students at the rates to be fixed upon by the said Committee.

Your committee with deference report the following plan of education to be taught in six years, subject to the revision and alteration of the Professor to be appointed as above with the consent of the board of trustees.

In the first and second years latin and greek shall be taught, and english read occasionally at the discretion of the Tutor.

In the third year latin, greek and Kennet's Antiquities; english grammar, arithmetic, and geography; two or more of the pupils should deliver pieces committed to memory each day in rotation.

In the fourth Year, greek, latin occasionally, English grammar to be reviewed weekly. Arithmetic to be continued; Euclid's elements or some other treatise on geometry at the option of the tutor. And the students in this year should once in each week be required to write a letter or some piece of simple composition for the inspection of the tutors and pieces should be pronounced as in the last year.

In the fifth year latin and greek authors and english grammar to be occasionally reviewed; trigonometry, surveying and

(17)

other practical branches of the Mathematics, with Algebra should be taught; composition and public speaking should be attended to as in the last year.

In the sixth year natural and moral philosophy, and the belles letters should be taught, and compositions written weekly as in the preceding Years. If either of the tutors should be acquainted with the french language, that may be taught in addition to, or instead of latin and greek as Parents and Guardians may choose.

Your committed report that the following apparatus and books be purchased for the use of the institution. To wit,

pair of globes of about twenty inches in diameter

supposed to be worth about ……………….$130.00

Mathematical instruments including such

as are usually used in surveying……$170.00

School Books.

Rudiman's rudiments………………..12 Copies

Cordery………………………………12 do.

Aesops fables………………………...12 do.

Cornelius Nepos……………………..12 do.

Caesar's Commentaries……………..12 do. Del. Ed.

Ovid' Metamorphoses ………………12 do.

Virgil……………………………….. 12 do.

Horace……………………………… 12 do.

Caesar's Orations……………………12 do.

Terence……………………………...6 do.

Wittendal's greek grammar…………6 do.

Greek Testament……………………6 do.

Lucian………………………………4 do.

Xenophon……………………………4 do.

Guthrie's Geography……………….. 12 do. Cary's Ed.

Cary's Atlas…………………………2 do.

Ainsworth's Dictionary. Large Edit.

-----do-------do………………………4.do Small

(18)

Jonhson's Dictionary………………………folio.

Young Man's best companion……………..4 Copies

Sheridan's Art of Speaking………………..4 do

Do's Pronouncing grammar………2 do

Lowth's english grammar…………………6 do

Euclid's Elements…………………………2 do

Petour's Navigation……………………….2 do

Robinson's do……………………………..1 do

Marten's Natural Philosophy……………...2 do

Enfield's….do……………………………..2 do

Blair's lectures……………………………..4 do

Rollin's Belles English……………………… do

Hutchinson's Moral Philosophy.

Paley's……do…………

Books for the use of the Students at intervals when not engaged in the Academical Studies, to wit, Rollin's Ancient History; Vertot's Rome; Ferguson's roman history; Gibbons decline & fall of the Roman Empire; Ancient and Modern Europe; Gordon's Tacitus; Livy in english; Gillies's history of Greece; Anacharses's Travels; Humes history of England with the continuations; Robinson's Works including his history of Charles the fifth, of Scotland, of America, and his India; Doctor Adam Smith's Works; Watson's history of the low Countries; History of France by ; De Ritz Memoirs; Sully's Memoirs; Voltaires Age of Loius the 14th and 15th in english; Do. Charles the 12th do.; Abbe Raynal's history of the east and west Indies in english; Ferguson's history of Civil society; Montesquieu's spirit of Laws; Vattel's Law of Nations; Blackstone's Commentaries; De Lolme on the Constitution of England; Civil Law; Pope's, Swift's, Addison's, Temple's, and Locke's Works; Bollingbroke's politicals works; Moore's travels; Blair's, Atterbury's, Seed's, Dodderidge's, Jorbin's and Witherspoon's sermons; Tiltotson's

(19)

works entire; Newton on the Prophecies; Letters of John Newton; Scougal's life of God in the Soul of Man; Dignity of Human Nature; Paley's evidences; Burnett's discourses; Milton's

paradise lost and regained; pope's Iliad and Odyssey; Young's Night thoughts; Gay's, Parnell's and Grey's poems; Dryden's works; including his Virgil; Quintilian in English; Longinus on the Sublime, in english; Demosthenes's Orations in english, and the American edition of the Encyclopedia;

Your Committee gave notice in one of the public newspapers of Savannah, one of Augusta, and one of Louisville, that they would receive lists of subscriptions for Money, to be advanced in aid of the establishment of this institution.

The following abstract of the State of the Academies of the Counties mentioned in the report, was presented by the Committee as a part of their report

Wilkes. 513 acres of land in Colombia estimated at the value of $500. 132 acres in Wilkes contiguous to the Academy; 811 dollars 31 ¾ Cents due by different persons; 350 dollars subscribed to be paid annually for ten years; one brick house for the Academy 60 feet long and 40 feet wide, two stories high, valued at 5202 Dollars; one Rector with a salary of five hundred dollars, and two teachers with $480 and 96 students.

Chatham. A Donation from the State of 5,000 Acres of land in Chatham County if so much vacant land can be found therein, from which nothing has as yet been derived; 50 acres in the same

County, the titles whereof is disputed, value not known; two tracts in Effingham for which no price can be obtained; two lots in Savannah sold for 1880 dollars, but nothing paid; One tract in Chatham not known; 8 lots rented out in Savannah; 275 pounds 15 shillings due by Mess.rs Waldburgher's which is sued for.



Liberty. 500 Acres of land in Glynn, bought for £112; 10; 0; and twelve hundred, eighty five dollars 73cts due on two bonds.

Richmond. 2 Lots in the City of Augusta, value not known, on which are two houses two stories high; other lots in the City and common value not stated, on one of them has been begun, a large brick building for the Academy; A Sum of Money due on bonds, notes and open accounts but the Amount not stated.

Colombia. 150 Acres of land in Colombia, estimated at 1050 dollars, on which stands the Academy, a brick house, two stories high, 44 feet long and 26 wide valued at 3000 dollars; 200 acres in the same County, value 600 dollars; 440 acres

land in Bryan County value 4400 dollars; the sum of four hundred dollars in subscriptions; One Rector and two teachers, no salary mentioned; 68 pupils; rates of tuition p annum, are 20 dollars for the Classical branches, and ten dollars for english, writing &c.

Warren. 800 acres land in Jefferson County bought for 1800 dollars, and the sum of 2485 dollars & 71Cts due from the State, being a balance of a donation of One thousand pounds.

Burke. 400 acres of land in Camden County bought for the sum of 640 pounds; 2 lots in Waynesborough, on which is situated a two

story wooden building used for an Academy, thirty feet long & 18 wide; 3896 dollars 71 Cents due on bonds with interest, and the Sum of 360 pounds due from the State, being the balance of a donation of One thousand pounds.

Oglethorpe. 500 acres land in Colombia County bought for £562.10; and 500 acres of land in Camden County, bought for the Sum of £150, together with the Sum of $568 dollars 15 ½ Cents due by the Trustees of Camden County.

(21)

The board proceeded to ballot for the Committee of five, required by the foregoing report, and on the ballots being taken and Counted, it appeared, that Mr. Speaker Meriwether, Mr. Jones. Mr. Smith, Mr. Early and Mr. Clay were duly elected that Committee.

On motion of Mr. Jones, seconded by Mr. Walker, Resolved, That the President be authorised and requested to inform Professor Meigs, of his appointment, of the salary provided for his support; and the wishes of this Board, that he should commence the duties of this appointment as early as possible.

On Motion, a committee was appointed consisting of Judge Mitchell, Judge Carnes and Mr. Stith to revise and correct the minutes of the present session. The Board then adjourned to meet at the seat of the Government on the fourth Wednesday in November Anno.

Dom. 1801. one. Jas. Jackson

Examined 28th Nov. 1800 Governor & President

(signed) D.B. Mitchell

Thos. P. Carnes

W. Stith

Attest. J. Hamill Secy. of the University

(22)

Pursuant to a Proclamation by his Honor David Emmanuel President of the Senate, and Commander in Chief of the Army and Navy of this State, and of the Militia thereof, requiring the Board of Visitors and Board of Trustees of the University of this State to meet at Loiusville on Monday the 15th of June 1801, to form the Senatus Academicus.

The following members met at the State House in Louisville on Tuesday the 16th of June 1801.

His Honor David Emmanuel President of the Senate &c

| | |
|---|---|
| Judge Carnes | Mr. Baldwin Prest. Bo. Trustees |
| Judge Walton | Mr. Lawson |
| Mr. Speaker Meriwether | Mr. Jackson |
| Columbia Mr. McNeil | Mr. Twiggs |
| Elbert Mr. Barnett | Mr. Clarke |
| Green Mr. Sankey | Mr. Cunningham |
| Hancock Mr. Lamar | Mr. Milledge |
| Jackson Mr. Bankston | |
| Jefferson Mr. Wood | |
| Lincoln Mr. Murray | |
| MacIntosh Mr. Harris | |
| Oglethorpe Mr. Bailey | |

Washington Mr. Irwin

The minutes of the last meeting were read.

Mr. Baldwin informed this Board, that the situation of the funds of the University now admitting of paying a Person as President, whose duty it should be more particularly to superintend the literature of the State, he therefore begged leave to resign the appointment of President of the University, and he resigned accordingly.

Mr. Baldwin informed this Board, that the

(23)

Board of Trustees had examined into the abilities and character of Mr. Josiah Miegs, and nominated his to be appointed President of the University.

The Board then proceeded to the choice of a President of the University

And upon counting of the votes it appeared, that Mr. Josiah Miegs was unanimously elected.

Resolved, that Mess.rs McNeil and Milledge inform Mr. Meigs of his appointment

AN ORDINANCE prescribing the Oath to be taken by the President of the University of the State of Georgia.

Be it Ordained, by the Senatus Academicus, that the President of the University of Georgia, before he enters on the duties of his Office take and subscribe the following Oath, that is to say, "I do solemnly swear that I will support the Constitution of the United States and of the State of Georgia, and that I will discharge the duties of the President of the University, to the best of my abilities. And agreeably to Law.

16th June 1801

Attest. J. Hamill, Secy. of the University David Emanuel

President of the Senate

and Commander in Chief &c,

and

President of the Senatus Academicus.

Resolved, that a Committed be appointed to draw up a Code of Laws for the government of the University, and report the same to the next meeting of this Board. And that Mr. President, Meigs, Judge Walton and Judge Carnes be that Committee.

On Motion made and seconded, Resolved, that this Board do reconsider the Resolution of the last meeting

(24)

on the 27th of November, so far as respects the fixing the seats of the University.

Mr. Meigs President of the University attended, and having taken and subscribed the Oath of the President, took his seat as a member of the Senatus Academicus.

Resolved, that the members of this board when voting for the County in which to fix the permanent site of the University shall vote by ballot; and a majority of the votes if the Members of the Senatus Academicus present shall be necessary to a Choice of such County.

Resolved, that Mess.rs Jackson, Milledge and Baldwin be a committee to report such additional Rules for the government of this Board as they may think proper.

The Board then adjourned untill tomorrow Morning Nine o'Clock.

State House, Louisville Wednesday 17th June 1801.

The Board met pursuant to adjournment.

Present, His Honor David Emanuel, Prest. Of the Senate &c

| | |
|---|---|
| Judge Walton | Mr. President Meigs |
| Judge Carnes | Mess.rs Baldwin |
| Mr. Speaker Meriwether | Lawson |
| Colombia. Mr. McNeil | Jackson |
| Elbert. Mr. Barnett | Twiggs |

| | |
|---|---|
| Greene. Mr. Sankey | Clarke |
| Hancock. Mr. Lamar | Cunningham |
| Jackson. Mr. Bankston | Milledge |
| Jefferson. Mr. Wood | Stewart. |
| Lincoln. Mr. Murray | |
| MacIntosh. Mr. Harris | |
| Oglethorpe. Mr. Bailey | |
| Washington. Mr. Irwin | |

(25)

Judge Walton delivered in a Report of the Academy of Richmond County, which was read & ordered to be filed.

The Treasurer delivered in a Statement of the funds of the University, which was read and ordered to lay on the table for the inspection of the members.

It being represented to this Board, that divers suits were depending between the Trustees of the University and Individuals; which the Judges present had doubts of being carried into effect in their present form; It is the Opinion of this Board that the same be discontinued; and that it be recommended to the Board of Trustees to cause such further proceedings to be had, in the premises, as they may see fit.

Resolved, that this Board do now proceed to select by ballot, a County for the permanent site of the University. (Mr. Meigs beg'd leave to decline voting which was granted.)

And upon casting up the ballots it appeared that Jackson had seven votes; Franklin three; Hancock Seven; Greene three; and Oglethorpe two.

There not being a majority, the Board proceeded to ballot again, when it appeared Jackson had Seven votes; Franklin three; Hancock Nine and Oglethorpe three.

There not being a Majority, the Board proceeded to ballot again, when it appeared that Jackson had ten; Hancock Ten and Oglethorpe two.

There not being a majority the Board proceed to ballot again, when it appeared that Jackson had Nine; Hancock ten; and Oglethorpe three.

There not being a majority the Board proceeded to ballot again, when it appeared that Jackson had Ten; Hancock had eight and Oglethorpe had four.

(26)

There not being a majority the Board proceeded to ballot again, when it appeared that Jackson had Eleven; Hancock Nine and Oglethorpe two.

There not being a majority the Board proceeded to ballot again, when it appeared that Jackson had twelve, and Hancock Ten votes.

Whereupon the President declared Jackson to be the County selected for the site of the University.

On Motion of Mr. Baldwin, seconded by Judge Walton, Ordered, that the resolution of the Senatus Academicus of the 27th of November last, for the appointment of a Committee of five, and for the contracting for the building a wing of the University, to be committee to Mr. Baldwin, Judge Walton and Mr. Jackson.

Resolved, that the President of the University be requested to visit the different Academies in the State, as soon as he can do it conveniently; and to admit as Members of the University such Youths as, on examination, shall appear to be qualified, directing the course of their studies under the Rectors of the respective Academies, untill proper buildings shall be erected for their accommodation at the seat of the University.

Resolved, that the President of the University be authorized to offer a reward of One Hundred dollars to any person or persons who shall give information and prosecute to conviction in any Court of the United States, or the Individual States, the person or persons who was or were concerned in the breaking open a letter from the Treasurer of the University dated the 2d of February the last, addressed to the Honorable Abraham Baldwin at the city of Washington, and taking therefrom a Post Note of the Bank of the United States for One thousand dollars.

(27)

Judge Walton from the Committee to whom was referred the resolution of the 27th of November last, for the appointment of a Committee of five, and for contracting for the building of a wing of the University, reported as follows, to wit,

Your Committee Report, That the said Resolution be revised, in conformity to the choice of the County of Jackson made this day, for the seat of the University, in the words following.

Resolved, that a committee of five be appointed by this Board, by ballot; a majority of the members present to be necessary to make such appointment.

That the said Committee, or a majority of them, be directed and empowered, to examine the different sites in the County of Jackson, suitable for the seat of the University, and to select and appoint one the most proper for that purpose.

That the said Committee shall not be confined to the lands belonging to the Trust, and in case such selection should be made upon lands belonging to an Individual, they or a majority of them, be authorized to purchase, or to receive by the way of donation so much land as they may conceive necessary for the purposes contemplated.

Resolved also, that a Building be erected at and upon such site, so to be selected and appointed, and to be sufficient to accommodate One hundred Scholars; and that the said Committee be authorized to receive sealed proposals, and to contract for building the same, upon such plan, and of such dimensions, as in their judgment will best promote the good of the institution; and that the said Committee be also instructed to consult and advise with the President of the University in the premises.

Which report was read, amended and agreed to. Resolved, that this board do now proceed to ballot for the

(28)

above-mentioned Committee.

And Upon casting up the votes it appeared that Mess.rs Baldwin, Milledge, Twiggs & Lawson and Judge Walton were appointed that Committee.

Resolved, that the several Counties who have made proposals in aid of the University, be permitted to withdraw the same.

Resolved, that this Boars do now adjourn untill the first Wednesday in November next.

And the same was adjourned accordingly.

Attest

J. Hamill Secy. David Emanuel

Of the University President

(29)

State House, Louisville, Thursday 12th November 1801

At a meeting of the Senatus Academicus of the University of the State of Georgia

Present His Excellency the Governor,

Judge Carnes,

The President of the Senate,

The Speaker of the House of Representatives,

Senators

| | |
|---|---|
| Messrs Jesse McCall | Easly, |
| Chs McCall | Wood, |
| Emanuel | Murray, |
| Hutchinson, | Jones, |
| King, | Bell, |
| Burnett, | Skinner, |
| Porter, | Statler, |
| | Watts. |

President Miegs

Mess.rs Lawson, Twiggs, Clarke, O Neal, Stewart, McNeil, Walton and Mitchell.

The minutes of the last meeting were read.

Mr. Walton from the Committee appointed to fix upon the site of the University, and for other purposes, reported, and delivered in a journal of their proceedings with the several documents therein referred to, which were read and ordered to be filed; he also delivered in conveyances from the Hon[ble] John Milledge for six hundred and thirty three acres of land in Jackson County by the way of donation of the same, conditioned that the said tract of land should be accepted and approved as the site of the University – And also that the Committee had entered into divers contracts for erecting the said Building. Whereupon, Resolved, that the choice of

(30)

the Committee so made be accepted and approved, and the several contracts so made confirmed.

Resolved, that the thanks of the Senatus Academicus be presented by the President thereof to the honorable John Milledge for his donation.

Mr. President Meigs from the Committee appointed to draw up a code of laws for the University begged further time to report which was granted.

Resolved, that the Treasurer of the University, be directed to lay a statement of the funds thereof before the Senatus Academicus tomorrow.

Judge Carnes from the Committee appointed to confer with the Commissioners of the several Academies, delivered a communication from the Commissioners of Camden County, which was read and ordered to be filed.

The Senatus Academicus then adjourned untill tomorrow evening three o'Clock.

Friday 13th November 1801.

Following members met pursuant to adjournment

His Excellency the Governor

The President of the Senate

The Speaker of the House of Representatives

Mess.rs Jesse McCall

| | |
|---|---|
| Ch[s] McCall | Easly |
| Emauel | Wood |
| Hutchinson | Murray |
| King | Jones |
| Burnett | Bell |
| Porter | Skinner |
| Mitchell | Statler |
| | Watts |

(31)

President Meigs

| | |
|---|---|
| Mess.rs Lawson, | Stewart, |
| Twiggs, | McNeil |
| Clarke, | Walton, |
| O Neal | Mitchell |

The minutes of yesterday were read and confirmed.

Mr. President Meigs from the Committee appointed to draw up a code of laws for the University, egged further time to report, which was granted.

In conformity to the resolution of yesterday, the Treasurer delivered in a statement of the funds of the University, which was read and ordered to lie on the table for the inspection of the members.

On motion, Resolved unanimously, that the President of the University be authorized to make an application to the present Legislature, in the name and on the behalf of the Senatus Academicus for the loan of five thousand dollars.

On motion, Resolved, that when the Senatus Academicus adjourn, it shall be untill Wednesday after the first Monday in November next.

On Motion, Resolved, that the Senatus Academicus do now adjourn. And the same was adjourned accordingly.

| | |
|---|---|
| Attest J. Hamill Secy. | Josiah Tatnall Junr |
| of the University | President of the Senatus Academicus. |

(32)

State House Louisville 12th November 1803

At a meeting of the Senatus Academicus of the University pursuant to notice.

Present, His Excellency Governor Milledge

Judge Griffin

The President of the Senate

The Speaker of the House of Representatives,

| | |
|---|---|
| Messrs McCall, | Dickson, |
| Jones, | Hammond, |
| Harden, | Stewart, |
| Easley, | Walton, |
| London, | Spalding, |
| Terrill, | McGriff, |
| Burnett, | Barnett of Oglethorpe, |
| Park, | Skinner, |
| Mitchell, | Swilley, |

Irwin,

Mr. President Meigs,

Mr. Twiggs, Mr. Mounger,

Mr. Clarke, Mr. Hull,

Mr. O Neal, Mr. Carnes,

Mr. McNeil,

Read the rules for the government of the Senatus Academicus, and the Minutes of the last meeting.

Mr. President Meigs made a communication respecting the state of the Collegiate building at Athens &c.

On Motion of Mr. Spalding, Resolved, that Mr. President

(33)

Meigs's communication be referred to a committee to be nominated by the President; who thereupon appointed Mess.rs Spalding, Carnes, Clarke , Mounger, Griffin, Irwin, and Park to report to thereon.

Mr. President Meigs from the Committee appointed to draw up a code of laws for the University reported, which report was read.

On Motion of Mr. Spalding, Resolved, That the same be taken up section by section, and the same being taken up section by section, amended, and the several blanks therein filled up, unanimously agreed to.

On Motion of Mr. Spalding, Resolved, That the code of Laws reported by the committee for the government of the Collegiate family be fairly engrossed, signed by the President of this Board, and attested by the Secretary, and that they remain in full force untill altered, amended or repealed at any future meeting of this Board.

The Board then adjourned untill 12 o'Clock on Monday next.

(34)

LAWS OF THE COLLEGE OF GEORGIA

Chapter. I.

I. The government of the College at Athens shall be vested in the President, Professor and Tutors, legally elected, qualified, and introduced into office.

II. The President shall have power to direct in all matters relating to the College; - to govern the undergraduate Students, and the resident Graduates, and to punish all Crimes and offenses committed by them against the laws of the College; unless in cases, in which the concurrence of the Professors and Tutors is made necessary by law.

III. The Professors and Tutors, severally, shall have power to govern the undergraduate Students, and to punish them for any crime, where the penalty by law does not exceed fifty cents.

IV. Every judgment of expulsion, dismission for fault and rustication for any term longer than nine months, shall be by the President, Professors and Tutors, and the same shall be in writing, and published in such manner as the President shall direct.

V. Any Student charged with a crime punishable by expulsion, dismission, or rustication, shall, at least three days before his trial be furnished with a copy in writing of the charge or charges against him. And copies of all judgments of expulsion, dismission, or rustication, on application to the President, shall be given to all persons concerned. And if any Student shall apprehend himself aggrieved by any such judgment he shall have liberty, at any time within thirty five days after the same shall have been given, of applying to the President by petition in writing,

(35)

and on such petition the President shall, within a convenient time, order a new trial to be had, and provided, on such new trial, the former judgment shall be confirmed, such student still apprehending himself aggrieved, or, in case he shall be a minor, his parent, or Guardian, shall have the liberty of bringing a petition to the board of Trustees for relief; which petition he shall lodge with the President, within thirty days after the said new trial: and the President shall lay the said petition before the board of Trustees at their next meeting.

VI. Annually at the Public Commencement shall be appointed a committee (which shall consist of not less than three Members of the Board of Trustees) to be called the Prudential Committee; which shall be authorized and required, to order such repairs of the College and other College

buildings and appurtenances, as they shall judge necessary – to Audit the accounts of the Treasurer and the Steward – to make annual Statement and report of the expenditures of the College, and state of the Treasury, and of the revenue and funds of the College – to examine and adjust all accounts which any person or persons may have with the College, and shall lay before them; and where balances shall be found due to nay such person or persons, to give orders on the Treasurer for the payment of them, to institute or cause to be instituted in the name of the Board of Trustees suits for the recovery and preservation of the College property and interest, whenever it shall be necessary – and to do and manage all other matter and things, whereunto they are or shall be further authorized or required, by law, or by any special resolve of the Board of Trustees.

(36)

VII. In case of the deaths of the President, it shall be the duty of the Prudential Committee to meet immediately at the College; and to make such regulations, and give such orders and directions as they shall judge necessary; which the Professors, Tutors, and Students, shall, observe untill there shall be a meeting of the Senatus Academicus,

which meeting the Committee shall call, as soon as may be convenient.

## Chapter II.

Of admission into the college; of the distribution of Classes ; of Resident Graduates; and of other manners of the Students.

I. Candidates for admission into the College shall be examine by the Professors, or Tutors; and no one shall be admitted, unless he shall be found able to read, translate and parse Cicero, Virgil, and Greek Testament, and to write true latin in prose; and shall also have learned the rules of vulgar arithmetic; and shall produce satisfactory evidence of a blameless life and conversation: nor untill some sufficient person shall have given to the President and Board of Trustees a bond for the payment of his quarter-bills to be approved by the Prudential Committee, from time to time, so long as he shall continue a member of the College.

II. Every candidate, at his admission, shall receive a Copy of the Laws of the College, which being signed by the President, shall be the evidence of his admission; and being admitted he shall be obliged to pay all College-dues (except for victualling)

(37)

when he shall be absent as well as present, so long as he shall continue, a member of the College.

III. Every Candidate for admission to an advanced standing shall be examined by the President and one or more of the Professors, or Tutors, or, under the direction of the President, by two or more of the Professors and Tutors: And no such Candidate shall be admitted to, such standing in the College, unless he shall be found fully qualified in all branches of learning proper for the same; nor until he shall have first paid to the Treasurer, a sum equal to the whole of the Tuition-money, which shall have been paid by others of the Class, into which he is admitted. And when any Scholar after a dismission from the College, shall be readmitted, he shall first pay to the Treasurer, a sum equal to the whole of the tuition-money, which he should have paid had he not been dismissed. Any scholar, however, who comes recommended form any other college may be admitted, without any pecuniary consideration, to the standing for which he shall be found qualified on an examination, as before directed for the admission of candidates to an advanced standing.

IV. Masters and Bachelors of Arts, who shall signify to the President their purpose of residing at the College or in Athens with a view of pursuing literature, under his directions, and under the government of the College, and give a sufficient bond to the Board of Trustees for the payment of their quarter bills, shall be considered as resident Graduates and Students of the College.

(38)

V. Every Student, whether a Graduate or Undergraduate, shall be subject to the laws and government of the College and show in speech and behaviour, all proper respect and obedience to the President, Professors and Tutors of the College.

VI. The undergraduate Students shall be divided into four distinct classes, the first Year they shall be called Freshmen; the Second Sophomores; the third Junior-Sophisters; and the fourth Senior-Sophisters: And in order to preserve a due subordination among the Students, the Classes shall give and receive, in the course of their Collegiate-life those tokens of respect which tend to the preservation of due subordination.

VII. It shall be the duty of the Senior-Class to inspect the manners of the lower Classes especially of the Freshman-Class; and to instruct them in the Customs of the College; and in that graceful and decent behaviour toward Superiors, which politeness and a just and reasonable subordination require.

## Chapter III

### Of the Religious worship and Order of the College: and of Monitors.

I. It shall be the duty of the President, Professors, and Tutors, diligently to inspect and watch over the manners and behaviour of the Students, and in all proper methods both by example and precept, to recommend to them a virtuous and blameless life, and a diligent attention to the publick & private duties of religion.

II. The President, or, in his absence, one of the Professors, or one of the Tutors, shall pray, every morning and evening in the

(39)

Chapel, and read a Chapter, or some suitable portion of scripture. And every undergraduate shall be obliged to attend, upon the penalty of six & a quarter Cents for every instance of absence, and of three Cents for being tardy, or egressing, without sufficient reason.

III. Monitors shall be appointed by the President, who shall be furnished with bills, in which they shall note down those, who are absent from, come late to, or egress from, prayer or other public exercises, on which the Students are by Law obliged to attend; which bills they shall deliver to the President, a Professor, or a Tutor, whenever they shall be required.

## Chapter IV.

### Of the Course of Academic Literature and Instruction in the College.

I. The President, Professors and Tutors shall instruct the undergraduate students in the learned languages, the liberal arts and sciences, and the whole course of academic Literature.

II. The Senior Class shall be under the especial instruction of the President: Each Tutor shall take the care of, and instruct the particular class committed to his charge by the President. The Professors shall deliver public, and private lectures and give instruction to the classes and Students, in the several branches of science which they severally profess, under the direction of the President.

III. The established course of study in the College shall be as follows, viz.

The first of Freshman class shall study Virgil, Cicero's Oratore, Greek Testament, arithmetic, Book keeping and keeping and practice

(40)

Elocution. The second class shall read Homer, Homer's Iliad, Algebra, Geometry, Mensuration of superficies and solids, the ascertaining of heights and distances, Conic sections, Plane and Spherical Trigonometry. Navigation, surveying, Geography, Composition, English Grammar, and practice Public Speaking. The third Class shall study Astronomy; determinations of Geographic Longitudes and Latitudes by Observations of Eclipses, and Lunar Observation, and use of Celestial Globe, Natural & experimental Philosophy. Chemistry. Botany. Cicero de Oratore, Logic. Priestly's lectures on History. Forensic Disputation. Composition and public speaking. The fourth Class shall study, Rhetoric, Laws of Nature and Nations, the Constitution of the United States, & the Constitutions of the individual States. Moral Philosophy Forensic disputation and Composition.

IV. If any Student shall appear on examination deficient in those branches of knowledge, which, according to the regular course of

literature in the College, he hath been pursuing, it shall be the duty of the President or his Tutor, to admonish him of such deficiency that he may be incited to apply with greater diligence to study: and if, notwithstanding, at the next succeeding public examination holden after an interval of at least six months, he shall appear so deficient as to be unfit for his standing, and unable with profit and reputation to pursue his studies with his Class, he shall be degraded by the President, Professors and Tutors, to the next lower class, or dismissed from the college.

V. If any Scholar shall frequently neglect the public exercises, or if he shall spend the hours of study in idleness and manifest a prevailing inclination to a dissolute behaviour; or if he entice others from their studies and draw on them into bad practices,

(41)

he shall be dismissed from the College.

VI. On the Wednesday before the twentieth of March annually, the Senior Sophisters shall be examined, under the direction of the President, by the Professor, Tutors and other Gentlemen of liberal education, who may be present, as to their knowledge and proficiency in the learned languages, and the liberal Arts & Sciences; and being found well skilled in them, and the whole course of Academic Literature, shall be advanced to the standing of Candidates for the degree of Bachelors of Arts; and having made all necessary preparation for commencement, the President may give them leave of absence from the College, until the Saturday before the Commencement.

## Chapter V.

Of Vacations, and of Absence from the College.

I. There shall be two vacations annually. The first, six

weeks immediately after the commencement: the Second, Six weeks from

and after the first Wednesday in December.

II. The President shall appoint some suitable person, who, during the Vacation shall take care of and prevent damages from being done to the College, or to any of the appurtenances belonging to it. And such person shall have a reasonable compensation made by him by the Board of Trustees.

III. No undergraduate shall reside in the College during any of the Vacations, without the knowledge and permission of the President.

IV. Immediately upon the expiration of every vacation,

(42)

the undergraduate Students shall assemble at the College; and if any such Student shall not return to the College at the end of a vacation, or of the time of absence allowed him by the President, Professor, or a Tutor, and shall send no sufficient excuse, he shall be fined twenty-five Cents for every days absence; and if he shall not return to the College nor send a sufficient reason before the end of the quarter, and the fine shall be charged in the quarter-Bill, it shall not be taken off upon excuse, unless it shall mount to more than fifteen dollars.

Chapter VI.

Of the Location of the Students.

I. The President shall have authority to locate the Students in the Chambers and Studies of the College; and if any Student shall refuse to dwell in the Chamber assigned to him by the President, he shall be dismissed from the College; and if any Student shall remove from his own into any other Chamber, or make up his bed for lodging in any other Chamber than his own, he may be fined, or punished in

some other way was the circumstances of the case may require.

II. If the College chambers shall not be sufficient to receive all the Students, the President and a Majority of the Prudential Committee shall give liberty to so many as necessity shall require, to reside among the Inhabitants of Athens of a good moral character: In which case a

preference shall be requested by them, their Parents, or Guardians, that they may reside in the families to which they belong.

(43)

III. All Scholars, living out of the College, and in Athens, shall be subject to the same laws and rules, in their chambers, as those, who reside in the College.

Chapter VII.

Of college Damages, and Assessment of them.

I. When any damage shall be found done to any chamber or any study in the College, the person or the persons to whom such chamber or study is assigned and belongs, shall make good the same, unless such damage shall have happened, while they were absent, in vacation. And when any damage is done to any chamber or study, in vacation, or to any other parts of the College, or the appurtenances thereof, at any time the same shall be assessed upon all the Undergraduate Students, and charged in their quarter-Bills: Provided always, if the person or persons, who were principals or accessories in doing any such damages, shall be discovered, he or they shall make full satisfaction for the same, and if they shall have done intentionally by a scholar or scholars, they shall each e liable to a fine not exceeding five dollars, and to any other College punishment which the circumstances of the offence shall require.

II. The President shall estimate all damages of broken glass, at the end of every quarter, and the same assess upon the Students, according to law, and charge in their quartet-Bills.

Chapter VIII.

Of the crimes and Misdemeanors

I. If any Scholar shall be guilty of blasphemy, robbery,

(44)

fornication, theft, forgery, or any other crime, for which an infamous punishment may be inflicted by the laws of the State, he shall be expelled.

II. If any Scholar shall give or accept a challenge to a duel, he shall immediately be expelled.

III. If any Scholar shall assault, strike or wound, the President, a Professor or a Tutor--or shall designedly break their doors or windows, he shall be expelled.

IV. If any Scholar shall be guilty of prophaneness--of fighting, or quarreling--if he shall go more than two Miles from Athens without leave from the President, a Professor or a Tutor,- if he shall disturb other by noisiness, loud talking or singing during the time of study,- if he shall ring the Bell without order of permission--if he shall play at billiards, cards or any unlawful game--if he shall associate with vile, idle or dissolute persons, or shall admit them into his chamber, -if he shall instigate or advise any student to a refactory or stubborn behaviour--he shall for either of these Offenses be punished by fine, admonition, or rustication, as the nature of the circumstances of the case may require.

V. Whereas the laws of the College and few and general, and cases may occur, which are not expressly provided by law; in all such case the President, Professors and Tutors shall proceed accordingly to their best discretion, and may punish a Scholar by inflicting a fine or any other College censure, according to the nature and circumstances of his crime.

(45)

Chapter IX.

Of the Library; of the Museum; of the Philosophical chamber and Apparatus.

I. No person, except the President, the Members of the Senatus Academicus, Professors, Tutors, Secretary, resident Graduates, and Senior and Junior Sophisters shall have the liberty of taking books out of the Library, but by permission from the President: Provided, that no student shall take more than three Books, out of the Library at one time.

II. The Librarian shall enter down in a bill, the title and size of every book borrowed out of the Library, the name of the person, who borrowed it, and the time when it was borrowed and returned; for which a reasonable compensation shall be paid by the Students.

III. The Philosophical chamber, the Apparatus Room, and Apparatus shall be under the care of the President, and the Professor of Mathematics and Natural Philosophy, who shall be the keeper of the Museum.

Chapter X.

Of Commons.

I. The Steward appointed by the Board of Trustees, shall when required by the President provide in the College-Hall, victuals, after the manner of living in common Families, for all the Professors and Tutors, Graduates and Undergraduates, who reside in the College; and shall at all times cause the tables to be decently spread, and attended, at such a price as shall be fixed by the President and Board of Trustees. And if any Student residing in the College refuses to be in common he shall be dismissed from the College.

(46)

Chapter XI.

Of College Dues, and Quarter-Bills.

I. The College Year shall begin at the Commencement evening. The first quarter shall end on the first Wednesday in August; The second on the first Wednesday in November; The third on the first Wednesday in February. And the fourth at the Commencement which shall be on the first Wednesday in May annually. The President may vary the ending of the three first quarters for a few days sooner or later at his discretion.

II. Towards the end of each quarter, the President shall cause to be written out a bill, with a duplicate thereof, containing the following sums, which shall be paid quarterly by each student into the College Treasury, viz[t], for Tuition six dollars; for a chamber in the College one dollar; and for ordinary repairs and other contingent charges fifty cents; for sweeping, living out of college twelve & an half cents; and for sweeping and making beds, living in College fifty cents.

III. The President having approved and signed the said bills, shall deliver one of them to the Treasurer of the College, and keep the other himself; and thereon take a writing signed by the Treasurer acknowledging his receipt of the other bill, and that he will be accountable to the President and Board of Trustees for the whole sum

therein contained. And the Treasurer shall collect the same of the Students, and shall hold it subject to the order of the Board of Trustees.

IV. Toward the end of each quarter the Steward shall write a bill of the several sums, payable to him for commons at the price stated by the President and the Board of Trustees, with

(47)

a duplicate thereof, both which bills he shall present to the President; and the President having approved and signed them, shall deliver one of them to the Steward, and keep the other himself, and thereon take a writing signed by the Steward, acknowledging the receipt of the other bill, which he shall be authorized to collect of the Students, and apply to his own use, and if he shall not be able to collect the sums of money due on said bills, without a suit, he shall have a right to use the bond given to the Treasurer and Board of Trustees, at admission: provided he shall give sufficient security of the Treasurer to indemnify them .

V. The several sums, charged in the quarter-Bills shall be considered as due, and payable as soon as the bills are made up according to law; and the Treasurer shall be authorised to demand the same, immediately on the bills being delivered to him for collection, with lawful interest for all the time afterwards, during which they shall remain unpaid. And whenever bonds are entered for a student by nay person or persons, not resident in this State, it shall be the duty of the Treasurer, in case any quarter-bill of such Student shall remain unpaid for the term of three Months after it shall become due, to notify the President thereof; and it shall thereupon be the duty of the President to require other bonds for such Student from some person or persons resident in this State; and on a noncompliance with such requision, (sic) such statement shall be dismissed,

VI. In case of the absence, sickness or any other incapacity of the President; and also in case the President's Office shall be vacant, the Professors and Senior Tutor at the College shall

(48)

be authorised and required to do every thing relating to the quarter-bills of the Treasurer, and Steward, which by law the President is authorised and required to do.

Chapter XII.

Of Commencement and Academical Degrees.

I. No Scholar may expect the honor of the first degree, who hath not attended and performed the course of academical exercises, as appointed by law, for the space of four years; except such as have been regularly admitted to an advanced standing, nor unless he shall also have produced on the day before the Commencement, certificates from the Treasurer, Steward and Librarian that he has paid to them their respective dues.

II. No candidate for the second degree may expect the honor of the same, unless he shall have preserved a good moral character, and previously to the commencement shall have signified to the President, his desire of the same.

III. All candidates for either degree shall personally present, unless, in any instance, the President and the Board of Trustees shall judge it proper to confer the honor of a degree upon an absent Candidate.

IV. All academical honours shall be given by the President with the consent of the Board of Trustees, and the Candidates for the first or a second degree, shall each for the same, pay to the President four

dollars.

V. The Candidates for either degree, shall perform the public exercises which shall have been previously appointed for them by the President: and no public exhibition shall be made

(49)

without such appointment, nor without having been previously approved by the President. The President shall begin and close the business and public entertainments of the day with prayer.

VI. There shall be no parade, illumination or fireworks at the time of Commencement, but by the permission and under the direction of the President.

VII. No scholar shall attend the instructions of any person who may undertake to teach any language, art, or science, in Athens, unless such person shall (have) liberty of teaching granted him by the President or Board of Trustees, and if any Undergraduate shall transgress this law, he shall be punished by fine or otherwise, according to the circumstances of the case.

VIII. That the students may, as far as possible, be saved from the disgrace of public and known punishment, it is declared to be the duty of the President, Professors, and Tutors carefully and critically to watch over and inspect the conduct and manners of the Students at all times, and when necessary to admonish them in a private manner.

IX. The foregoing laws shall be subject to such alterations and amendments as may at any time be found necessary.

X. These laws shall be printed and each Student furnished with a copy thereof, nor shall any student be subject to the penalties, punishments or censures herein contained, until at least ten days after he shall have been furnished with a copy as above-mentioned.

Made, enacted, and Ordained at Louisville, the Twelfth day of November, in the Year of Our Lord One Thousand eight hundred

(50)

and three, and of the Independence of the United States of America the Twenty eighth.

Jno Milledge Governor,

(SEAL) and President of the Senatus Acadmemicus

Attest J. Hamill Secy.

of the University.

(50)

and three, and of the Independence of the United States of America the Twenty eighth.

Jno Milledge Governor,

(SEAL) and President of the Senatus Acadmemicus

Attest J. Hamill Secy.

of the University.

(51)

State House, Louisville, Monday 14th Nov. 1803

The Board met pursuant to adjournment,

Present, His Excellency Governor Milledge

Judge Griffin,

The President of the Senate,

The Speaker of the House of Representatives,

Mess[rs] McCall. Mitchell, McGriff,

Easly, Dickson, Barnett, Oglethorpe

London, Hammond, Skinner,

Terrill, Stewart, Swilly,

Park, Walton, Statler,

Spalding, Irwin,

President Meigs

Mess[rs] Clarke, Mounger,

O Neal, Hull,

McNeil, Carnes.

Milledge,

Read the Minutes of the last meeting.

Mr. Spalding from the Committee to whom the communication of President Meigs was referred, reported, which report was taken up and read paragraph by paragraph, and is as follows, to wit,

"The Committee appointed to take into consideration the communication of President Meigs, beg leave to report,"

"That they have with attention considered the several important objects therein contained, and thereupon recommend the following resolutions,"

"Resolved, That an application be made in behalf of this Board, to the Present Legislature, for authority to sell

(52)

and dispose of one of the five thousand acre Tracts belonging to the trust, or so much thereof, as will produce the amount of Six Thousand dollars, or to make a loan of that sum to the Trustees, such sum being absolutely and immediately necessary to complete the building of the University.

"Resolved, as the opinion of this Board, that leave ought to be obtained from the Legislature, to sell and dispose of in fee simple, all the lots in the Town of Athens already laid out, together with such other part of the land appurtenant as the Trustees may think proper to dispose of, except the thirty seven acres reserved for the College Yard.

"Resolved, That the President of the University be requested to direct all necessary information to be ready to be given to the Legislature, by the officers of the University."

And on motion the same was unanimously agreed to.

On motion resolved, That this Board do now adjourn untill the Monday after the next meeting of the Legislature.

And the same was adjourned accordingly

Jh$^{o}$ Milledge Governor

Attest and President of the Senatus Academicus

J. Hamill Secy.

of the University.

(53)

At a meeting of the Senatus Academicus of the State-House in Louisville on Tuesday the 13th of November 1804.

Present, His Excellency Governor Milledge

President of the Senate, Jared Irwin,

Speaker of the House of Rep$^{tives}$ Ab$^{m}$ Jackson,

Senators.

| | | |
|---|---|---|
| Mess[rs] McCall, | Mackintosh, | Nephew, |
| Jones, | Park, | McGriff, |
| Seagrove, | Mitchell, | Skinner, |
| Runnels, | Hampton, | Harden, |
| Foster, | Hammond, | Allen, |
| London, | Stewart, | Statler, |
| Jones, | Walton, | Moore, |

Trustees.

Mr. President Meigs,

| | |
|---|---|
| Mess[rs] Twiggs, | Mounger, |
| O Neal, | Hull, |
| Mitchell, | Carnes. |
| Marshall, | |

Read the Minutes of the last meeting.

Mr. President Meigs made a communication respecting the College at Athens &c. Ordered that the same be filed.

A message was received from the House of Representatives by Mr. Holt their Clerk, Ordered that the same do lie on the Table.

The Treasurer laid before the Board a statement of the funds of the University, which was read and ordered to be filed.

On motion of Mr. Hammond, Resolved, That Mess.rs Hammond, Seagrove,

Park, Hull, Carnes and D.B. Mitchell be a committee from the Senatus Academicus to examine into the state of the finances of the University, and that the Treasurer thereof be directed to attend the Committee, and

give them such statements as they may require, and that the communication of President Meigs be referred to the said Committee.

A communication from the Rev[d] James H. Ray in behalf of himself and the commissioner of the Greene County Academy was received and read, Ordered, that if be referred to the aforesaid committee.

The Senatus Academicus then adjourned untill tomorrow evening at four o'Clock.

Wednesday 14[th] November 1804

The Board met pursuant to adjournment.

Present, His Excellency governor Milledge,

Judge Skrine

The President of the Senate,

The Speaker of the House of Representatives,

| | | |
|---|---|---|
| Mess[rs] Jones, | Park, | Nephew, |
| Seagrove, | Mitchell, | Moore, |
| Runnels, | Hampton, | Skinner, |
| Foster, | Hammond, | Harden, |
| London, | Stewart, | Allen, |
| Mackintosh, | Walton, | Statler |

Mr. President Meigs,

| | |
|---|---|
| Mess[rs] Twiggs, | Marshall, |
| Clark, | Mounger, |
| O Neal, | Carnes. |

Mitchell,

The minutes from the last meeting were read,

The Committee appointed to examine into the state of the finances of the University &c, reported, which report was read, and is as follows to wit "Your Committee have examined

(55)

the state of the finances as laid before them by the Treasurer of the University which they find correct and fairly Stated. They have also had under consideration the application from the Commissioners of the Greene County Academy, on which your Committee are of opinion, that the Academy of Greene County stands in need of some pecuniary aid, but that the present low state of funds of the University does not enable them to make donations, and therefore recommend that the Commissioners of the said Academy make an application to the present Legislature for pecuniary assistance, and that the Senatus Academicus do aid such application. And on Motion, Resolved, That, the said report, so far as respects the finances be recommitted, and that the Secretary of the University be directed to attend the said Committee, and give such information as be in his power;- and so far as respects the Greene County Academy that it be unanimously agreed to.

The Board then adjourned untill four o'Clock on Friday evening next.

Friday 16th November 1804

The Board met pursuant to adjournment.

Present, His Excellency Governor Milledge,

Judge Skrine,

The Speaker of the House of Representatives,

Messrs McCall, Jones, McGriff,

Jones, MacIntosh, Moore,

Seagrove, Park, Skinner,

Runnels, Hampton, Harden,

| | | |
|---|---|---|
| Foster, | Stewart, | Allen, |
| London, | Walton, | Statler, |
| | Nephew, | |

(56)

Mr. President Meigs

| | |
|---|---|
| Mess[rs] Twiggs, | Mounger, |
| Clark, | Carnes, |
| O Neal, | Irwin. |
| Mitchell, | |

Read the minutes of the last meeting

Mr. Hammond from the Committee appointed to examine into the funds of the University reported, which report was read and is as follows, to wit,

"The committee appointed by resolution of the Senatus Academicus to inquire into and report a statement of the funds of the University, report, that upon examining the accounts laid before them by the Treasurer of the University, and which they take leave to present as part of their report, they find the following result; In the Year 1799 the funds were $6266.52 of which there was received in cash $2941.8 ¼ and expended $719.17 leaving a balance of Cash $2222.80 ¼. – In the year 1800 the funds were $8542.68 ½ if which received in Cash and on hand $4490.90 ½ and expended $254.30 ½ leaving leaving (sic) cash in hand $4236.89. – In the year 1801 to the 15th June the funds were $8920.9 of which there was received and on hand $4235. 89 and expended $2466.75 cash in hand $1769.14. – In the year 1801 from the 15th June to the 1st of Nov[r] funds were $8106.94 of which there was $1909.14 cash received and on hand, expended $813.99 ½ leaving on hand $1095.14 ½ . – In the year 1802 the funds were $8713.2 of which there was received and on hand from last year &2813.14 ½ and expended $2627.28 ½ leaving a balance in cash $185.86 ¼. – In the year 1803

(57)

the funds were $8727.3 of which there was cash received and on hand from last year $11,497.89 ½ and expended $11,323.17 ¼ leaving a balance in hand of $ 174.71 ¾. – In the year 1804 the funds were $30, 238.90 ¼ of which there was received and on hand from last year $ 8296.68 ¼ and expended $ 8296.68 ¼. Of the balance of the funds of the University there is due from the purchasers of the Shoulderbone tract $16,000. – Payable by annual installments of $4000 – the first of which will be due on the 6th of March next, and one on each succeeding sixth of March untill the year 1808 inclusive; and the remainder accounted for in the different sums expended in Collegiate buildings and due by individuals as per the Treasurer's abstract already referred to – that these abstracts exhibit in detail all the expenses which have been incurred by the institution from the Commencement of the building untill the first day of the present Month, all the items of which have been fully and satisfactorily explained to the Committee. The claims against the board of Trustees consist of Bills due to contractors for and purchases of material, - to Workmen, - to Officers for salaries, - to Agents of the trust and attornies for prosecuting and defending the suits in this State, as well as for advocating their claims to the five thousand acre tract of land originally granted to the Trust between the Tugalo and Keowee rives & for which a suit is now pending in the Courts of South Carolina."

Which report was read, and on motion unanimously agreed to.

On the request of the House of Representatives, it is resolved, That the Secretary of this Board do lay before the House of Representatives a statement of the reciepts & disbursements of the funs of the board of Trustees as reported by the Committee of this board from the year 1799 to the present time.

(58)

On Motion of the Speaker of the House of Representatives, Resolved, That this board do now adjourn untill the second Monday in November, and the same was adjourned accordingly.

Attest, Jh^o Milledge, Governor

J. Hamill, Secy and President of the Senatus

of the University Academicus -

At a meeting of the Senatus Academicus at the State – House in Louisville on Tuesday the 12th of November 1805.

Present. His Excellency Governor Milledge,

Judge Tait,

The President of the Senate,

Speaker of the House of Representatives,

| | | |
|---|---|---|
| Mess$^{rs}$ McCall, | Mitchell, (Hancock) | Lanier, |
| Floyd, | Hampton, | Travis, |
| Runnels, | Hammond, | Statler, |
| Foster, | Stevens, | Terrill, |
| London, | Walton, | |
| Jones, (Franklin) | Jones, of (M$^{t}$ Gomery) | |
| Park, | Moore, | |

Mr. President Meigs,

Trustees

Mess$^{rs}$ Twiggs, Clark, O Neal, Stewart, Mitchell, Mounger & Irwin.

Read the Minutes of the last meeting.

President Meigs made a communication to the Board, which was ordered to be filed.

On Motion of Judge Tait, Resolved, That a Committee be appointed to take into consideration the communication of Mr. President Meigs, and make such report thereon as they may deem necessary.

Ordered, That Judge Tait, Mr. Mitchell of Chatham, and Mr. Stevens be that committee.

The Treasurer delivered in his annual statement of the funds of the University, which was read & ordered to be filed.

On Motion of Mr. Hammond, Resolved, That a committee consisting of five members be appointed to examine the Statement of the Treasurer and report thereon, and that the Treasurer and Secretary be directed to attend them with the necessary papers and documents.

Ordered, that Mess$^{rs}$ Hammond, Clark, Moore, Mounger, and Mitchell (of Hancock) be that committee.

The Senatus Academicus then adjourned untill tomorrow evening four O'Clock

Louisville, Wednesday 13th November 1805.

The Board met pursuant to adjournment.

Present, His Excellency Governor Milledge,

Judge Tait,

The President of the Senate,

Speaker of the House of Representatives,

| | | |
|---|---|---|
| Mess$^{rs}$ McCall, | Park, | Jones, (Montgom$^{y}$) |
| Floyd, | Mitchell, (Hancock | Moore, |
| Runnels, | Hampton, | Travis, |
| Foster, | Hammond, | Statler, |
| London, | Stevens, | Terrill, |
| Jones, (Franklin) | Walton, | |

Mr. President Meigs,

Trustees

Mess$^{rs}$ Twiggs, Clark, O Neal, Stewart, Mitchell, Mounger & Irwin.

Read the minutes from the last meeting.

Judge Tait from the Committee appointed to take into consideration the communication of President Meigs reported, which report was read, unanimously agreed to and Ordered to be filed.

Mr. Hammond from the committee appointed to examine the statement of the funds of the University, reported, which report was read, unanimously agreed to, and ordered to be filed.

(60)

On Motion of Mr. Foster, Resolved, that the President of Franklin College at the annual meeting of the Senatus Academicus in the Year 1806, lay before the said Senatus Academicus a true and accurate statement of the different Academies in this State, with the names of the Rectors, the number of Students in each Academy, and the plan of education pursued: and that each member of this Board consider it as their duty respectively to communicate such information to the President as will enable him the better to comply with this resolution, and that the Secretary furnish each member with a Copy hereof.

On Motion of the Speaker of the House of Representatives Resolved, that the Secretary of this Board lay before the House of Representatives a fair and accurate statement of the funds of the University.

On Motion, Resolved, that the Senatus Academicus do now adjourn untill the Second Monday in November next, and the same was adjourned accordingly.

Attest, Jh$^{o}$ Milledge, Governor

J. Hamill, Secy. and President of the Senatus

of the University Academicus.

(61)

At a meeting of the Senatus Academicus at the State House in Louisville on Tuesday the 11th November 1806.

Present his Excellency Governor Irwin,

The President of the Senate,

The Speaker of the House of Representatives,

Judge Tait,

| | | |
|---|---|---|
| Messrs Whatley, | Little, | Embrie, |
| Rawles, | Park, | Davis, |
| Iverson, | Mitchell, | Statler, |
| Hardie, | Dickson, | Bates, |
| Runnels, | Walton, | Jackson, |
| Foster, | Moore, | |
| Scruggs, | Rowell, | |

Trustees

Mr. President Meigs,

Messrs Twiggs, Cunningham, O Neal, Stewart, Mitchell,

Marshall, Mounger, Carnes, & Flournoy.

Read the minutes of the last meeting.

President Meigs made a communication to the Board, and on Motion of the President of the Senate, Resolved, that a Committee of five be appointed to take the same under consideration and report thereon. Ordered, that Messrs Telfair, Iverson, Tait, Cunningham, and D.B. Mitchell be that Committee.

Communication were received from the Senators of Hancock, Greene, Clark, And Oglethorpe relative to the state of their respective Academies, which were read & ordered to be filed.

Mr. Carnes gave notice that he would at the next meeting lay before this Board a statement of the proceedings to the Trustees relative to a tract of land in

the fork of the Tugalo and Keowee Rives.

The Board then adjourned until 4, oClock tomorrow evening.

Wednesday 12th November 1806

The Board met pursuant to adjournment,

present, His Excellency the Governor,

Judge Tait,

The President of the Senate,

The Speaker of the House of Representatives,

| | | |
|---|---|---|
| Mess.rs Whatley, | Mitchell, | Bates, |
| Iverson, | Dickson, | Jackson, |
| Hardie, | Rowell, | |
| Runnels, | Lanier, | |
| Scruggs, | Embrie, | |
| Little, | Davis, | |
| Park, | Statler, | |

President Meigs

Mess.rs Twiggs, Clark, Cunningham, O Neal, Stewart, Marshall, Mounger, Carnes, and Flournoy.

Read the minutes of the last meeting.

On Motion of Mr. Iverson, Resolved, that a committee of three be appointed to examine the proceeding of the Board of Trustees respecting the Tract of land in the fork of the Tugalo and Keowee.

Ordered, that Mess.rs Iverson, Dickson and Twiggs be that committee,

Mr. Telfair from the Committee to whom was referred President Meigs's communication stated that the committee were not ready to report, and prayed further time, which was granted.

Mr. Carnes offered to the Board the following Resolution viz. Resolved that application be made by the

(63)

President of the Board of Trustees to the present Legislature to pass a law for the purpose of establishing a lottery to raise the sum of three thousand dollars for the purchasing of a library for the use of the University.

Ordered, that the same do lie on the table for consideration of the members.

The Board then adjourned untill 3, oClock tomorrow afternoon.

Thursday 13th November 1806

The Board met pursuant to adjournment.

present. His Excellency the Governor,

The President of the Senate,

The Speaker of the House of Representatives,

| | | |
|---|---|---|
| Messrs Iverson | Mitchell, | Davis, |
| Hardie, | Dickson, | Statler, |
| Runnels, | Walton, | Bates, |
| Scruggs, | Rowell, | Jackson, |
| Little, | Lanier, | |
| Park, | Embrie, | |

President Meigs

Messrs Twiggs, Clark, Cunningham, O Neal, Stewart, Marshall, Mounger, Carnes, and Flournoy.

Read the minutes of the last meeting

Mr. Telfair from the Committee appointed to take under consideration the communication of President Meigs reported as follows, to wit,

"The Committee to whom was referred the communication of the President of Franklin College, has had the same under consideration and beg leave to submit the following, Report.

Your Committee learn with great pleasure the general good health of the students, their increase in number, & their success in the pursuit of knowledge.

(64)

"They recognize with peculiar satisfaction the systematic arrangement of the Classes and their appropriate exercises in the prosecution of literature and science.

"Your Committee accord perfectly with the sentiments contained in the communication on the subject of the latin and French languages. The success with which, particularly, the latter is taught and the zeal with which it is studied is a pleasing trait in the character of the institution. Your committee sincerely regret that there is as yet no Library furnished the College, which they are of opinion is indispensable for entire success in a system of education.

"Your Committee therefore recommend such measure be taken by the board of Trustees as in their opinion will be most successful to secure that object."

And the same being read was unanimously agreed to

Mr. Iverson from the committee was appointed to examine the proceedings of the Trustees relatively (sic) to their claim to the to the (sic) tract of land in the fork of the Tugalo & Keowee reported as follows to wit,

'The Committee appointed to examine the proceedings of the Board of Trustees respecting the Tract of land in the fork of the Tugalo & Keowee beg leave to report,

"That the tract of land aforesaid containing five thousand acres was granted to the Trustees of the University, by the State of Georgia on the 21st day of September 1784, and that the Trustees remained in the undisturbed possession thereof untill the latter part of the year 1788. That disputes having arisen between the States of S° Carolina & Georgia relatively to boundary it was recommended to them by Congress to settler their differences by a convention. That Commissioners on the part of each of the States met at Beaufort on the 24th day of April 1787, and on the 28th of the

(65)

same month concluded a Convention by which it was agreed, that the State of Georgia ceded to the State of South Carolina all the land lying between the rivers of Tugalo and Keowee, with reservation, that such of these lands as had been granted by the State of Georgia should remain the property of the Grantees, provided the Grants were recorded in the Office of the Secretary of the State of South Carolina within one Year from the date of the Convention, and if they were not so recorded that the Grants should be adjudged void. This convention was not ratified by the State of Georgia until the 1st of February 1788, nor by the State of S° Carolina until the 29th of the same Month; no official information was given by the state of S° Carolina to this State that the Convention was ratified untill the 26th of May 1788, when Governor Pinckney communicated the intelligence to Governor Handley. Governor Handley on the 16th of June following replied to Governor's Pinckney's letter, and sent on the Grant to be recorded. Dr. Noble W. Jones, to whom it was sent, presented the Grant to the Secretary of the State and paid or tendered the fees for recording. The Secretary after some time refused to record the Grant, saying that more than twelve months had expired from the date of the Convention; as the Secretary had the grant in his possession, The Doctor left it with him, and it is either lost or mislaid. It appears to your Committee that there was but one meeting of the Board of Trustees from the time they were constituted until the year 1798. And no steps were taken by that Board respecting the premises between the year 1788, and 1798. That the Trustees took up the subject sometimes in the year 1799, but no proceedings were instituted. That in the month of March 1803, counsel were employed to procure a Mandamus for the Secretary of State of the State of S° Carolina to shew cause why the

(66)

Grant should not be recorded. That a rule of the Mandamus was obtained and the deposition of Doctor Jones taken. That the judge who presided being inclined against granting the Mandamus, the proceedings were carried to the Constitutional Court in order to obtain the opinion of all Judges (of) S° Carolina. That while the question remained doubtful, The Trustees directed Messrs Watkins & Hamill to prepare a respectful address & remonstrance to the Legislature of South Carolina on the subject, and that those Gentlemen & Thos P. Carnes Esqr should attend the Legislature of South Carolina to advocated the claim of the claim of the Trust. That an address of memorial was accordingly prepared and presented to the Legislature of S° Carolina. That the agents remained at Columbia untill such time as they conceived the issue of their application would be favorable. That the Board understanding that the application had not been definitely acted upon, requested Coll Carnes to attend the Legislature of S° Carolina at their last session and obtain the ultimatum. That he did so, and the Legislature finally decided against ordering the

Grant to be recorded, or making any compensation to the Trust. That the Trustees finding it impracticable to effect an amicable adjustment with the State of S. Carolina, have directed suits to be instituted in the Circuit Court of the United States to try the right. Your Committee are of opinion that the present board of Trustees have acted correctly, and that they have been attentive to the interest of the institution. All of which is respectfully submitted."

And the same being read was unanimously agreed to.

On Motion of the President of the Senate, Resolved, that the President of the Board do lay copies of the said report before the Legislature now in Session for their information and deliberation.

Mr. Flournoy presented a letter which he had recieved from Dr. Murray contg a statement of the funds and situation of the Richmond Academy as follows, to wit, "Dear Sir, In answer to your enquiries respecting the Richmond Academy – I take the pleasure of replying as follows, viz

(67)

This Institution was liberally endowed by the Legislature, by appropriating the vacant Lotts in Town, and by laying off an extensive Commons – These Lotts have generally been sold, at different times and under various conditions, the early sales were generally for Tobacco, paper Medium &c – From the statements on record, and from the want of proper attention to the Collection of them, a great loss has been sustained by the Trust, - Some Lotts which reverted to the Trustees have been again sold and altho in an improved state, have not brought the original prices – A supposed defalcation on the part of a Mr. Simmons deceased, for many years Clerk and Treasurer to the Board, an extensive purchase of a large House and Lott on the Bay, for the institution, the liberal salaries to Teachers and the small number if students paying moderate fees; have reduced the permanent funds of this Academy very much.

- "The Predecessors in office to the present Board of Trustees wishing to increase the fame & respectability if this Academy, unfortunately commenced the building of a commodious house, on a very extensive and expensive plan, which tho' far from being finished, has cost it is supposed upwards of Ten thousand dollars; & still a heavy debt of nearly an equal amount is due for materials furnished and work done. The accounts not being settled prevents me from being minutely accurate on this subject. The permanent fund having so far back as 86 or 87 been found enadequate for the purposes contemplated, the Trustees were empowered to lease out the South Commons; which leasing has hitherto been continued, say each period of lease for seven years –

The Present lease of seven years commenced on the first day of Dec[t] last - & is the principal effective Fund of the Institution –

‘The funds may be thus calculated, annual rental of South Commons, (about 414 acres) Two thousand dollars, Rent of Ferry five hundred dollars, & probably five hundred

(68)

may be calculated upon as the amount of interest upon Lotts – The school wages, which are three, four & five hundred dollars per Quarter according to the branches of education studied may average from five to eight hundred dollars - amounting in all to upwards of Three Thousand five hundred dollars – This sum has to meet the following expenditures – The salary for this year of Rector is eight hundred dollars, superintendant of English department has six hundred, & his assistant has three hundred – Clerk’s salary, solicitors fees and Commissions on collecting say five hundred dollars – The interest upon the liquidated debts due by the Trustees, loss by failures &c &c may be equal to Five hundred dollars – To this must be added the incidental expences of keeping the building in repair & the occasional expences of rendering the apartments in the building comfortable &c.

“The apartments are thus derived – The Eastern wing is appropriated for the Stewards family on the lower floor, the upper is for the accommodation of the English Teacher one room, the pupils who board in the Academy occupy the other two rooms, & occasionally during the winter months the large room of the wing is occupied as a teaching room -

“The Center building, lower floor is fitted up as an exhibition Room. With moveable Scenery &c &c – The upper floor is occupied when the weather will permit by the higher classes, being in a very unfinished state, it cannot be employed during winter – The west wing lower apartment is appropriated to the English, writing and Arithmetic Departments. The upper three rooms thus, one for the meeting of the Trustees, the other two for the habitation of the Rector. The number of scholars has been from fifty to one hundred & sometimes upwards – At present after a long vacation which is not intended hereafter to be given, the scholars entered

(69)

do not amount to Thirty – but as two days only of the present session have passed over a considerable addition may be looked for – The Branches of education taught here, are English, Latin, Greek, writing, arithmetic, Mathematics, Geography, Rhetoric, Composition &c &c. – The wages for teaching have been mentioned above – For Boarding in the Academy the Steward is

limited to the sum of two dollars per week and fifty Cents per quarter for firewood – It is pleasant for me to state that students have been qualified at this Academy for admission into the second and third Classes of Princeton College – A majority of the present board of Trustees having been but lately appointed have not had sufficient opportunities of investigating the amounts of the Trust; but they are determined to prosecute their investigations untill they can have the whole placed in a clear point of view, when they will with pleasure submit the necessary statements to the executive in terms of the law passed to that effect – I believe it is the general opinion of the Trustees that by an economical application of the funds, the Institution may be cleared from their present burden of debt in the space of Six or Seven Years from this time – But as the preservation of those parts of the building now erected will depend upon a completion of the original plan externally; they hope they may in two or three years hence be permitted to continue their arrangements for this purpose, under the expectation of increasing the number of Pupils, or diminishing the number of Teachers – It was the opinion of the Trustees, that one vacation should only be given during the year; & accordingly the vacation commenced on the 1st of August & terminated with the 31st October – These being considered as the sickly months, & most proper for granting leave of absence to Teachers, & by giving a full quarters vacation, the Parents or Guardians of the Pupils were exonerated from the quarters wages; but I have reason to believe, that this plan will not in future be adopted; that a four or six weeks vacation in

(70)

the fall season and two weeks at Christmas will be the plan in future arrangements of this kind. These Sir, are the few answers and remarks I can now make to your enquiries – I will be very glad to receive from the fountain head, any advice or hints which the members of the Senatus Academicus may be pleased to favour me with for the promotion of the Institution at which I have the honor at present preside – believe me they will be duly attended to, by Yours respcy (Signed) John Murray"

Thomas Flournoy esqr 4th October 1806

A statement was received respecting the Jefferson Academy as follows, to wit, "Jefferson Academy is under the Rectorship of the Revd James Lewis, has nineteen students, of which six are learning the latin language; four geography & the Mathematics; six English and Grammar & arithmetick; one English and Writing, and two Orthography – The Mathematical apparatus is a Quadrant – The Funds consist of 82 lots and a number of alleys in Louisville; Notes of land amounting to $179.55 2/3 and open accounts to the amt of $155.83 1/3 – Given under my hand this 12th day of November 1806"

(Signed) "Daniel Sturges one of the Trustees of Jeff. Academy"

The motion offered yesterday by Mr. Carnes relative to a lottery was taken up and read, and upon the question being put thereon was unanimously agreed to.

On Motion of Mr. Carnes, Resolved that the resolution entered into by this Board on the 13th day of November last relative to obtaining information as to the State of funds of the different Academies throughout this State, be published in one public Newspaper in Savannah, Augusta & Washington immediately after each general election, notifying the Senators elect that this board will expect at each annual meeting to have a statement from them of the funds of the different county Academies laid before the Board, by such gentlemen as may at that time compose the board of visitors

The Board then adjourned untill 3 o' Clock tomorrow afternoon.

(71)

Friday 14th November 1806

The Board met pursuant to adjournment

Present, His Excellency the Governor,

The President of the Senate,

| | | |
|---|---|---|
| Messrs Whatley, | Little, | Lanier, |
| Rawles, | Park, | Embrie, |
| Iverson, | Mitchell, | Davis, |
| Hardie, | Walton, | Bates, |
| Runnels, | Moore, | Jackson, |
| Scruggs, | Rowell, | |

Mr. President Meigs

Mess.rs Twiggs, Clark, Cunningham, O Neal, Stewart, Marshall,

Mounger, Carnes, and Flournoy.

Read the minutes of the last meeting, which after being amended were unanimously agreed to.

On Motion of Mr. Carnes, resolved that this Board do now adjourn and the same was adjourned accordingly

Attest,

J. Hamill Secy Jared Irwin, Governor

of the University & President of the Sen. Acad[s]

(72)

At a meeting of the Senatus Academicus at the State-House in Milledgeville on Tuesday the 15[th] of November 1808

Present, His Excellency Governor Irwin,

The President of the Senate H. Mitchell

Mess[rs] Taliaferro, Davis, Hardie, Carr, Scruggs, S. Lane,

Burnett, Henderson, Pope, Hogan, Stewart, Spalding, Brown,

Moore, Carter, Watts, Fluellen, Powell, Talbot & Ball.

Mr. President Meigs,

Mess.rs Twiggs, Clark, Stewart, Mitchell, Marshall, Mounger, Hull, Carnes, & Flournoy.

The Minutes of the last meeting were read.

The President of the University of made a communication to the Board, which was ordered to be filed.

On Motion resolved, that such of the Senators as are furnished with statements of the Academies in their respective Counties do lay the same on the Table to be read tomorrow.

The Board then adjourned untill four o'Clock tomorrow evening.

Wednesday 16[th] November 1808

The Board met pursuant to adjournment.

Present, His Excellency The Governor,

The President of the Senate,

Mess[rs] Taliaferro, Davis, Hardie, Carr, Scruggs, Lane, Henderson, Pope, Hogan, Stewart, Spalding, Brown, Moore, Carter, Embrie, Watts, Fluellen, Talbot, & Ball.

Mr. President Meigs,

(73)

Mess.rs Twiggs, Clark, Stewart, Mitchell, Marshall, Mounger, Hull, Carnes & Flournoy.

The minutes of yesterday were read.

Read the Acts for the more full and complete establishment of a public seat of learning in this State, and the Act for defining the board of visitors.

Statements of the Academies of Oglethorpe and Richmond were read.

The Board then adjourned untill four o'Clock on Friday evening.

Friday 18th November 1808

There not being a sufficient number of Members present to constitute a board, the Members present adjourned to meet tomorrow at half past nine o'Clock A.M.

Saturday 19th November 1808

The Board met pursuant to the adjournment of yesterday.

Present, His Excellency the Governor

The President of the Senate

Mess[rs] Taliaferro, Davis, Hardie, Gresham, Carr, Scruggs, S. Lane, Henderson, Pope, Hogan, Stewart, Walton, Spalding, Brown, Moore, Wm D. Lane, Carter, Embrie, Watts, Fluellen, Powell,

Mr. President Meigs,

Mess.rs Twiggs, Clark, Stewart, Mounger, Hull, Carnes, & Flournoy.

(74)

Read the minutes of Wednesday and yesterday.

Mr. Carnes from the Board of Trustees laid before this Board a statement of the funds and situation of the affairs of the University, which statement he mentioned was intended to be presented to the Legislature in conformity to their resolution of the 9th of December last, and also a report from the prudential Committee. Whereupon it is ordered that the said statement and report be referred to a Committee of five – And it is further ordered that Mess.rs Spalding, Talbot, Gresham, Hull, & Carnes be that Committee. And that the said Committee be instructed to enquire as to the expediency of making an application to the present Legislature to vest in the board of Trustees, the proceeds of the fractions in the seventh district of Baldwin County which have not been disposed of by the Legislature.

Amendment of the first Article of the fifth Chapter of the laws of College.

The said Article is hereby repealed so far as it respects the second vacation therein mentioned commencing in December, and that henceforth there shall be but one vacation for the term of six weeks thereafter and that the Annual Commencements take place on the first Wednesday in August.

The Board then adjourned untill four o'Clock on Monday afternoon.

(75)

Monday 21st November 1808

The Board met pursuant to adjournment.

Present, His Excellency the Governor,

The President of the Senate,

Mess^rs Taliaferro, Rawls, Davis, Hardie, Carr, Scruggs, S. Lane, Henderson, Pope, Hogan, Stewart, Spalding, Brown, Moore, W.D. Lane, Carter, Embrie, Watts, Fluellen, Powell,

Mr. President Meigs,

Mess^rs Twiggs, Clark, Stewart, Mounger, Hull, Carnes, & Flournoy.

The Minutes of the last meeting were read, and upon motion reconsidered, and after the Amendment to the laws of College being amended to read as follows, to wit,

"Amendment of the first Article of the Fifth Chapter of the laws of College.

The said Article is hereby repealed so far as it respects the first vacation therein mentioned commencing in May, and that henceforth there shall be but one vacation in each year, which shall commence in the first Monday in December and continue for the space of Six weeks thereafter. And that the annual Commencement shall take place on the first Wednesday in August, after which the students shall be indulged with eight days relaxation" Were unanimously agreed to.

The Committee to whom was referred the statement of the funds, and situation of the University, and the report of the prudential Committee, reported as

(76)

follows, to wit "The Committee to whom were referred the statement of the Board of Trustees, relatively (sic) to the situation of the funds belonging to the institution, the sums of money which had been expended, and in general all the information which was requested of the Trust by a joint & concurred resolution, passed by the Legislature in the Month of December last, with directions also to report on the expediency of making application to the present Legislature for the proceeds of the land in the seventh district of Baldwin County, beg leave most respectfully to report, that they have attentively considered the statement mage by the board of Trustees, and find from comparing the items contained in the statement with the books of the Treasurer, & Secretary of the Board, that the Receipts and expenditures of money by the Board have been such as to evince an unremitted attention on the part of the members of the board, and that the expenditures have been made with a view to economy and utility, and that as far as your committee are informed by the documents to which they have referred, all the expences incurred

have been indispens ble, and have been so judiciously applied as to promote the dignity and usefulness of this very laudable institution.

Your Committee further find from a scrupulous enquiry into the pecuniary affairs of the Trust that the Collegiate building and its appendages have been reared and the expences attendant thereon discharged from the sale of Lots and Lands belonging to the Trust, and that the institution hath sustained itself, or very nearly so out of the rents and money paid for Tuition and for the ensuing two years from the twenty fifth day of December next, the term fro which the Cultivated part of the several tracts of land belonging to the Trust were

(77)

rented by the prudential Committee, the amount to grow due from that source with the tuition money which may be reasonably anticipated to answer the purposes of the Trust. While viewing this part of the subject we are involuntarily impelled to reflect on the situation of things so far as they relate to the lands leased, after the expiration of the two years; we are convinced, from their report now before us, that the prudential Committee annexed conditions to the leases which were well calculated to preserve the lands from sustaining injury; yet when it id considered and known from universal experience that Lessees for short periods will make the most of their bargains and go the greatest lengths in the continued cultivation of the tracts, we cannot hope that the lands will yield upon rent hereafter anything like the sums they have commanded heretofore – there will therefore be a propriety in looking out at this early period for means to meet the contemplated deficiency, that the respectability and utility of the institution may not be cramped in its progress; add to this, that a Library, which will at a moderate calculation, cost the sum of three thousand dollars, and the absolute necessity which exists of contemplating the philosophical apparatus, the reasons for laying a plan which may produce funds to meet those several objects will manifestly and obviously appear; connecting that subject with the losses which have been sustained by the Trust in being deprived of the whole of the Tract in the fork of the Tugalo, and Keowee, an the greater and most valuable part of the Tract of land in Jackson County: - Your Committee do most earnestly

(78)

recommend, that an application be made to the Legislature, by this Board, for the whole or such parts of the seventh district of Baldwin County as hath not yet been disposed of, which will, in all probability meet the exigencies of the board of Trustees – Without some aid of this sort, this institution, which hath been reared and fostered by the Legislature of the State, may experience a

reverse of fortune and reputation, which will blast the fondest and best hopes of the friends of Literature.

On the subject of the tract of land in Jackson County, granted to and heretofore considered as the property of the Trustees, your committee are decidedly of the opinion, that if a sum equal to one fourth of the real value can be had, from person disposed to take the title of the Trust without warrantee, it ought to be disposed of – The Legislature alone are competent to vest this power in the board, and from the best consideration your Committee are capable of giving this subject, such a power ought to be vested in the board of Trustees.

Your Committee, further beg leave to recommend as a subject well worthy the attention of the board of Trustees, that when they are again compelled after the expiration of the ensuing Two year leases, They lease the land belonging to the Trust, for the term of three lives, or twenty one years at least; this mode of leasing will, in the opinion of this Committee, create an interest and attachment on the part if the Lessees, which will eventually be beneficial to the Trust, and secure the renting of the unimproved Lots, all which are and must out of view when the Leases are made for a small number of Years.

(79)

Which report being read was unanimously agreed to.

On motion, resolved that the president of the University be required to prepare and lay before each branch of the legislature a respectful address, requesting that a law should be passed vesting in the board of Trustees the proceeds of the sale of the several lots and fractional surveys of land in the seventh district of Baldwin County. And also to authorise the said Board to dispose of the tract of land granted to the Trust which is situated in the County of Jackson on terms mentioned in the said report.

The Board then adjourned untill the second Monday in November next.

Attest,

| | |
|---|---|
| J. Hamill Secy. | Jared Irwin |
| of the University | Governor, & President |
| | of the Senatus Academicus |

Athens, Franklin College

6th Day of August 1810 –

This being the day pointed out by law for the meeting of the Senatus Academicus the following persons met being a majority of the board of visitors, to wit, His Excellency David B. Mitchell – Judge, Walker, Early and Carnes.

The Board of Trustees were then informed that a competent number of the Board of Visitors had convened and were

(80)

ready to receive the Board of Trustees and form the Senatus Academicus – The following member of the Board of Trustees attended. To wit,

Mr. Twiggs  Mr. Stewart

Mr. Clark  Mr. Flournoy &

Mr. Irwin  Mr. Hull

Mr. O Neal

And thereupon the Senatus Academicus was formed.

On motion, resolved that a committee of three persons be appointed to examine and report if any and what alterations and amendments are necessary to be made in the laws of the University – Ordered that Messrs Carnes, Hull, and Flournoy be that Committee – The Board then adjourned until twelve oclock tomorrow.

7th August 1810 -

The Board met pursuant to adjournment – present, His Excellency David B. Mitchell President

Judge Walker, Early & Carnes –

Messrs Twiggs, Clarke, O Neal, Stewart, Hull, Irwin, & Flournoy.

The Board then went in procession to the Chapel where an appropriate discourse was delivered to the Candidates for degrees by the Revd M. L. Weems, and an exhortation by the Revd Hope Hull. The Board then adjourned 'till half past five this evening -

Half Past five P.M.

The Board met pursuant to adjournment, present as in the morning. The President of the College submitted a report as to the general state of the University which was received and ordered for the present to lie on the table.

(81)

Resolved that it be expedient to proceed to a sale of the Lands belonging to the University as soon as an act of the general assembly can be obtained authorising the same, which resolution after being under discussion for some time was ordered to lie on the table for further consideration.

The Board adjourned 'til 9 oclock tomorrow morning.

8th August 1810 –

The Board met pursuant to adjournment. Present

His Excellency

David B. Mitchell President

Judge Walker, Carnes and Early

Mr. Twiggs, Mr. Clarke. O Neal, Stewart, Hull, Irwin, Flournoy.

A statement of the funds of the University having been laid before this board by a committee of the Board of Trustees, the same was ordered to lie on the table.

The Committee appointed to examine and report if any and what alterations and amendments are necessary to be made in the laws of the University submitted a report which was received and ordered to lie on the table. A report containing a statement of the situation and funds of the Richmond Academy was received and ordered to be filled. The Board then went in procession to the Chapel where the Collegiate exercises were performed and the Degree of the Batchelor of Arts was conferred on Armistead Cary, Peyton Cary, Henry L.O.Neal, William Mitchell and James Tait.

And the Degree of Master of Arts was conferred on Jared Irwin Junr M.D. and Samuel W. Meigs pursuant to an order of the Board of Trustees.

The Board then returned and adjourned 'til half past 5.

(82)

Half past 5.

The Board met pursuant to adjournment – present as in the morning – Mr. Early moved that the resolution of yesterday proposing a sale of the lands of this Institution be taken up which was unanimously agreed to, and on the question whether the resolution should now pass it was decided unanimously in the negative.

Mr. Flournoy moved that the statement of the Committee appoin (sic) on the part of the Board of Trustees to examine into state of funds be now taken up which was agreed to.

Whereupon Resolved that the statement of the accounts and expenditures up to the first of the present month is satisfactory and that it be returned to the Board of Trustees and form a part of the annual report to the next Legislature. A statement of the situation and funds of the Meson Academy was presented and ordered to be filed. Mr. Hull moved to take up the report of the President of the College which was agreed, and the said report after being sometime discussed was ordered to lie on the table.

The Board then adjourned until half after 8 oclock tomorrow morning -

9th August 1810

The board met pursuant to adjournment. Present.

David B. Mitchell – president

Judges Walker, Early and Carnes

Messrs Twiggs, Clark , O Neal, Stewart, Hull, Irwin & Flournoy.

The President of the University submitted to the Board a letter containing his resignation as president of the University, which is a follows –

To the President of the Senatus Academicus of the University of Georgia –

(83)

Sir,

This day completes a period of nine years since my first passing the Cedar Shoals of the Oconee. I have lived to see the spot selected for the site of the University by George Walton, Abraham Baldwin, John Milledge, John Twiggs and Hugh Lawson and become a very interesting object to the citizens of the State. At my first arrival it was a new wilderness – it is now a beautiful village containing one of the most valuable Collegiate buildings in the United States. And an experience of nine years proves that it is one of the most healthful spots in the Universe. When I left a literary Society of the first order Merit and embarked with a much beloved and numerous family from Newhaven for Savannah, I flattered myself that I might be useful to my fellow citizens by inculcating that knowledge and fixing those principles in the minds of young men which while they should influence them to respect their own rights might also induce them to respect the right of others. I have always, believed that knowledge pure and unveiled (either politically or religiously) was the true basis of the happiness of individuals or of nations Ideots and fools alone will consent to unreasonable laws, and dishonest men alone will declare their belief of that which their judgment and conscience declare to be false. I have like all other public characters been a target for the shafts of those who dread the true light of science. I have in common with my fellow Citizens many faults, but among them I deft them to find hypocrisy. I believe it to be for the interest of the University for the present moment that I should resign the office of president That resignation I now formally offer; but I trust sir that you will believe that I blame not the Senatus Academicus nor the Board of Trustees –

(84)

They have done their duty in the best manner that circumstances would admit. To the true, real and essential integrity of the institution as expressed in the preamble to your Charter I shall always be a Cordial friend. And I trust that after I shall be laid in the grave my children and friends on a fair view of my whole conduct with all its attendant circumstances of difficulty & embarrassment will at least not blush that their father and friend was once by the recommendation of Abraham Baldwin the president of the University of Georgia.

I am Sir with the high esteem and consideration

Yours &c

Athens 9th Aug.t J. Meigs.

1810

The foregoing communication being taken up, Resolved (on motion) that the resignation of the President be accepted and that the Board of Trustees be immediately informed thereof.

A communication was received from the Board of Trustees informing this Board that they had nominated the Rev[d] Henry Kollock of Savannah as president of the University of this State to supply the vacancy occasioned by the resignation of Mr. Josiah Meigs, and thereupon the Board proceeded to the appointment of a president to supply the aforesaid vacancy; when it appeared that the Rev[d] Henry Kollock was unanimously elected. It was then resolved that his Excellency the Governor do make a communication to the President elect informing him of his appointment.

Be it ordained that the prudential Committee or a majority of them shall exercise and perform all the duty &

(85)

authority vested in the President by the laws of College until the president elect shall be regularly inducted into office; Except the superintendance of the academic exercises which shall be attended to, and performed by the professor of Mathematicks and Natural philosophy.

The Committee to whom it was referred to enquire if any and what alterations and amendments are necessary to be made in the laws of the University respectfully report the following as additional clauses or ordinances. In the third chapter.

It shall be the duty of the President to inculcate into the minds of the students a strict observance of the sabbath day, and on each sabbath when no sermon is preached to read or cause to be read by some one of the professors or of the Senior class a lecture or sermon which my be selected from any Moral or religious Book at the usual hour of public worship. And it shall be the duty of every student in College strictly and with becoming decency to attend in the Chapel during such exercises. And every student in College who shall fail to attend as aforesaid unless he do furnish a good excuse for such absence to be judged of by the president shall for every such neglect be publicly admonished by the president. And be it further ordained that if any Student of College shall be so far lost to his own Character or reputation as to be found in any public tavern, store, tippling shop or any other place where spirituous liquors are retailed in the Village of Athens and partaking of the liquor called for and drank at any such place he or they so offending shall for the first offence be publicly admonished and for the second <u>rusticated</u>.

That the 4[th] sec. of the 8[th] chapter be amended to read as follows. If any scholar shall be guilty of profane swearing of fighting or quarreling – if he shall open the door

(86)

of a fellow student – If he shall go more than two miles from Athens without leave from the president a professor or tutor. If he shall disturb others by noise loud talking or singing during the time of study – if he shall ring the Bell without order or permission – if he shall play at Billiards, Cards, or any unlawful game, if he shall associate with vile idle or dissolute persons, or shall admit them into his chamber – if he shall instigate or advise any student to a refractory or stubborn behaviour he shall for either of those offences be punished by admonition, rustication or expulsion as the nature and circumstances of the case may require And be it further ordained that no student shall be allowed to keep any gun, pistol, Dagger, Dirk sword cane or any other offensive weapon in College or elsewhere, neither shall they or either of them be allowed to be possessed of the same out of the college in any case whatsoever.

That the third section of the fourth chapter be altered and amended to read as follows, to wit,

The established course of study in the College shall be as follows – to wit, the first or Freshman Class, shall study the French language, Cicero's Orations, Greek Testament, Arithmetic – Bookkeeping and practice eloqution. The second class shall read Horace, Homers Iliad, Algebra, Geometry – Mensuration of superfices & solids the ascertaining of heights and distances, conic sections Plane and Spherical Trigonometry – navigation surveying – Geography – Compostion, English Grammar practice public speaking and also study the French language But the french languages mat be studied by any person not a Member of the College or of the grammar school on paying the same for tuition that is paid in College. And children from the Grammar

(87)

School may at the same time take lessons from the professor of the french language.

The Senior Sophisters shall be examined on the second Thursday in June in every year under the direction of the President and prudential Committee or a majority of them, and by such gentlemen of liberal education as may be appointed by them for that purpose.

Additional section to 5th Chapter –

The legislature by an act passed since the last meeting of this Board having directed that the meeting of the Senatus Academicus shall be at the seat of the University on the first Monday of August annually the public Commencement shall henceforth take place on the first Wednesday thereafter.

The Board then adjourned to meet at Milledgeville on the 2nd Monday in Novr next.

Attest,

Duncan G. Campbell D.B. Mitchell Governor

Secretary & President of the Senatus Academicus of Georgia.

(88)

Thursday 1st August 1811 –

At a meeting of the Board of Visitors pursuant to the request of the prudential Committee, Present – his Excellency David B. Mitchell Governor, Jared Irwin President of the Senate, Judge Gresham and Judge Walker

There not being a sufficient number to proceed to the transaction of business, those present adjourned 'til tomorrow morning 9 oclock –

Friday 2nd August 1811 –

On this day his Excellency the Governor, Jared Irwin President of the senate, Judge Walker and Gresham attended as visitors, and adjourned 'til tomorrow morning 9 oclock.

Saturday 3rd August 1811 –

His Excellency the Governor, Jared Irwin & Judge Walker attended and adjourned, 'til tomorrow morning 9 oclock.

Monday 5th August 1811

On this day the following persons attended being a majority of the Board of Visitors, towit, his Excellency the Governor, Judges Early, Gresham and Walker. The Board of Trustees was then informed that the Board of Visitors had convened and were ready to receive them and form the Senatus Academicus. The following members of the Board of Trustees attended, to wit, Messrs Clarke, Stewart, Mounger, Hull, Carnes, Irwin & Flournoy. Whereupon the Senatus Academicus was formed and proceeded to business –

His Excellency the Governor laid before the Board a Correspondence held between himself and the Rev[d] Henry Kollock, by which it appeared that Mr. Kollock declined accepting the office of President of Franklin College; - He further stated that on account of a failure in forming the Senatus Academicus in Milledgeville in November last as was contemplated, he thought it his duty to lay before the Board

(89)

of trustees at that time a letter from the Rev[d] Henry Kollock declining the acceptance of the Presidency of the University to which he had been elected in August last, that the Board might take means to procure some suitable character to fill the office of President which had become vacant by the resignation of Mr. Meigs. This Board appreciate the motives which induced the Governor to give that information to the Board of Trustees at that time, that although it was not official it was an act proper to be done under the then existing circumstances, and meets unanimous approbation of the Senatus Academicus.

Resolved that the Secretary lay before the Board of Trustees the foregoing by which they may be informed that the office of President of Franklin is vacant.

The Board adjourned for one hour –

After the expiration of an hour the Senatus Academicus met pursuant to adjournment – Present as before stated – There being no business now ready to be submitted the Board adjourned 'til 4 oclock this evening –

At 4 oclock the Board met; Present as at the adjournment No business being now submitted the Board adjourned for an hour After the expiration of an hour the Board met – Present as at the adjournment.

The Board of Trustees communicated to this Board that they had nominated the Rev[d] John Brown to the Presidency of Franklin College to supply the vacancy occasioned by the non acceptance of the Rev[d] Henry Kollock. Whereupon the Board proceeded to the election of a President to supply the aforesaid vacancy, when upon counting the votes it appeared that the Rev[d] John Brown was unanimously elected President of Franklin college. Thereupon Resolved that Mess[rs] Clarke & Early be a committee to wait on the President elect to inform him of his appointment, and to know of him whether he accepts, and at what time he will attend the Board to qualify – The Board then adjourned 'til 9 oclock tomorrow morning –

Tuesday 6[th] August 1811

The Board met pursuant to adjournment.

Present, His Excellency David B. Mitchell, Judges early, Gresham & walker. Mess^rs Clarke, Stewart, Mounger, Hull, Carnes, Irwin & Flournoy –

Mr. Early from the committee appointed to wait on the President elect, reported that the Committee had received for answer from Doctor Brown that he would attend for qualification so soon as the Board should be formed and he notified thereof. Whereupon at the request of the Board Mess^rs Clarke and Early notified the Rev^d John Brown that the Board was convened and ready to proceed to business – Doctor Brown accordingly attended and took and subscribed the oath prescribed by an ordinance of the sixteenth of June Eighteen Hundred and one before his excellency D.B Mitchell Governor of Georgia & in the presence of the Senatus Academicus –

Ordered that the Board of Trustees be informed thereof

Be it ordained by the Senatus Academicus of the University of Georgia that the ensuing relaxation allowed to the Students by an ordinance passed on the twenty first day of November Eighteen hundred and eight shall be and the same is hereby continued and extended from the seventh day of the present month August until the second Monday in September and that the aforesaid recited ordinance be so far suspended as relates to the eight days relaxation -

The Board then adjourned 'til 3 oclock this evening -

At 3 oclock the Board met pursuant to adjournment.

Present as in the morning - There being no business now be (sic)

submitted the Board adjourned 'til 10 oclock tomorrow morning -

Wednesday 7th August 1811 -

The Board then met pursuant to adjournment - Present his excellency D.B. Mitchell, Judges Walker, Early and Gresham. Mess^rs Clarke, Stewart, Hull, Irwin, Carnes, Mounger and Flournoy.

The Board then went in procession to the Chapel where the Collegiate exercised were performed and the degree of Bachelor of Arts was conferred on Ebenezer Newton, John Howard, John Phinizy, James Thweat, John L. Wingfield, Joseph Malloy, David Callaham & James Hayes pursuant to an order

of the Board of Trustees. The Board then returned to College. Be it ordained that from and after the fourth day of November next all monies for tuition in this College shall be paid quarter yearly in advance, and that no student be admitted to any of the College exercises until a receipt from the Treasurer for such payment be exhibited to the President.

Attest

Duncan G. Campell D.B. Mitchell Governor

Secretary of the University - & Presed[t] of the Senatus

Academicus.

Resolved that the foregoing ordinance be signed by the president of this Board, and attested by the Secretary and published three times in one Gazette in Savannah, one in Augusta, one in Washington and one in Milledgeville, & one in Athens –

Reports of the State in situation of the Richmond and Meson academies were received and ordered to be filed -

The Board then adjourned ‘til 6 oclock tomorrow morning -

Thursday 8th August 1811-

The Board met pursuant to adjournment - Present His Excellency D.B. Mitchell, Judges, Early, Walker, & Gresham. Mess[rs] Clarke, Stewart, Mounger, Hull, Carnes, Irwin, & Flournoy. There being no business now to be submitted, the Board then adjourned to meet on Thursday next after the first Monday in November next, at Milledgeville –

Attest D.B. Mitchell Gov[n]

Duncan G. Campbell & Pres[dt] of the Senatus Academicus

Secretary of the University

(92)

Thursday 7th Novr 1811 – Milledgeville –

On this day the following persons, members of the Board of Visitors met pursuant to adjournment, To wit, his Excellency David B. Mitchell , Mathew Talbot, President of the Senate Robert Iverson Speaker of the House of Representatives – Judges Early & Gresham Messrs Clarke Stewart, Carnes and Irwin – There not being sufficient number to form a Board those present adjourned untill tomorrow 4 oclock –

Friday 8th Novr 1811

His Excellency David B. Mitchell, Messrs Early, Gresham Talbot and Iverson attended as members of the Board of Visitors and adjourned untill 10 oclock tomorrow –

Saturday 9th Novr 1811 –

His Excellency the Governor, Judges Early and Gresham & Messrs Talbot and Iverson attended and adjourned to meet at this place on Tuesday the 19th Inst –

Milledgeville 19th November 1811 –

The following persons attended pursuant to adjournment. To wit, his Excellency the Governor, Judge Early, Messrs Talbot and Iverson, and the following Trustees, to wit, Messrs Clark Stewart, Marshall, Hull, and Irwin. There not being a majority of the Senate Academicus those present adjourned untill ten oclock tomorrow –

(93)

20th November 1811 –

His Excellency the Governor, Judge Early Messrs Talbot and Iverson attended and adjourned untill 10 oclock tomorrow –

21st Novr 1811 –

His Excellency the Governor, Judge Early Messrs Talbot and Iverson attended and adjourned untill ten o'clock tomorrow –

22nd November 1811 –

On this day the following persons being a majority of the Board of Visitors attended, to wit, his Excellency David B. Mitchell, Judge Early, Mathew Talbot President of the Senate and Robert Iverson speaker of the House of Representatives. The Board of Trustees was then informed that the Board of visitors had convened and were ready to receive them and form the Senatus Academicus – The following members of the Board of Trustees attended, to wit, Mess[rs] Clarke, Stewart, Mounger, Hull, Marshall, and Irwin – Whereupon the Senatus Academicus was formed and proceeded to business.

The following alterations, amendments and additions to the Laws of the College were proposed by the President and the same were severally agreed to.

The III Sec. of the I chap. Was altered and amended to read as follows- "The Professors and Tutors severally shall have power to govern the undergraduate students, and to admonish them in private or before the class- Provided, they do not in any case proceed contrary to the advice and direction of the President."

The Iv Sec. to read thus –

"Every judgment of expulsion, dismission for fault and rustication for any term longer than nine months shall be by the President, Professors and Tutors, and the same shall be in writing published in such manner as the President shall direct. Any student charged with a crime punishable by expulsion, dismission or rustication (except in cases of riot or when the offence is within the knowledge of an Officer of College) shall (if he ha witness's in his defence which cannot be immediately procured) at least three days before his trial be furnished with a copy in writing of the charges or charges intended to be exhibited against him. Copies of all such judgments on application to the President shall be given to all parties concerned.

(94)

"And if any student shall apprehend himself aggrieved by any such judgment, he shall have liberty within any time not exceeding thirty days after the same shall have been given, of applying to the President by a petition in writing for a new trial, and on such petition the President may within a convenient time order a new trial to be had; and provided on such new trial the former judgment be confirmed, or the President refuse a new trial such student still apprehending himself aggrieved, or in case he shall be a minor, his parent or guardian shall have the liberty of bringing a petition to the Board of trustees for relief; which petition he shall lodge with the President within thirty days after such refusal or new trial, and the President shall lay the said petition before the Board of Trustees at their next meeting" –

The V Sec. expunged and the following substituted –

"It shall be the duty of the Faculty to superintend and take care of the College buildings and their appurtenances, and also to superintend and manage any improvements or repairs which have been or may hereafter be directed by the Board of Trustees" –

The VI Sec. altered to read thus –

"In case of the death of the President, it shall be the duty of the Senior Professor to exercise all the powers of the President untill a meeting of the Senatus Academicus, which the said Professor shall call as soon as may be convenient."

Chap II Sec I altered to read thus –

"Candidates for admissions into the College shall be examined by the President or under his direction by one or more of the Professors or Tutors, and not one shall be admitted until he shall be found able to read, translate and parse Virgil and Greek Testament, and to write true Latin in prose; and shall also have learned the rules of vulgar Arithmetic, and shall produce satisfactory proof of blameless life and conversation."

III. Sec. altered to read thus –

"Every candidate for admission to an advanced standing shall be examined by the President and one or more of the Professors, or under the direction of the President, by two or more Professors and tutors and no such candidate shall be admitted to such standing in the College unless he shall be found fully qualified in all branches of learning proper for the same –

(95)

VII. Sec. same Chap. – Omitted intirely –

Chap III Sec II altered to read thus –

"The President, or in his absence one of the Professors or one of the Tutors shall pray every morning and evening in the Chapel, and read a chapter or some suitable portion of Scripture. And every undergraduate student shall be obliged to attend under the penalty of admonition public or private by an officer of College for being tardy, or egressing without a sufficient reason" -

III. Sec amended to read as follows –

Monitors shall be appointed by the President who shall be furnished with Bills in which they shall note down those who are absent from, come too late or egress from prayers or other

public exercises on which the students are obliged by law to attend; which Bills they shall deliver to the President a Professor or Tutor whenever they shall be

required; and where sufficient excuses are not given for such absence, tardiness or egression the same shall be entered in a Book to be kept by the Faculty for that purpose which shall at all time be subject to the inspection of the Trustees."

Additional Section to the III Chapter.

V. "All students are strictly forbidden to play on any instrument of music in the hours of study and also on Sundays, and they shall abstain from their unusual exercises on the Sabbath day" –

VI. No Student shall go beyond the limits of the Town of Athens without the permission from an Officer of College, nor be absent more than one day without permission from the President.

VII. If any Student shall be deficient in cleanliness in his apartment the President or any officer may order all necessary cleaning done at the expense of such student.

VIII. If any student shall refuse to give evidence respecting any violation of the laws of the College when called upon by the Faculty, he may be expelled."

IV Chap. III Sec altered and amended to read as follows –

The established course of study in the College shall be as follows, to wit, The first or Freshman Class shall study the French Language Ciceros Orations – The Greek Testament, Xenophon, English Grammar Arithmetic and practice Elocution – The Second class shall read Horace, Homes Iliad, Arithmetic, Algebra, Geometry, Geography Compostion, English Grammar and practice Elocution, and also study the French language - "

(96)

But the French Language may be studied by any person not a member of the College or the college or of the Grammar School on paying the same for tuition that is paid in the College; and children in the Grammar School may at the same time take lessons from the Professor of French Language. The Senior Sophisters shall be examined on the second Thursday in June each year under the direction of the President and by such gentlemen of liberal education as may be appointed by him for that purpose.

The Third Class shall study Mensuration, Trigonometry Surveying – Navigation, - Astronomy – determination of Graphic Longitudes and Latitudes by observations of Eclipses and

the lunar observations – use of the celestial globe, Natural and Experimental Philosophy, Chemistry – Logic – Forensic disputations – Composition and public speaking – The Fourth Class shall study Rhetoric, History, the Constitution of the United States and the Constitutions of the different states – Moral Philosophy – Forensic disputations, composition and public speaking" –

Chap V Sec IV; Stricken out.

Chap VI Sec II. Amended to read as follows –

If the College chambers shall not be sufficient to receive all the students, the Faculty shall give liberty to so many as necessity shall require to reside among the Inhabitants of Athens of a good and approved Character; and the sons wards of parents or guardians residing in the village of Athens or in its vicinity may victual & live at home.

Additional Section to this Chapter

IV. It shall be the duty of the Faulty to visit the rooms of the College frequently and at irregular intervals; and all students shall be compelled to grant admittance to the College officers when they require it, and if such admittance is refused, the Officer may break the door at the expense of the Students.

Resolved that the Laws as now amended be fairly ingrossed by the Secretary and signed by the President, and that a fair manuscript copy be furnished the Board of Trustees that the same may be ordered to be printed.

Attest

Duncan G. Campbell D.B. Mitchell Governor

Secretary of the University & President

(97)

The Senatus Academicus then adjourned to meet at Athens on the first Monday in August next.

Attest

Duncan G. Campbell D.B. Mitchell

Secretary of the University Gov[r] & President

THE

# Perpetual Laws

OF THE

## COMMONWEALTH

OF

# MASSACHUSETTS,

From the ESTABLISHMENT of its CONSTITUTION,
IN THE YEAR 1780,
To the END of the YEAR 1800;

WITH THE
CONSTITUTIONS of the UNITED STATES of AMERICA, and of the COMMONWEALTH, prefixed.

TO WHICH IS ADDED,

## AN APPENDIX,

CONTAINING

*ACTS AND CLAUSES OF ACTS, FROM THE LAWS OF THE LATE COLONY, PROVINCE AND STATE OF MASSACHUSETTS, WHICH EITHER ARE UNREVISED OR RESPECT THE TITLE TO REAL ESTATE.*

IN THREE VOLUMES.

---

VOL. II.

Containing the LAWS from JUNE, 1788, to JUNE, 1798, inclusively.

---

*Ignorantia legis neminem excusat.*
The Ignorance of Law is an Excuse for no One.
The Law is the Subject's best Birthright.

---

PRINTED AT *BOSTON*,
BY I. THOMAS AND E. T. ANDREWS.
Sold by them, at their Bookstore, No. 45, Newbury-Street; and by said THOMAS, at his Bookstore, in WORCESTER.
*MARCH*, 1801.

# Anno 1793.

## CHAP. I.

Ch. 41. Anno 1791.

**An Act for regulating and governing the Militia of the Commonwealth of Massachusetts, and for repealing all Laws heretofore made for that Purpose; excepting an Act entitled "An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons, within this Commonwealth, and also the Militia, when called into actual Service."**

Preamble.

WHEREAS the Laws for regulating and governing the Militia of this Commonwealth, have become too complicated for practical use, by reason of the several alterations which have from time to time been made therein: Therefore,

Laws repealed.

1. *Be it enacted by the Senate and House of Representatives in General Court assembled, and by the authority of the same*, That the several Laws heretofore made for governing and regulating the Militia, be, and hereby are repealed, except an Act, entitled "An Act for establishing Rules and Articles for governing the Troops stationed in Forts and Garrisons within this Commonwealth, and also the Militia when called into actual service."

Proviso.

2. *Provided nevertheless*, That all officers actually in commission, agreeably to the laws which are hereby repealed, and in grades which are established by this Act, shall continue in commission in the same manner, and in the same authority they would, in case the said laws were still in force; and all actions depending in any Court, by force of said laws, shall and may be prosecuted to final judgment and execution.

Persons to be enrolled in the Militia.

3. *And be it further enacted by the authority aforesaid*, That each and every free able bodied white male citizen, of this, or any other of the United States, residing within this Commonwealth, who is, or shall be of the age of

of eighteen years, and under the age of forty five years, (except as is herein after excepted) ſhall ſeverally and reſpectively be ſubject to the requiſitions of this Act, and ſhall be enrolled in the Militia, by the Captain or Commanding Officer of the company, within whoſe bounds ſuch citizens ſhall reſide, within three months from and after the paſſing this Act: And it ſhall be at all times hereafter the duty of the Commanding Officer of every ſuch company, to enrol every ſuch citizen as aforeſaid; and alſo thoſe, who ſhall from time to time arrive at the age of eighteen years, or being of the age of eighteen years, and under the age of forty five years, and not herein after excepted, ſhall come to reſide within his bounds; and ſhall without delay notify ſuch citizen of the enrolment, by a noncommiſſioned officer or other perſon, duly authoriſed for that purpoſe, by whom ſuch notice may be proved; and in all caſes of doubt reſpecting the age of any perſon enrolled, or intended to be enrolled, the party queſtioned ſhall prove his age, to the ſatisfaction of the Commanding Officer of the company within whoſe bounds he may reſide. To be notified.

4. *And be it further enacted by the authority aforeſaid,* That the Vice Preſident of the United States; Members of Congreſs, of both Houſes, with their reſpective officers; Lieutenant Governour; Members of the Council, Senate and Houſe of Repreſentatives, with their officers; Secretary and Treaſurer of the Commonwealth; Officers, Judicial and Executive, of the Government of the United States; Juſtices of the Supreme Judicial Court; Juſtices of the Courts of Common Pleas; Judges of Probate; Regiſters of Probate; County Regiſters; Juſtices of the Peace; Sheriffs; Deputy Sheriffs; Coroners; Conſtables; Selectmen; Miniſters of the Goſpel; Elders and Deacons of Churches; Church Wardens, and thoſe of the religious denominations of Quakers and Shakers; Maſters of Arts; Officers and Students at any College; alſo ſuch Phyſicians, Surgeons, ſtated Schoolmaſters, Ferrymen and Millers, as the Selectmen of the towns to which they ſhall ſeverally belong, ſhall by a writing under their hands, ſignify the expediency of exempting; perſons who have by commiſſion under any government or Congreſs, or by election in purſuance of the orders of any Congreſs of the United States, or either of them, held the office of Subaltern or office of higher rank; and all Mariners actually employed in any ſea ſervice of any citizen within the United States in any veſſel of more than thirty tons burthen; Cuſtom Perſons exempted from training.

House Officers; all Post Officers, Stage Drivers, actually employed in the care and conveyance of the Mail; and such persons as did attain to the age of forty five years before the eighth day of *May*, one thousand seven hundred and ninety three; and also all such Manufacturers as are by any special law of the Commonwealth now exempted, shall be, and hereby are exempted from the said enrolment.

Arrangement of the Militia.

5. *And be it further enacted by the authority aforesaid*, That the Governour, by and with the advice of the Council, be, and hereby is authorised and empowered to form and arrange the Militia into divisions, brigades, regiments and companies; and from time to time to make such alterations therein as shall be necessary; and if the same be convenient, each brigade shall consist of four regiments, each regiment of ten companies, and each company of sixty four effective privates: *Provided notwithstanding*, That the present arrangement of the Militia shall continue as it now is, until the Governour, with the advice of Council, shall otherwise order; and each new division, brigade and regiment, shall be numbered at the formation thereof, and a record made of such number in the Adjutant General's office; and when in the field or in service, each division, brigade and regiment shall respectively take rank according to its number.

Proviso.

Manner of officering the Militia.

6. *And be it further enacted by the authority aforesaid*, That the Militia shall be officered, as follows: To each division, one Major General, and two Aids de Camp, with the rank of Major: To each brigade, one Brigadier General, with one Brigade Inspector, to serve also as Brigade Major, with the rank of Major: To each regiment, one Colonel, one Lieutenant Colonel, one Major. *Provided nevertheless*, where any vacancy of Colonel now is, or shall hereafter happen, then the field officers of each regiment to consist of a Lieutenant Colonel Commandant, and two Majors: To each company of infantry, one Captain, one Lieutenant, and one Ensign, four Sergeants, four Corporals, one Drummer, one Fifer or Bugler: That there shall be a Regimental Staff, to consist of one Adjutant, one Quarter Master to rank as Lieutenants, one Surgeon, and one Surgeon's Mate, to be appointed by the Commanding Officer of the regiment, and commissioned by the Governour, one Sergeant Major, one Quarter Master Sergeant, one Drum Major and one Fife Major: That each company of artillery shall consist of one Captain, two Lieutenants, four Sergeants, four Corporals, six

ſix Gunners, ſix Bombardiers, one Drummer, one Fifer, and thirty two Privates or Matroſſes: And each troop of cavalry ſhall conſiſt of one Captain, two Lieutenants, and one Cornet, four Sergeants, four Corporals, one Saddler, one Farrier, one Trumpeter, and thirty two Privates: And there ſhall be one Adjutant General, and one Quarter Maſter General for the whole Militia, to be appointed by the Governour.

7. *And be it further enacted by the authority aforeſaid,* That each and every Major General be, and hereby is empowered, and it ſhall be his duty, to give all ſuch orders, as ſhall from time to time be neceſſary, conſiſtent with the law for electing Brigadier Generals, Field Officers, Captains and Subalterns, in brigades, regiments and companies, within his reſpective diviſion, which have not been already commiſſioned, and for filling up vacancies of ſuch officers, or any of them, where they now are or may hereafter happen. *Provided always,* That whenever a time ſhall be appointed for the election of any Officer or Officers, the electors ſhall have ten days' notice thereof, at leaſt; and all returns of elections, and neglects, or refuſals to make choice of officers ſhall be made to the Governour, by the Major General, in whoſe diviſion the election ſhall be ordered; and all commiſſions ſhall paſs through the hands of the Major Generals to the officers in their reſpective diviſions, for whom they ſhall be made out; and every perſon who ſhall be elected to any office in the ſaid Militia, and ſhall not within ten days after he ſhall have been notified of his election, (excepting a Major General, who ſhall be allowed thirty days after he ſhall be notified by the Secretary of the Commonwealth) ſignify his acceptance thereof, ſhall be conſidered as declining to ſerve in ſuch office; and orders ſhall be forthwith iſſued for a new choice.

Major General empowered in election of Officers.

Proviſo.

8. *And be it further enacted by the authority aforeſaid,* That every perſon who ſhall be lawfully entitled to be commiſſioned to any office in the Militia of this Commonwealth, ſhall at the time of receiving his commiſſion, take and ſubſcribe the oaths and declaration required by the Conſtitution, before ſome Juſtice of the Peace, or ſome General or Field Officer, who ſhall have previouſly taken and ſubſcribed them himſelf, and who are hereby authoriſed to adminiſter the ſame; and a certificate thereof ſhall be made on the back of every commiſſion, by the Juſtice of the Peace, or General, or Field Offi-

All Officers to ſubſcribe the oaths.

M 4 cer,

cer, before whom the faid oaths and declaration fhall have been taken and fubfcribed.

Noncommiffioned Officers by whom appointed.

9. *And be it further enacted by the authority aforefaid,* That the Commanding Officer of regiments, fhall appoint the noncommiffioned Staff Officers of their refpective regiments; The Commanding Officers of Companies fhall appoint the noncommiffioned Officers, including the Clerks, of the refpective companies: All noncommiffioned Staff Officers and Sergeants fhall receive warrants under the hand of the Commanding Officer of their refpective regiments or corps: And the Adjutant fhall keep a record in a fuitable book, to be kept for that purpofe, of all warrants which fhall be iffued; And no noncommiffioned Officer fhall be deemed to have refigned his office, until he fhall have done it in writing to the Commanding Officer of the regiment or corps to which he belonged; and fhall have obtained his difcharge alfo in writing, from fuch Commanding Officer; And no noncommiffioned Officer or Private fhall be difenrolled from the Militia for difability, without certificate from the regimental Surgeon and Mate.

Refignations to be given in writing.

Clerks to be appointed.

10. *And be it further enacted by the authority aforefaid,* That every company fhall have a Clerk, who fhall be alfo one of the Sergeants, and he fhall be fworn to the faithful difcharge of his truft; and it fhall be his duty always to keep a fair and exact roll of the company, together with the ftate of the arms and equipments belonging to each man, which roll he fhall annually revife and correct in the month of *May*, as is herein after directed; to regifter all orders and proceedings of the company, in an orderly book, which fhall never be alienated from the company; to keep exact details of all detachments; to call the roll whenever the company is affembled; to examine the equipments when thereto required, and to note all delinquencies; to fue for, recover and receive all fines and forfeitures which are required by this Act to be recovered, one half to his own ufe for his trouble, and the other half to be paid to the Commanding Officer of the company, in truft, for the ufe of the company to which he belongs, excepting fuch cafes wherein other provifion is made by this Act, for the recovery and appropriation of fines and forfeitures. *Provided neverthelefs,* That all commiffioned Officers now in command in the Militia, in any grade not eftablifhed by this Act, fhall be continued in their command; and the Clerks of companies, now in office, fhall be continued in fuch office.

Their duty.

[illegible] empowered to fue.

Appropriations.

Provifo.

11. *And*

11. *And be it further enacted by the authority aforesaid*, That whenever a company ſhall have neither commiſſioned Officers nor noncommiſſioned Officers, the Commanding officer of the regiment or battalion to which ſuch company belongs, ſhall appoint ſuitable perſons within ſaid company to be noncommiſſioned Officers and Clerk of the ſame; and ſuch noncommiſſioned officers and Clerk, ſo appointed, ſhall be authoriſed in the ſame manner, and have the ſame power and authority, as if they had been appointed by a Captain duly qualified to command ſaid company. Noncommiſſioned Officers appointed in caſe.

12. *And be it further enacted by the authority aforeſaid*, That no Officer of the Militia ſhall be diſcharged, excepting by the Commander in Chief, on the requeſt of ſuch Officer, in writing, or by the Commander in Chief on the addreſs of both Houſes of the Legiſlature; or by being diſbanded by a law of the Commonwealth, or by a judgment of a Court Martial, or by actual removal, (the Major General to be judge whether the diſtance is ſo great that he cannot conveniently diſcharge the duties of his office) or by twelve months abſence, without leave of ſuch Officer, from the diſtrict of his command: And no Officer ſhall conſider himſelf exempted from the duties of his ſtation, until he ſhall have been diſcharged in one or other of the methods aforeſaid: And if by the Commander in Chief, not until he ſhall have received a certificate of ſuch diſcharge: No Officer ſhall be allowed to reſign his commiſſion when under arreſt; and no General or Field Officer ſhall approve the reſignation of any other Officer, until ſuch Officer ſhall have lodged in his hands all ſuch Militia laws and orderly books as he ſhall have been furniſhed with by the Government; and ſuch General or Field Officer ſhall deliver the laws and orderly books which he ſhall thus have received, to the next ſucceeding Officer who ſhall be commiſſioned in the place of him who ſhall have reſigned. Prohibitions.

13. *And be it further enacted by the authority aforeſaid*, That the Governour, with the advice of Council, be and hereby is authoriſed to complete the cavalry in each brigade of the Militia, to two full companies or troops; and the cavalry in each brigade, when completed, ſhall be formed into battalions or ſquadrons; in thoſe brigades where there are or may be two or three troops, they ſhall form ſquadrons, and each ſquadron ſhall be commanded by a Major; in thoſe brigades where there are already more than three troops, they ſhall form battalions, and Cavalry organiſed.

each

:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 138



each battalion ſhall be entitled to a Lieutenant Colonel, Major, Adjutant and Quarter Maſter : *Provided always*, That in thoſe brigades where there are already two troops raiſed, they ſhall not be augmented ; and in thoſe brigades where there are already more than two troops, they ſhall not be reduced. *Provided alſo*, That the companies of cavalry which are, by any former Act, annexed to any regiment, ſhall continue to be ſo attached to ſuch regiment in which it is raiſed. The Officers of cavalry ſhall furniſh themſelves with good horſes, at leaſt fourteen hands and an half high ; and ſhall be armed with a pair of piſtols, and a good ſword, the holſters of which ſhall be covered with bearſkin caps : Each horſeman ſhall furniſh himſelf with a ſerviceable horſe, of at leaſt fourteen hands and a half high ; a good ſaddle, bridle, mailpillion and valiſe ; holſters, a breaſtplate, and crupper ; a pair of boots and ſpurs ; a pair of piſtols ; a ſabre, and cartridge box, to contain twelve cartridges for piſtols. No man ſhall be enliſted into any troop of cavalry, unleſs he ſhall own and conſtantly keep a ſuitable horſe, and furniture, for that ſervice ; and if any man, who ſhall belong to any troop of cavalry, ſhall be deſtitute of a ſuitable horſe and furniture, for more than three months at one time, he ſhall be diſcharged from ſuch corps, and enrolled in the ſtanding company in which he reſides. And whenever any draft or detachment ſhall be made from a troop of cavalry, for actual ſervice, the men thus drafted or detached, ſhall march with their own horſes ; and before they march, the horſes ſhall be appraiſed, by three indifferent men, to be appointed by the Brigadier of the brigade, from which ſuch detachment ſhall be made.

Proviſos.

Officers and men to furniſh themſelves complete with horſes and every other equipment.

14. *And be it further enacted by the authority aforeſaid*, That the Governour with the advice of Council, be, and hereby is authoriſed to complete the artillery in each brigade of the Militia, to two full companies ; and when thus completed, ſhall form a battalion in each brigade, and be entitled to a Major, Adjutant and Quarter Maſter. *Provided nevertheleſs*, That in thoſe brigades, where there are already two companies raiſed, they ſhall not be augmented ; and in thoſe brigades where there are already more than two companies, they ſhall not be reduced. And each company of artillery ſhall be provided with two good field pieces, with carriages and apparatus complete ; an ammunition cart ; forty round ſhot, and forty rounds of caniſter ſhot. The Governour ſhall order to be iſſued to each company of artillery, annually,

Artillery organiſed.

Proviſo.

—to be provided with complete apparatus.

nually, a quantity of powder, not exceeding one hundred pounds, which ſhall be expended on general muſter days, and in experimental gunnery. And the Quarter Maſter General ſhall provide for, and ſupply the artillery companies with all the carriages, tumbrils., harneſs apparatus, implements, laboratory and ordnance ſtores, which may, from time to time, be neceſſary for their equipment. The Officers of artillery ſhall be armed with a ſword or hanger ; a fuſee, bayonet and belt, with a cartridge box to contain twelve cartridges : And each noncommiſſioned Officer and Private or Matroſs, of thoſe companies which are unprovided with field pieces, ſhall furniſh himſelf with all the equipments of a Private in the infantry, until proper ordnance and field artillery is provided. And the Commanding Officer of each company of artillery, ſhall be accountable for the careful preſervation of the pieces and apparatus, and the proper expenditure of the ammunition ſupplied by government. Each company of artillery, and troop of cavalry, ſhall be formed of volunteers from the brigade ; and together, they ſhall not exceed in number one eleventh part of the infantry of ſuch brigade ; and they ſhall be uniformly clothed in regimentals, to be furniſhed at their own expenſe.

Quarter Maſter to furniſh.

Commanding Officer to be accountable.

Artillery and cavalry to be formed of volunteers.

15. *And be it further enacted by the authority aforeſaid*, That at all regimental muſters, the companies commanded by the two eldeſt Captains, ſhall act as light infantry companies, except where light infantry companies have already been raiſed by voluntary enliſtment, and one or more ſhall be attached to ſuch regiment.

Light infantry companies.

16. *And be it further enacted by the authority aforeſaid*, That if any noncommiſſioned Officer or Private of cavalry, artillery, light infantry, or other corps raiſed at large, ſhall neglect for the term of three months, to keep himſelf provided with an uniform of the company to which he belongs, as is directed by this Act, he ſhall be diſcharged from ſuch corps, by the brigadier commanding the brigade, and enrolled in the ſtanding company in which he reſides. And no company of cavalry, artillery, light infantry, or other corps which it may be lawful to raiſe at large, ſhall be raiſed within this Commonwealth, when any of the ſtanding companies ſhall be reduced thereby, to a leſs number than ſixty four effective Privates ; and no Officer of any ſuch corps, ſhall enliſt any men belonging to a ſtanding company, for the purpoſe of forming or recruiting ſuch corps raiſed at large, when, by means thereof, ſuch ſtanding company would be

Penalty.

No corps to be raiſed at large which will reduce ſtanding companies to a limited number.

—to be deemed disbanded in case.

be reduced to a less number than sixty four effective Privates. And if any such corps, raised at large, shall at any time be destitute of commissioned Officers, and shall neglect to fill up such vacancies, for one whole year after being ordered to elect them, or if any such corps shall be reduced under twenty privates, and remain in that situation for one whole year without doing duty as the law directs; then, in either case as aforesaid, such corps raised at large shall be deemed disbanded, and the men which belonged to such delinquent corps, shall be enrolled in the standing company in which the individuals thereof shall respectively reside: And no such corps raised at large, shall at any time bear a greater number of men on their rolls, than the law allows necessary to constitute them; and the Commanding Officer of every such corps shall, annually, in the month of *April*, make out a list of all the men's names belonging to his corps, and deliver the same to the Commanding Officer of the regiment or battalion, in whose district such corps is or may be raised; and all such corps raised at large, not annexed to any particular regiment, shall be subject to the orders of the Commanding Officer of the brigade in which they shall respectively be raised, and shall make their elections and returns in the same manner as other corps of the Militia.

—not to consist of a greater number than legal.

Ancient and Honourable Artillery Company.

And whereas the military company in *Boston*, commonly called the "*Ancient and Honourable Artillery Company*," being by ancient charter, custom and usage, exempted from the general regulations of the Militia: Therefore,

—to retain privileges.

17. *Be it further enacted by the authority aforesaid*, That the said company, called the "*Ancient and Honourable Artillery Company*," shall retain its accustomed privileges, not being incompatible with the Constitution, but shall be subject to all other duties required by this Act, in like manner as other companies of Militia.

Officers how to be armed and uniformed.

18. *And be it further enacted by the authority aforesaid*, That every commissioned Officer of infantry, whose duty shall require him to serve on foot, shall be armed with a sword and an espontoon; and every Officer, whose duty requires him to be mounted, shall be armed with a sword and pair of pistols: And the uniform in every instance required by this Act, shall be a dark blue cloth coat, of such fashion, and with such facings, and under clothes, as the Major Generals, or Brigadiers shall direct within their several commands.

19. *And*

19. *And be it further enacted by the authority aforesaid*, That every noncommiſſioned Officer and Private of the infantry ſhall conſtantly keep himſelf provided with a good muſket, with an iron or ſteel rod, a ſufficient bayonet and belt, two ſpare flints, a priming wire and bruſh, and a knapſack; a cartridge box, or pouch with a box therein, to contain not leſs than twenty four cartridges, ſuited to the bore of his muſket; each cartridge to contain a proper quantity of powder and ball; or with a good rifle, knapſack, ſhot pouch, powder horn, twenty balls ſuited to the bore of his rifle, and a quarter of a pound of powder: And ſhall appear ſo armed, accoutred and provided, whenever called out, except that when called out to exerciſe only, he may appear without a knapſack, and without cartridges loaded with balls. *Provided always*, that whenever a man appears armed with a muſket, all his equipments ſhall be ſuited to his muſket; and whenever a man appears armed with a rifle, all his equipments ſhall be ſuited to his rifle: And that from and after five years from the paſſing of this Act, all muſkets for arming the Militia, as herein required, ſhall be of bores ſufficient for balls of the eighteenth part of a pound: And every citizen enrolled and providing himſelf with arms, ammunition and accoutrements, required as aforeſaid, ſhall hold the ſame exempted from all ſuits, diſtreſſes, executions, or ſales for debt, or for payment of taxes.

Neceſſary articles of equipment.

Proviſo.

Arms, &c. to be exempted from ſuits.

20. *And be it further enacted by the authority aforesaid*, That every noncommiſſioned Officer or Private of the infantry, who ſhall neglect to keep himſelf armed and equipped as aforeſaid, or who ſhall on a muſter day, or at any other time of examination, be deſtitute of, or appear unprovided with the arms and equipments herein directed (except as before excepted) ſhall pay a fine not exceeding *twenty ſhillings*, in proportion to the articles of which he ſhall be deficient, at the diſcretion of the Juſtice of the Peace, before whom trial ſhall be had: And all parents, maſters and guardians ſhall furniſh thoſe of the ſaid Militia, who ſhall be under their care and command, with the arms and equipments aforementioned, under the like penalties for any neglect: And whenever the Selectmen of any town ſhall judge any inhabitant thereof, belonging to the Militia, unable to arm and equip himſelf in manner as aforeſaid, they ſhall at the expenſe of the town provide for and furniſh ſuch inhabitant with the aforeſaid arms and equipments, which ſhall remain the property of the town at the expenſe of which they ſhall

Fine for neglect.

Parents and Maſters to equip their children and ſervants.

Perſons unable to be furniſhed by the town.

Case 1:25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 142



ſhall be provided; and if any ſoldier ſhall embezzle or deſtroy the arms and equipments with which he ſhall be furniſhed, he ſhall, upon conviction before ſome Juſtice of the Peace, be adjudged to replace the article or articles, which ſhall by him be ſo embezzled or deſtroyed, and to pay the coſt ariſing from the proceſs againſt him: And if he ſhall not perform the ſame within fourteen days after ſuch adjudication, it ſhall be in the power of the Selectmen of the town to which he ſhall belong, to bind him out to ſervice or labour, for ſuch term of time as ſhall, at the diſcretion of the ſaid Juſtice, be ſufficient to procure a ſum of money equal to the value of the article or articles ſo embezzled or deſtroyed, and pay coſt ariſing as aforeſaid.

Penalty, in caſe.

21. *And be it further enacted by the authority aforeſaid,* That every perſon liable to do military duty, who being duly warned ſhall refuſe or neglect to appear at the time and place appointed, armed and equipped as by this act is directed, for any muſter, training, view of arms, or other military duty, ſhall pay as a fine for ſuch default, the ſum of *ten ſhillings*: And every perſon who ſhall appear at any muſter with his arms in an unfit condition, ſhall pay a fine of *three ſhillings* for each and every ſuch default: *Provided neverthele ſs,* It ſhall be lawful for the commanding Officer of a company, at any time within eight days after any muſter, training, view of arms or other duty, to excuſe any perſon for nonappearance, on the delinquent's producing to him ſatiſfactory evidence of his inability to appear as aforeſaid; and the Commanding Officer of the company ſhall certify the ſame to the Clerk within the time above mentioned, and the Clerk ſhall not thereafter commence any proſecution againſt ſuch delinquent for his fine for nonappearance, as aforeſaid.

Penalty for not appearing on muſter days.

Proviſo.

22. *And be it further enacted by the authority aforeſaid,* That whenever the commanding Officer ſhall think proper to call his company together, or ſhall be ordered by his ſuperior Officer to do it, he ſhall iſſue his orders therefor, to one or more of the noncommiſſioned Officers, if there be any, if not to one or more of the privates belonging to his company, directing him or them to notify and warn the ſaid company to appear at ſuch time and place as ſhall be appointed; and every ſuch perſon or perſons, who ſhall receive ſuch orders, ſhall give notice, of the time and place appointed for aſſembling ſaid company, to each and every perſon he or they ſhall be ſo ordered to warn, either by verbal information,

Clerk to notify.

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 143


tion, or by leaving a written or printed notification thereof at the uſual place of abode of the perſon thus to be notified and warned; and no notice ſhall be deemed legal for muſters for the purpoſe of common and ordinary trainings, unleſs it ſhall be given four days at leaſt previous to the time appointed therefor; but in caſe of invaſion, inſurrection, or other emergency, any time ſpecified in the orders ſhall be conſidered as legal; and every noncommiſſioned Officer or other perſon, who ſhall neglect to give the ſaid notice and warning, when ordered thereto by the commanding Officer of the company to which he belongs, ſhall for ſuch offence forfeit and pay as a fine, a ſum not exceeding *forty ſhillings*, nor leſs than *twelve ſhillings*, at the diſcretion of the Juſtice of the Peace before whom trial ſhall be had; and the teſtimony of any perſon under oath, who ſhall have received orders agreeable to law, for notifying and warning any company, or part thereof, to appear at a time and place appointed for any muſter, view of arms, or other military duty, ſhall be ſufficient to prove due notice was given to the party againſt whom complaint may be made, unleſs ſuch teſtimony ſhall be invalidated by other ſufficient evidence: And whenever a company ſhall be deſtitute of commiſſioned Officers, and the Commanding Officer of the regiment or battalion to which ſuch company belongs, ſhall think proper to call out ſuch company, he ſhall direct his orders to one or more of the noncommiſſioned Officers of ſaid company, who ſhall have full power and authority to warn, aſſemble, lead, order, exerciſe and govern ſaid company, conformably to the orders which he or they ſhall thus receive from their ſuperior Officers for that purpoſe: *Provided always*, When in regiment or battalion, it ſhall be lawful for the Commanding Officer preſent, to order a commiſſioned Officer to command ſuch company, while acting in conjunction with other corps.

Manner of notification.

Penalty.

Companies destitute of commiſſioned Officers, how warned.

Proviso.

23. *And be it further enacted by the authority aforeſaid*, That every noncommiſſioned Officer and Private of the Militia, who ſhall be diſorderly or diſobedient, or guilty of unmilitary conduct on a muſter or training day, or at any other time when on duty, ſhall be confined during the time of the ſaid muſter or training, at the diſcretion of his officers, and ſhall pay a fine not exceeding *forty ſhillings*, nor leſs than *twelve ſhillings*, at the diſcretion of the Juſtice of the Peace to whom complaint ſhall be made.

Penalty for diſorderly behaviour.

24. *And be it further enacted by the authority aforeſaid*, That whenever any noncommiſſioned Officer or Private

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 144



Fines how recovered.

Private in the Militia, ſhall forfeit any ſum of money, ſet and affixed to any default, or offence, by this Act, of the ſum of *four pounds*, or under, the ſame ſhall be recovered in the manner following; that is to ſay: The Clerk of the company to which the offender belongs, ſhall, after the expiration of eight days, and within ſixty days after the offence ſhall have been committed, make complaint thereof, and of all matters of ſubſtance, and material circumſtance, attending the ſame, to ſome Juſtice of the Peace, in the county where ſuch offender ſhall live, who ſhall make record thereof, and ſhall iſſue a ſummons to the party complained of, to be ſerved ſeven days at leaſt, before the time appointed for the trial, in the form following, *mutatis mutandis.*

———ſſ.

(Seal.) *To the Sheriff of the ſaid county, or his Deputy, or either of the Conſtables of the town of within the ſame county,*

GREETING.

Form of the ſummons.

IN the name of the Commonwealth of Maſſachuſetts, you are hereby required to ſummon C. D. of in the county of to appear before me E. F. one of the Juſtices of the Peace for the county aforeſaid, at in on the day of at of the clock, in the noon, then and there to ſhew cauſe, if any he has, why a warrant of diſtreſs ſhall not iſſue againſt him. [*Here inſert the complaint.*] Hereof fail not, and make due return of this writ, and of your doings therein, unto myſelf, at, or before the ſaid day of Dated at aforeſaid, the day of in the year of our Lord E. F. Juſtice of the Peace.

And when the ſaid party ſhall by himſelf, or his Attorney, appear accordingly, he may plead the general iſſue and give any ſpecial matter in evidence; and if the ſaid party ſhall make default, or if judgment ſhall be given againſt him, and he ſhall neglect for four days thereafter, to ſatisfy the ſame with legal coſts, then the Juſtice of the Peace, before whom trial ſhall be had, ſhall iſſue his warrant of diſtreſs, under his hand and ſeal, in the form following:

———ſſ.

(Seal.) *To the Sheriff of the ſaid county, or his Deputy, or any or either of the Conſtables of the town of within the ſame county,*

GREETING.

WHEREAS C. D. of upon the day of being a private Soldier in the Train Band, (as the caſe may

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 145


may be) of the company of foot, commanded by in the regiment of Militia, in the said county of commanded by was duly notified to appear upon the day of in the town of in the county aforesaid, with his arms and equipments, as the law of this Commonwealth directs; and the said C. D. in violation of the said Law, did unnecessarily neglect to appear, (or did not appear armed and equipped, as the case may be) whereby he hath forfeited, and ought to pay the sum of shillings, to the uses directed by law; and the said C. D. having been duly summoned to appear before me E. F. one of the Justices of the Peace, for the county aforesaid, to shew cause, if any he had, why a warrant of distress should not be issued for the same sum, did not appear, (or appearing, did not shew sufficient cause, why the same warrant should not be issued, as the case may be:) In the name of the Commonwealth of Massachusetts, you are therefore commanded forthwith, of the goods or chattels of the said C. D. within your precinct, to levy by distress and sale thereof, the aforesaid sum of shillings, with for charges of suit, being in the whole the sum of and to pay the same to Clerk of the aforesaid company; and also of the goods or chattels of the said C. D. to levy for this writ, together with your own fees; and for want of such goods or chattels of the said C. D. to be by him shewn to you, or found within your precinct, you are commanded to take the body of the said C. D. and him commit to the common Gaol in in the county aforesaid; and the Keeper thereof is hereby commanded to receive the said C. D. into the said Gaol, and him safely keep, until he shall pay the sum aforesaid, together with legal fees and costs, or until he shall be otherwise discharged by order of law; and you are to make return of this warrant with your doings thereon, unto myself, within twenty days next coming. for which this shall be your sufficient warrant; hereof fail not.

Form of the warrant of distress.

Given under my hand and seal, the day of in the year of our Lord,

E. F. Justice of the Peace.

25. *And be it further enacted by the authority aforesaid*, That every Captain or Commanding Officer of a company, shall call his company together three days in each year for company discipline; and once on the first Tuesday of *May*, annually, for the express purpose of examining and taking an exact account of every man's arms

Companies to be mustered at stated times for examination.

arms and equipments; at which time every article required by this act, shall be brought to the place of examination; and it shall be the duty of the Clerk, or, in his absence, of some other person to be appointed on the occasion, for the time only, by the Commanding Officer, for that purpose, to make out an exact roll of the company, and set against every man's name, the arms and equipments which shall belong to him: And every Commanding Officer of a company, shall constantly keep by him a roll, with the arms and equipments of every man annexed to his name as aforesaid, from which all detachments shall be regularly detailed, and the annual return of the company made: And the said roll shall be annually revised, corrected, and completed, on the first Tuesday in *May* as aforesaid: And every person liable to do duty in the Militia, who shall be absent at the examination or review of arms in the month of May as aforesaid, and shall not send his arms and equipments to be examined, at the time and place appointed, shall be fined for every article required in this act, not so brought or sent to be examined, as is herein before directed, besides the sum of *ten shillings*, for nonappearance, as aforesaid.

Commanding Officers to keep a roll.

Fines in case of neglect.

26. *And be it further enacted by the authority aforesaid*, That every Captain or commanding Officer of a company shall make a return of the state of his company, comprehending every man belonging to said company, with all the arms and equipments belonging to them, to the Commanding Officer of the regiment, in the month of *May*, annually: Every Commanding Officer of a regiment shall make a return of the state of his regiment, to the Brigadier, in the month of *June*, annually: And every Commanding Officer of a brigade shall make out duplicate returns of his brigade, one of which he shall transmit to the Major General of the division to which he belongs, and the other to the Adjutant General of the Commonwealth, in the month of *July*, annually.

Commanding Officer to make regular returns annually.

27. *And be it further enacted by the authority aforesaid*, That the Adjutant General shall be commissioned with the rank of Brigadier General; and it shall be his duty to distribute all orders from the Commander in Chief of the Militia, to the several corps, to attend all public reviews when the Commander in Chief shall review the Militia, or any part thereof; to obey all orders from him relative to carrying into execution and perfecting the system of Military Discipline, established by this Act; to superintend the annual inspection of the Militia; to furnish blank forms of the different returns that

Rank and duty of Adjutant General.

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 147



that may be required, and to explain the principles on which they should be made; to keep such rosters and records as are proper to be kept in his office; to receive from the several officers of the different corps throughout the State returns of the Militia under their command, reporting the actual situation of their corps, their arms, ammunition and accoutrements, their delinquencies, and every other thing which relates to the general advancement of good order and discipline: All which the several Officers of the divisions, brigades, regiments, battalions and companies are hereby required to make in the usual manner, or as the Commander in Chief shall direct, so that the Adjutant General may be duly furnished therewith: From all which returns, he shall make proper abstracts, and a general return of the whole Militia of the Commonwealth, and lay the same before the Governour or Commander in Chief, and forward a duplicate thereof to the President of the United States.

Duty of the Brigade Inspector.

28. *And be it further enacted by the authority aforesaid*, That it shall be the duty of the Brigade Inspector to attend the regimental and battalion meetings of the Militia, composing the several Brigades, to which they belong, during the time of their being under arms; to inspect their arms and equipments; to superintend their exercise and manœuvres, and introduce the system of discipline, established by this Act; to obey all orders they may from time to time receive from the Commander in Chief, or others, their superior Officers; to make returns to the Adjutant General, at least, once in a year, and at such other times as shall be required, of the Militia of the brigades to which they severally belong reporting therein the actual situation of the corps, their arms, ammunition and accoutrements, and every other thing which they may be required to report; or which in their judgment may relate to their government, and the general advancement of good order and military discipline.

Rules and regulations of discipline for the Militia.

29. *And be it further enacted by the authority aforesaid*, That the rules of discipline approved and established by Congress, in the resolutions, of the twenty ninth day of *March*, one thousand seven hundred and seventy nine, shall be the rules and regulations of discipline, to be observed by the Militia of this Commonwealth; except such deviations from said rules, as may be necessary by the requisitions of this Act, or some other unavoidable circumstances; and every Officer receiving a commission

N 2 in

in the Militia, ſhall immediately provide himſelf with a book containing thoſe rules.

30. *And be it further enacted by the authority aforeſaid,* That every regiment of Militia of this Commonwealth, ſhall be aſſembled in regiment, once in two years, for review, inſpection and diſcipline, on ſuch days as the Commanding Officers of the ſeveral diviſions or brigades ſhall order; (the Commanding Officers of regiments to point out the place.) And the Militia of every town ſhall be aſſembled together once in two years, (the year it is not muſtered in regiment) at ſuch time and place as the Commanding Officer ſhall order, and ſhall be inſtructed and diſciplined under the direction of a Field Officer. *Provided nevertheleſs,* in new ſettlements, where the diſperſed ſituation of a regiment may oblige men to march twenty miles or more, to the place of parade, it ſhall be at the diſcretion of the Commanding Officer of the regiment, to muſter the Militia in ſuch ſettlements, either by regiment, by towns, or other convenient bodies. And every noncommiſſioned Officer and Private ſhall come to the place of parade, with neceſſary refreſhment for ſaid day, at his own expenſe. The cavalry and artillery, and other corps raiſed at large, ſhall alſo be reviewed and inſpected, once in every year, either with the regiments and battalions, or by themſelves, as the Major Generals, or the Brigadiers ſhall order, and at ſuch times and places as they ſhall direct. And each commanding Officer of a Corps, when on duty, ſhall have full power and authority, to aſcertain and fix certain neceſſary limits and bounds, to their reſpective parades, (no road in which people uſſually travel, to be included) within which no ſpectator ſhall have right to enter without liberty from ſaid Commanding Officer; and in caſe any perſon ſhall ſo intrude within the lines of the parade, after being once forbidden, he ſhall be ſubject to be confined under guard, during the time of exerciſe, at the diſcretion of the Commanding Officer. And whenever different corps ſhall be aſſembled together, the ſenior Officer preſent ſhall command, without any regard to corps whatever. And all Officers when on duty, ſhall take rank according to the dates of their commiſſions; and when two of the ſame grade bear an equal date, and former pretenſions of ſome commiſſion do not decide, then their rank ſhall be determined by lot, to be drawn by them, before the Commanding Officer preſent; and when on Court Martial before the Preſident thereof.

Time and manner of muſtering the Militia.

Proviſo.

Review of cavalry and artillery.

Parade to be limited and cleared of ſpectators.

Senior Officer to command in caſe—

Officers to rank from date of commiſſions.

31. And

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 14



31. *And be it further enacted by the authority aforesaid*, That every Captain or Commanding Officer of a company, who ſhall neglect or refuſe to call out his company, as often as the law requires, for diſcipline, and on the firſt Tueſday of *May*, for a view of arms, as directed by this Act, or at any other time, when thereto required, by his ſuperior Officer; or who ſhall at any time excuſe his men for unneceſſary abſence, or deficiency, ſhall be tried by a Court Martial, and if thereof convicted, he ſhall be reprimanded in orders, or removed from office, at the diſcretion of ſaid Court.

32. *And be it further enacted by the authority aforesaid*, That at any regimental muſter, the ſeveral companies ſhall form in regiments, according to the rank of the Officers, commanding them; and the ſame rule ſhall apply whenever different corps are aſſembled together; excepting ſo far as by cuſtom, uſage and neceſſity, cavalry, artillery and light troops, may be detached from the battalions. Companies how to rank.

33. *And be it further enacted by the authority aforesaid*, That whenever in caſe of threatened or actual invaſion, inſurrection, or other public danger or emergency, the Militia, or any part thereof, ſhall be ordered out or detached, if any perſon who ſhall be ordered out or detached, in obedience to ſuch orders, being duly notified thereof, and ordered to march to the place of rendezvous, ſhall neglect or refuſe to obey ſuch orders, or ſhall not, within twenty four hours after he ſhall have been notified as aforeſaid, pay a fine of *ten pounds*, to the Commanding Officer of the company to which he belongs, or procure an able bodied man, in his ſtead, ſuch perſon ſhall be conſidered as a ſoldier in ſuch detachment, and be dealt with accordingly. Penalty for not marching with detachments, when ordered. *Provided always*, That whenever a detachment is made, the Officers, noncommiſſioned Officers and Privates, being able of body, ſhall be detailed from the roſters or rolls which ſhall be kept for that purpoſe: And any perſon who by abſconding after being detached, as aforeſaid, or by deſerting from ſuch detachment, ſhall attempt to evade the puniſhment by law provided for deſertion, he ſhall pay a fine of *twelve pounds*, to be ſued for and recovered by the Clerk of the company, to which ſuch perſon belongs, any time within twelve months after the diſcharge of ſuch detachment; ſaid fine to be diſpoſed of for the purpoſe of paying ſuch men as ſhall be hired or drafted into ſervice: And any officer holding a commiſſion in the Militia, who ſhall neglect or refuſe to execute any orders Proviſo. Puniſhment for abſconding.

Delinquent Officers how punished.

he may receive from his superior officer, to make a detachment of the corps under his command, it shall be the duty of the Officer who issued such orders immediately to arrest such delinquent Officer, bring him to trial therefor, before a Court Martial, and forthwith give information thereof to the Commander in Chief; and the Officer who issued the order which shall not have been executed, as aforesaid, shall immediately after arresting the delinquent Officer, proceed by himself or some other Officer, under his command, to make and complete the detachment, ordered as aforesaid. And when any regiment or company shall not be organised, the Officer issuing the orders for such detachment, shall by himself, or some other Officer under him, proceed to make and complete the detachment from any part of the Militia, of such unorganised corps.

Militia to provide provisions when called out.

Selectmen to furnish carriages, &c.

Penalty in case—

34. *And be it further enacted by the authority aforesaid,* That whenever the Militia, or any part thereof, of any town, shall be ordered to march for the immediate defence of this State, each Officer and Soldier shall provide and take with him three days' provision, unless otherwise ordered; and the Selectmen of such town shall cause carriages to attend them with farther supplies of provision and camp utensils, until notice shall be given them to desist, by the Commanding Officer of the Militia detached; And the Selectmen shall prefer their accounts for such supplies to the General Court, for allowance and payment: And whenever the Selectmen of any town or district, from which a detachment shall be ordered, shall be notified by any Officer duly authorised thereto, and shall neglect or refuse to furnish such supplies and utensils, the town or district to which such Selectmen belong, shall pay a fine not exceeding *fifty pounds*, to be sued for and recovered by any person who shall prosecute for the same; one moiety to the prosecutor, and the other to the use of the Commonwealth; and the Officer to whom such camp utensils shall be delivered, shall be accountable for the same, unless broken or lost by some unavoidable accident, not in his power to prevent.

Widows and children of persons who may be killed or wounded in actual service to receive a pension.

35. *Be it further enacted by the authority aforesaid,* That if any Officer, noncommissioned Officer or Private of the Militia, shall be killed or die of his wounds received in the service of this Commonwealth, his widow, child or children shall be entitled to similar relief, and under the same regulations and restrictions, as is provided by law in such cases for the relief of widows and orphans

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 151



phans of perſons killed or dying of wounds received in the ſervice of the United States: And if any Officer, noncommiſſioned Officer or Private of the Militia, ſhall be wounded or otherwiſe diſabled in the ſervice of this Commonwealth, he ſhall be entitled to ſimilar relief, and under the ſame regulations and reſtrictions, as is provided by law in ſuch caſes for the relief of perſons wounded or diſabled in the ſervice of the United States.

36. *And be it further enacted by the authority aforeſaid,* That the Governour or Commander in Chief, ſhall appoint Courts Martial for the trial of all Officers above the rank of Captain: That the Major Generals or Commanding officers of diviſions, each within his own diviſion, ſhall appoint Courts Martial for the trial of Captains and all officers under that rank: And it ſhall be the duty of every Officer who ſhall appoint a Court Martial, as aforeſaid, to approve or diſapprove of every ſentence of ſuch Court Martial by them appointed: And no officer who ſhall appoint a Court Martial, ſhall be Preſident thereof, nor ſhall any ſentence be put in execution until it ſhall have been approved of as aforeſaid: No Court Martial ſhall conſiſt of a leſs number than thirteen Commiſſioned Officers, the Preſident of which ſhall not be under the rank of a Field Officer; and no Field Officer ſhall be tried by any perſon under the degree of a Captain; and all officers ſhall take rank by ſeniority of commiſſion, without regard to corps: And the Officer who ſhall appoint a Court Martial ſhall at the ſame time appoint a ſuitable perſon for a Judge Advocate, whoſe duty it ſhall be impartially to ſtate the evidence both for and againſt the Officer under trial; to take accurate minutes of the evidence, and all the proceedings of the Court; all of which he ſhall tranſmit, with the judgment of the Court thereon, under ſeal, to the Officer whoſe duty it is to approve or diſapprove of ſuch judgment. Every Officer to be tried ſhall have ten days' notice given him of the time and place appointed for trial: And every Officer to be tried ſhall be put in arreſt, ſo as to be ſuſpended from the exerciſe of his office, and ſhall have a copy of the charges exhibited againſt him ten days before the ſitting of ſaid Court; and in caſe any officer, for the trial of whom a Court Martial ſhall be appointed, ſhall neglect to appear and make defence, he ſhall be deemed by ſaid Court guilty of the charge, and ſhall be ſentenced accordingly: In every Court Martial held for the trial of an officer, not leſs than two thirds of the members muſt agree in the ſentence

Court Martial how appointed and by whom.

Judge Advocate to be appointed—his duty.

Officers to be tried, to have due notice.

——to be arreſted.

Judgment of Court Martial,—how determined.

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 152


sentence or judgment of said Court, otherwise the person charged shall be acquitted: All proceedings and trials by Court Martial shall be carried on in the day time; and when the members shall be required to give their votes on a question or decision, they shall begin with the youngest in commission, first: All persons shall be holden to appear and give evidence before any Court Martial, under the same penalties for neglect, as are by law provided for witnesses in other cases, when thereunto summoned by a Justice of the Peace for such service: And all witnesses shall be sworn by the Judge Advocate before they give their evidence to the Court. Before any Court Martial shall proceed to the trial of any Officer, the Judge Advocate shall administer to the President and each of the members, the following oath, viz.

Persons to give evidence under penalties.

Judge Advocate to administer

the Oath.

YOU A. B. do swear, that you will well and truly try the cause now before you, between this Commonwealth, and the person to be tried; and you do further swear, that you will not divulge the sentence of this Court Martial until it shall be approved or disapproved of; and that you will not on any account, at any time whatever, discover the vote or opinion of any Member, unless required to give evidence thereof, as a witness, by a Court of Justice, in a due course of law. *So help you* GOD!

And the President shall administer to the Judge Advocate, the following oath, viz.

Oath administered to the Judge Advocate.

YOU A. B. do swear, that you will not on any account, at any time whatever, divulge the vote or opinion of any Member of this Court Martial, unless required to give evidence thereof, as a witness, by a Court of Justice, in a due course of law. *So help you* GOD!

37. *And be it further enacted by the authority aforesaid*, That every Officer holding a commission in the Militia, who shall be accused of any unmilitary conduct, neglect of duty, or disobedience of orders; or who shall, when on duty, appear or behave himself in an unofficer-like manner, or shall wilfully injure those who are under his command, he shall be liable to be tried by a Court Martial, and if found guilty, to be sentenced by said Court to be reprimanded in orders, or to be removed from office: And whenever a Court Martial shall sentence any Officer to be removed from office, the Court shall therein adjudge such Officer incapable of holding any military commission under this Commonwealth for life, or for years, according to the nature and aggravation

Officers guilty of unmilitary conduct, to be tried by a Court Martial;

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 153



aggravation of his offence; and such sentence, being duly approved of by the Officer appointing such Court Martial, shall be published and remain in full force, unless reversed, so far as respects disqualification, by the General Court. —and removed from office.

38. *And be it further enacted by the authority aforesaid,* That every town within this Commonwealth shall be constantly provided with sixty four pounds of good gunpowder, one hundred pounds of musket balls, one hundred flints, and three tin or iron camp kettles, for every sixty four soldiers in the Militia of such town, enrolled as aforesaid; and the same proportion of each of the aforesaid articles for a greater or lesser number: And every town which shall neglect to keep constantly provided with the said articles, shall forfeit and pay, for the use of the Commonwealth, for every sixty four men in such town which shall be unprovided with the said articles, the sum of *six pounds*, to be recovered by presentment in the Court of General Sessions of the Peace, in the county to which such town shall belong. And it shall be the duty of the Brigade Inspector annually to inspect the magazines of each town, within the brigade to which he belongs, and to make complaint to the Grand Jury of the county, against all towns which shall neglect to keep constantly provided as aforesaid.

Towns to be provided with military articles.

Penalty in case of neglect.

Brigade Inspector to inspect, &c.

And whereas the good citizens of this Commonwealth are often injured by the discharge of single guns on a muster day. Therefore,

39. *Be it further enacted by the authority aforesaid,* That no noncommissioned Officer or Private, shall unnecessarily fire a musket or single gun, in any public road, or near any house, or near the place of parade, on any day, or evening succeeding the same, on which any troop or company shall be ordered to assemble for military duty, unless embodied under the command of some Officer; and if any noncommissioned Officer or Private shall fire a musket or gun, except as aforesaid, on the said day or evening succeeding, without being embodied as aforesaid, he shall forfeit and pay a fine of *five shillings*, for each and every offence aforesaid, to be sued for, recovered and disposed of in the same manner as fines for nonappearance on a muster day are recovered and disposed of.

Penalty for firing on a muster day without orders;

how recovered and disposed of.

40. *And be it further enacted by the authority aforesaid,* That the Adjutant General, the Quarter Master General, Brigade Inspectors, and Adjutants of regiments, shall receive a reasonable consideration for their services;

Certain officers to receive pay.

services; to be allowed by the General Court. And all Officers serving on Military Boards, Courts of Inquiry, and Courts Martial, shall receive pay, while necessarily employed therein, at the same rate as when in actual service: And the Adjutant General, or Brigade Majors, as the case may be, shall make up pay rolls, of such Military Courts of Inquiry, and Courts Martial, and lay the same before the General Court, for allowance; and they shall receive payment at the Treasury, of the sums so allowed, and pay the same over to the Officers who performed the service.

Pay rolls to be laid before the General Court.

[Passed *June* 22, 1793.]

---

## CHAP. II.

An Act for repealing one Clause, and altering a dividing Line, described in an Act, entitled "An Act for dividing the Town of Salisbury, in the County of Essex, into two Parishes. Passed *June* 6, 1793.

[*SPECIAL.*]

---

## CHAP. III.

An Act authorising Lewis Ansart de Maresquelle, to omit the addition of De Maresquelle, and to be called and known by the names of Lewis Ansart. Passed *June* 6, 1793.

[*SPECIAL.*]

---

## CHAP. IV.

An Act for the encouragement of the Glass Manufactory within this Commonwealth. Passed *June* 15, 1793.

[*SPECIAL.*]

---

## CHAP. V.

An Act for establishing an Academy in the Town of Westfield, in the County of Hampshire, by the name of Westfield Academy. Passed *June* 17, 1793.

[*SPECIAL.*]

CHAP.

Statute I.
March 8, 1802.

[Obsolete.]

Chap. VIII.—*An Act to repeal certain acts respecting the organization of the Courts of the United States; and for other purposes.*(a)

Repeal of the acts of last session, relative to the judiciary.
Act of Feb. 13, 1801, ch. 4, repealed.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the act of Congress passed on the thirteenth day of February one thousand eight hundred and one, intituled "An act to provide for the more convenient organization of the courts of the United States," from and after the first day of July next, shall be, and is hereby repealed.

Act of March 3, 1801, ch. 32, repealed.

Sec. 2. *And be it further enacted,* That the act passed on the third day of March, one thousand eight hundred and one, intituled "An act for altering the times and places of holding certain courts therein mentioned and for other purposes," from and after the said first day of July next, shall be, and is hereby repealed.

Revival of former acts.
Act of March 23, 1804, ch. 31.(b)

Sec. 3. *And be it further enacted,* That all the acts, and parts of acts, which were in force before the passage of the aforesaid two acts, and which by the same were either amended, explained, altered, or repealed, shall be, and hereby are, after the said first day of July next, revived, and in as full and complete force and operation, as if the said two acts had never been made.

Continuance of suits to the circuit and district courts re-established by this act.

Sec. 4. *And be it further enacted,* That all actions, suits, process, pleadings, and other proceedings, of what nature or kind soever, depending or existing in any of the circuit courts of the United States, or in any of the district courts of the United States, acting as circuit courts, or in any of the additional district courts, which were established by the aforesaid act of Congress, passed on the thirteenth day of February, one thousand eight hundred and one, shall be, and hereby are, from and after the said first day of July next, continued over to the circuit courts, and to the district courts, and to the district courts acting as circuit courts respectively, which shall be first thereafter holden in and for the respective circuits and districts, which are revived and established by this act, and to be proceeded in, in the same manner as they would have been, had they originated prior to the passage of the said act, passed on the thirteenth day of February, one thousand eight hundred and one.

Writs and process issued under the acts repealed, to be returned to the next circuit or district court re-established by this act.

Sec. 5. *And be it further enacted,* That all writs and process, which have issued, or may issue before the said first day of July next, returnable to the circuit courts, or to any district court acting as a circuit court, or any additional district court established by the aforesaid act passed the thirteenth day of February, one thousand eight hundred and one, shall be returned to the next circuit court, or district court, or district court acting as a circuit court, re-established by this act: and shall be proceeded on therein, in the same manner as they could, had they been originally returnable to the circuit courts, and district courts acting as circuit courts, hereby revived and established.

Approved, March 8, 1802.

---

Statute I.

March 16, 1802.

Chap. IX.—*An Act fixing the military peace establishment of the United States.*

Military peace establishment.
Act of March 3, 1815, ch. 79.
Act of March 3, 1817, ch. 106.
Act of April 14, 1818, ch. 61.
Act of March 2, 1821, ch. 13.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the military peace establishment of the United States from and after the first of June next, shall be composed of one regiment of artillerists and two regiments of infantry, with such officers, military agents, and engineers, as are herein after mentioned.

Sec. 2. *And be it further enacted,* That the regiment of artillerists shall consist of one colonel, one lieutenant-colonel, four majors, one ad-

(a) See act of April 29, 1802, chap. 31, "An act to amend the judicial system of the United States."
(b) An act altering the sessions of the district courts of the United States for the district of Virginia, Rhode Island, and for the district of West Tennessee, March 23, 1804, chap. 31.

jutant, and twenty companies, each company to consist of one captain, one first lieutenant, one second lieutenant, two cadets, four sergeants, four corporals, four musicians, eight artificers, and fifty-six privates; to be formed into five battalions: *Provided always*, that it shall be lawful for the President of the United States to retain, with their present grade, as many of the first lieutenants, now in service, as shall amount to the whole number of lieutenants required; but that in proportion as vacancies happen therein, new appointments be made to the grade of second lieutenants until their number amount to twenty: and each regiment of infantry shall consist of one colonel, one lieutenant-colonel, one major, one adjutant, one sergeant-major, two teachers of music, and ten companies; each company to consist of one captain, one first and one second lieutenant, one ensign, four sergeants, four corporals, four musicians, and sixty-four privates.

How composed.

One regiment of artillerists—its complement of officers, privates, &c.

To be formed into battalions:

Certain lieutenants may be retained in service, with their present grade—new appointments in case of vacancies.

Two regiments of infantry, their complements of officers and privates, &c.

Sec. 3. *And be it further enacted*, That there shall be one brigadier-general, with one aid-de-camp, who shall be taken from the captains or subalterns of the line; one adjutant and inspector of the army, to be taken from the line of field officers; one paymaster of the army, seven paymasters and two assistants, to be attached to such districts as the President of the United States shall direct, to be taken from the line of commissioned officers, who, in addition to their other duties, shall have charge of the clothing of the troops; three military agents, and such number of assistant military agents as the President of the United States shall deem expedient, not exceeding one to each military post; which assistants shall be taken from the line; two surgeons; twenty-five surgeons' mates, to be attached to garrisons or posts, and not to corps.

One brigadier-general, &c. to be appointed.

Paymasters.

Military agents.

1812, ch. 46, § 18.

Sec. 4. *And be it further enacted*, That the monthly pay of the officers, non-commissioned officers, musicians, and privates, be as follows, to wit: to the brigadier-general, two hundred and twenty-five dollars, which shall be his full and entire compensation, without a right to demand or receive any rations, forage, travelling expenses, or other perquisite or emolument whatsoever, except such stationery as may be requisite for the use of his department; to the adjutant and inspector of the army, thirty-eight dollars in addition to his pay in the line, and such stationery as shall be requisite for his department; to the paymaster of the army, one hundred and twenty dollars, without any other emolument, except such stationery as may be requisite in his department and the use of the public office now occupied by him; to the aid-de-camp, in addition to his pay in the line, thirty dollars; to each paymaster attached to districts, thirty dollars, and each assistant to such paymaster, ten dollars, in addition to his pay in the line; to each military agent, seventy-six dollars and no other emolument; to each assistant military agent, eight dollars, in addition to his pay in the line, except the assistant military agents at Pittsburg and Niagara, who shall receive sixteen dollars, each, in addition to their pay in the line; to each colonel, seventy-five dollars; to each lieutenant-colonel, sixty dollars; to each major, fifty dollars; to each surgeon, forty-five dollars; to each surgeon's mate, thirty dollars; to each adjutant, ten dollars, in addition to his pay in the line; to each captain, forty dollars; to each first lieutenant, thirty dollars; to each second lieutenant, twenty-five dollars; to each ensign, twenty dollars; to each cadet, ten dollars; to each sergeant-major, nine dollars; to each sergeant, eight dollars; to each corporal, seven dollars; to each teacher of music, eight dollars; to each musician, six dollars; to each artificer, ten dollars; and to each private, five dollars.

Monthly pay to the officers, non-commissioned officers, privates, &c.

Sec. 5. *And be it further enacted*, That the commissioned officers aforesaid, shall be entitled to receive, for their daily subsistence, the following number of rations of provisions: a colonel, six rations; a lieutenant-colonel, five rations; a major, four rations; a captain, three rations; a lieutenant, two rations; an ensign, two rations; a surgeon,

Rations to be furnished in proportion to rank.

M

three rations; a surgeon's mate, two rations; a cadet, two rations or money in lieu thereof at the option of the said officers and cadets at the posts respectively, where the rations shall become due; and if at such post supplies are not furnished by contract, then such allowance as shall be deemed equitable, having reference to former contracts, and the position of the place in question: and each non-commissioned officer, musician and private, one ration; to the commanding officers of each separate post, such additional number of rations as the President of the United States shall, from time to time, direct, having respect to the special circumstances of each post; to the women who may be allowed to any particular corps not exceeding the proportion of four to a company, one ration each; to such matrons and nurses as may be necessarily employed in the hospital, one ration each; and to every commissioned officer who shall keep one servant, not a soldier of the line, one additional ration.

Component parts of a ration.

Sec. 6. *And be it further enacted,* That each ration shall consist of one pound and a quarter of beef, or three quarters of a pound of pork, eighteen ounces of bread or flour, one gill of rum, whiskey or brandy, and at the rate of two quarts of salt, four quarts of vinegar, four pounds of soap, and one pound and a half of candles to every hundred rations.

Certain officers to receive money in lieu of forage, when not furnished by the public, and how much.

Sec. 7. *And be it further enacted,* That the following officers shall, whenever forage is not furnished by the public, receive at the rate of the following sums per month, in lieu thereof: each colonel, twelve dollars; each lieutenant-colonel, eleven dollars; each major, ten dollars; each adjutant, six dollars; each surgeon, ten dollars; and each surgeon's mate, six dollars.

The troops to be furnished with uniform clothing.

Sec. 8. *And be it further enacted,* That every non-commissioned officer, musician and private of the artillery and infantry, shall receive annually, the following articles of uniform clothing, to wit: one hat, one coat, one vest, two pair of woollen and two pair of linen overalls, one coarse linen frock and trowsers for fatigue clothing, four pair of shoes, four shirts, two pair of socks, two pair of short stockings, one blanket, one stock and clasp, and one pair of half gaithers: and the Secretary of War is hereby authorized to cause to be furnished to the paymasters of the respective districts, such surplus of clothing as he may deem expedient, which clothing shall, under his direction, be furnished to the soldiers, when necessary, at the contract prices, and accounted for by them out of their arrears of monthly pay.

The Secretary of War may supply surplus clothing, to be furnished the men at contract prices.

The new corps to be arranged out of the corps now in service.

Sec. 9. *And be it further enacted,* That the President of the United States cause to be arranged, the officers, non-commissioned officers, musicians and privates of the several corps of troops now in the service of the United States, in such a manner as to form and complete, out of the same, the corps aforesaid; and cause the supernumerary officers, non-commissioned officers, musicians and privates to be discharged from the service of the United States from and after the first day of April next, or as soon thereafter as circumstances may permit.

Supernumeraries to be discharged, and when.

The corps to be governed by the articles and rules of war now in force—and such others as may be made;—sentences of general courts martial, with their proceedings, to be laid before the President, in certain cases.

Sec. 10. *And be it further enacted,* That the officers, non-commissioned officers, musicians and privates of the said corps, shall be governed by the rules and articles of war, which have been established by the United States in Congress assembled, or by such rules and articles as may be hereafter, by law, established: *Provided nevertheless,* that the sentence of general courts martial, extending to the loss of life, the dismission of a commissioned officer, or which shall respect the general officer, shall, with the whole of the proceedings of such cases, respectively, be laid before the President of the United States, who is hereby authorized to direct the same to be carried into execution, or otherwise, as he shall judge proper

Compensation to recruiting officers for each recruit, of a par-

Sec. 11. *And be it further enacted,* That the commissioned officers who shall be employed in the recruiting service, to keep up by voluntary enlistment, the corps as aforesaid, shall be entitled to receive for every

effective able-bodied citizen of the United States, who shall be duly enlisted by him for the term of five years, and mustered, of at least five feet six inches high, and between the ages of eighteen and thirty-five years, the sum of two dollars: *Provided nevertheless,* that this regulation, so far as respects the height and age of the recruit, shall not extend to musicians or to those soldiers who may re-enlist into the service: *And provided also,* that no person under the age of twenty-one years shall be enlisted by any officer, or held in the service of the United States, without the consent of his parent, guardian or master first had and obtained, if any he have; and if any officer shall enlist any person contrary to the true intent and meaning of this act,—for every such offence, he shall forfeit and pay the amount of the bounty and clothing which the person so recruited may have received from the public, to be deducted out of the pay and emoluments of such officer.

ticular description.

1838, ch, 162.

This regulation not to extend to musicians and soldiers re-enlisted;—no one to be enlisted but with the consent of the person having the legal care of him.

Penalty for infringing this provision.

Sec. 12. *And be it further enacted,* That there shall be allowed and paid to each effective able-bodied citizen, recruited as aforesaid, to serve for the term of five years, a bounty of twelve dollars; but the payment of six dollars of the said bounty shall be deferred until he shall be mustered and have joined the corps in which he is to serve.

Bounty to a recruit.

Payment, part to be deferred.

Sec. 13. *And be it further enacted,* That the said corps shall be paid in such manner, that the arrears shall, at no time, exceed two months, unless the circumstances of the case shall render it unavoidable.

Arrears of pay not exceed two months if avoidable.

Sec. 14. *And be it further enacted,* That if any officer, non-commissioned officer, musician or private, in the corps composing the peace establishment shall be disabled by wounds or otherwise, while in the line of his duty in public service, he shall be placed on the list of invalids of the United States, at such rate of pay, and under such regulations, as may be directed by the President of the United States for the time being: *Provided always,* that the compensation to be allowed for such wounds or disabilities, to a commissioned officer, shall not exceed for the highest rate of disability half the monthly pay of such officer, at the time of his being disabled or wounded; and that no officer shall receive more than the half pay of a lieutenant-colonel; and that the rate of compensation to non-commissioned officers, musicians and privates, shall not exceed five dollars per month: *And provided also,* that all inferior disabilities shall entitle the person so disabled to receive an allowance proportionate to the highest disability.

Officers and privates may be placed on the pension list in certain cases, at specified rates.

Not to be exceeded.

Inferior disabilities to entitle to proportionate allowances.

Sec. 15. *And be it further enacted,* That if any commissioned officer in the military peace establishment of the United States, shall, while in the service of the United States, die, by reason of any wound received in actual service of the United States, and leave a widow, or if no widow, a child or children under sixteen years of age, such widow, or if no widow, such child or children shall be entitled to and receive half the monthly pay, to which the deceased was entitled at the time of his death, for and during the term of five years. But in case of the death or intermarriage of such widow, before the expiration of the said term of five years, the half pay, for the remainder of the time, shall go to the child or children of such deceased officer: *Provided always,* that such half pay shall cease on the decease of such child or children.

Provision for the widow, or children under sixteen, of a commissioned officer, who dies from wounds received in the service of the U. States.

In case of the death or marriage of the widow to enure to the benefit of the children: determinable with their deaths.

Sec. 16. *And be it further enacted,* That the paymaster shall perform the duties of his office, agreeably to the direction of the President of the United States, for the time being; and before he enters on the duties of the same, shall give bonds, with good and sufficient sureties, in such sums as the President shall direct, for the faithful discharge of his said office; and shall take an oath to execute the duties thereof with fidelity: and it shall, moreover, be his duty to appoint from the line, with the approbation of the President of the United States, the several paymasters to districts and assistants prescribed by this act; and he is hereby authorized to require the said paymaster to districts, and assistants, to enter

Paymaster to act according to the directions of the President.

To give bond, with sureties for the faithful discharge of his office.

To take an oath of office.

A NEW

# CONDUCTOR GENERALIS:

BEING

## A SUMMARY OF THE LAW

RELATIVE TO THE DUTY AND OFFICE

OF

## JUSTICES OF THE PEACE,

SHERIFFS, CORONERS, CONSTABLES, JURYMEN,
OVERSEERS OF THE POOR, &c. &c.

WITH

MANY NEW AND IMPROVED SUBJECTS,

ALPHABETICALLY ARRANGED;

COMPRISING

A VARIETY OF PRACTICAL FORMS.

ALL WHICH HAVE BEEN CAREFULLY COLLATED WITH THE *REVISED LAWS* OF THE STATE OF NEW-YORK; AND WILL BE FOUND USEFUL TO *CITIZENS*, *LAWYERS* AND *MAGISTRATES*.

TO WHICH IS ADDED,

AN ANALYSIS

OF THE LAW FOR THE RECOVERY OF DEBTS TO THE VALUE OF TWENTY-FIVE DOLLARS.

---

*BY A GENTLEMAN OF THE LAW.*

---

ALBANY:

PRINTED FOR AND SOLD BY D. & S. WHITING,
AT THE ALBANY BOOK STORE NO. 45. STATE-STREET.

SOLD ALSO BY A. & A STANSBURY, NEW-YORK; O PENNIMAN & CO. TROY; S. P. GOODRICH, UTICA; J. CLOVER & CO. OXFORD; AND M. CHAPIN, CANANDAIGUA.

1803.



Digitized by Google

25-cv-10389-GAO Document 40-1 Filed 11/20/25 Page 16



If the forfeiture is limited to the prosecutor, or to the prosecutor and the people, the suit shall be in one year; and in default thereof the same shall be sued for the people within two years after that year ended. But where a statute limits a shorter time, the suit shall be brought within such time limited. 1 *R. L.* 264. 5. *f.* 6.

And all suits, informations and indictments for any crime or misdemeanor, murder excepted, shall be brought within three years; but if the offender shall not have been an inhabitant or usually resident within this state during the said three years, then the same shall be brought at any time within three years, during which he shall be an inhabitant or usually resident within this state. 1 *R. L.* 565. *f.* 7.

☞ *For the form of a recognizance to appear and give evidence on an indictment, see p. 157.*

*For the form of a recognizance to prosecute and give evidence, see p. 159.*

And the condition of a recognizance to answer to an indictment may be as follows;

THE condition of this recognizance is such, that if the above bound O. O. shall personally appear at the next general sessions of the peace, to be holden at in and for the said county, then and there to answer to an indictment, to be preferred against him, by A. I. of yeoman, for an assault and battery upon him, the said A. I. and to do and receive what shall by the court be then and there enjoined on him, and shall not depart the court without leave, then the above recognizance to be void, otherwise to remain in full force.

---

# INFANTS.

FROM the observations made on the daily actions of infants, as to their arriving to discretion, the laws and customs of every country have fixed upon particular periods on which they are presumed capable of acting with reason and discretion; hence in our law the full age of man or woman is twenty-one years. 3 *Bac. Abr.* 118.

Yet one having attained years of discretion, that is, the age of fourteen, may be guilty of a capital offence, and equally liable to suffer as a person of the full years of twenty-one. 1 *H. H.* 16. 4 *Black. Com.* 23.

For on the attainment of fourteen years of age, the criminal actions of infants are subject to the same modes of construction as those of the rest of society, the law presuming that the human mind has acquired at this period a compleat sense of right and wrong. *Co. Lit.* 79, 171, 147. *Dalt.* 476, 505.


Google

But infants under the age of difcretion are faid not to be punifhable by any criminal profecution whatfoever. 1 *Haw. c.* 1. *f.* 1.

For during the interval between the age of fourteen years and that of feven, the mind is *prima facie* prefumed to be unacquainted with guilt; and thefe prefumptions entertained in favor of innocence, accumulate in an inverfe proportion with the decreafe and tendernefs of the offender's years. 1 *H. H.* 25, 27, 434.

And from this fuppofed imbecility of mind, the protective humanity of the law will not, without anxious circumfpection, permit an infant to be convicted on his own confeffion. *Cro. Jac.* 466. 1 *H. H.* 24. *Foft. Cr. L.* 70.

Yet if it appear, by ftrong and pregnant evidence and circumftances, that he was perfectly confcious of the nature and malignity of the crime, as if in murder he hides the body flain by him, makes excufes, or otherwife fhews fuch figns of cunning as demonftrate him capable of difcerning between good and evil, the verdict of a jury may find him guilty, and judgment of death may be given againft him. 1 *H. H.* 20, 25, 434, 630. *Foft. Cr. L.* 71.

For malice makes up for the want of age; and the capacity of contracting guilt is meafured more by the apparent ftrength of the offender's underftanding than by years and days. 1 *H. H.* 630. 4 *Black. Com.* 23.

Thus a boy of ten and another of nine years old, who had killed their companions, have been fentenced to death, and he of ten years actually hanged; becaufe it appeared on their trials that the one hid himfelf, and the other hid the body he had killed; which, as has been before obferved, manifefted a confcioufnefs of guilt and a difcretion to difcern between good and evil. 4 *Black. Com.* 23. 1 *H. H.* 27.

And there was an inftance in the laft century, where a boy of eight years old was tried at *Abington* for firing two barns; and it appearing that he had malice, revenge, craft and cunning, he was found guilty, had judgment to be hanged, and was hanged accordingly. 1 *H. H.* 25.

But if an infant be within the age of feven years, he cannot be guilty of felony, whatever circumftances proving difcretion may appear; for in prefumption of law he cannot have difcretion, and no averment fhall be received againft that prefumption. 1 *H. H.* 27, 8.

And if he be indicted for fuch an offence as is in its nature capital, he muft be acquitted. 1 *H. H.* 20.

Therefore if a child under this age fteal the goods or fire the houfe of another, he cannot be punifhed for either the larceny or the arfon. 1 *H. H.* 19, 514. *Foft. Cr. L.* 113, 349.


Digitized by Google

As to MISDEMEANORS and offences not capital, in ſome caſes an infant is priviledged by his non age; and herein the priviledge is all one, whether he be above the age of fourteen or under, if he be under one and twenty years, but with theſe differences: 1 *H. H.* 20.

If an infant under the age of twenty-one years be indicted of any miſdemeanor, as a riot or battery, he ſhall not be priviledged barely by reaſon that he is under twenty-one years; but if he be convicted thereof by due trial, he ſhall be fined and impriſoned; and the reaſon is, becauſe upon his trial the court, *ex officio*, ought to conſider and examine the circumſtances of the fact, whether he was capable of miſchief, and had diſcretion to do the act wherewith he is charged. 1 *H. H.* 20.

But if the offence charged by the indictment be a mere *non feaſance* or omiſſion, as not repairing a bridge, or a high way, or the like, then he ſhall be priviledged by his own age, if under twenty-one, though above fourteen years; for, not having the command of his fortune till twenty-one, he wants the capacity to do thoſe things which the law requires. 4 *Black, Com.* 22.

So if A. kills B. and C. and D. are preſent, and do not attack the offender, they ſhall be fined or impriſoned; yet if C. were within the age of twenty-one years, he ſhall not be fined nor impriſoned. 1 *H. H.* 21.

☞ *For the rules to be obſerved in receiving the teſtimony of infants, ſee title* EVIDENCE, *p.* 145.

---

# INFORMATION CRIMINAL.

I. *Concerning the nature and ſeveral kinds of informations.*
II. *In what caſes an information will lie.*
III. *In what manner they are to be laid.*
IV. *How informations are to be filed and proceeded on.*

## I. *Concerning the nature and ſeveral kinds of informations.*

AN information may be defined an accuſation or complaint exhibited againſt a perſon for ſome criminal offence, either immediately againſt the [people,] or againſt a private perſon, which, from its enormity or dangerous tendency, the public good requires ſhould be reſtrained and puniſhed; and differs principally from an indictment in this, that an indictment is an accuſation found by the oath of twelve men, whereas an information is only the allegation of the officer who exhibits it. 3 *Bac. Abr. Tit. Inform.*


Digitized by Google

# LAWS

OF THE

# State of Delaware.

## CHAPTER XLIX.

CHAP. XLIX. 1807.

*An* ACT *to establish an Uniform Militia throughout this State.*

SECTION 1. BE IT ENACTED *by the Senate and House of Representatives of the State of Delaware, in General Assembly met,* That each and every free able-bodied white male citizen of this State, or any of the United States, residing in this State, who is, or shall be, of the age of eighteen years, and under the age of forty-five years, except as hereinafter excepted, shall severally and respectively be enrolled in the militia by the captain or commanding officer of the company, within whose bounds such citizen shall reside, such bounds to be fixed and limited agreeably to the subdivisions which have been made by lieutenant-colonels, majors and captains of the different counties, by the directions of an act of the General Assembly of this State, entitled, "A supplement to an act entitled an act for establishing the militia of this State," passed the ninth day of February, in the year of our Lord one thousand seven hundred and ninety-six; and it shall be the duty of every such captain or commanding officer of a company, at all times hereafter to enrol every such citizen as aforesaid, and also those who shall from time to time

Who shall be enrolled, and by whom.

CHAP. XLIX. 1807.

Notification of the enrolment.

arrive at the age of eighteen years, and not excepted by this act, that have or shall come to reside within the bounds of his company, and shall notify such citizens by a proper non-commissioned officer of his company, by whom such notice may be proved; and in all cases of doubt respecting the age of any person enrolled, or intended to be enrolled, the party questioned, shall prove his age, to the satisfaction of the commanding officer of the company within whose bounds he may reside.

Persons exempted from military duty.

SEC. 2. *And be it further enacted*, That the vice-president of the United States, the officers judicial and executive of the government of the United States, the members of both houses of congress, and their respective officers, the members of both houses of the general assembly of this State, all custom-house officers and their clerks, judges of the supreme court and court of common pleas, chancellor, attorney-general, auditor of accounts, secretary and treasurer of the State, sheriffs, gaolers and keepers of work-houses, all post officers and stage-drivers who are employed in the care and conveyance of the mail of the post-office of the United States, all ferrymen employed at any ferry on the post roads, all inspectors of exports, all pilots, all mariners actually employed in the sea-service of any citizen or merchant within the United States, ministers of religion of every denomination, professors and teachers in colleges, academies, Latin schools, and school-masters having twenty scholars, shall be exempted from military duty, and no other persons.

Arrangement of the militia.

SEC. 3. *And be it further enacted*, That the militia of this State shall form one division, and shall be arranged into brigades, regiments, battalions and companies, in manner and form following; the State to make one division, and each county to consist of one brigade, and each brigade to consist of not less than two or more than eight regiments, each regiment to consist of two battalions, and each

CHAP. XLIX. 1807.

battalion to consist of five companies, one of which shall be light infantry, grenadiers or riflemen, to be formed of volunteers from their respective regiments, and each company to consist of not more than sixty-four privates, and not less than forty, or as near as may be, having regard to their local situation. There shall be to each brigade at least one company of artillery, and one or more troops of horse, as the brigadier may think proper, provided they do not exceed one company of each to a regiment, or more than an eleventh part of the infantry which shall be formed of volunteers from their respective brigades.

How the militia shall be armed.

SEC. 4. *And be it further enacted*, That in order that the militia may be well armed, equipped and accoutred, every citizen whose assessment shall amount to the sum of five hundred dollars, that has been, or hereafter shall be enrolled and notified thereof, except as hereinbefore excepted, and all young men under the age of twenty-one years, enrolled agreeably to the second section of this act, shall be exempted from furnishing the necessary arms and accoutrements, and from all militia duties and fines during such minority, except in cases of rebellion or any actual invasion of this State, shall, within a year after the passing of this act, provide himself with a good musket, a sufficient bayonet and belt, two spare flints, and cartouch box, to contain twenty-four cartridges, suited to the bore of his gun, or with a good rifle and shot pouch, and in case of neglect, shall be considered and returned among the absentees. *Provided however*, That every non-commissioned officer and private, who now possesses, or who shall possess, before the expiration of the said year, a musket or firelock, shall be obliged to appear on duty with such musket or firelock, whether his assessment be under or above five hundred dollars, under the penalty for neglect of being considered and returned among the absentees; And after the expiration of the said year, every non-commissioned officer or private, who may not have

Who shall be exempted.

Proviso.

CHAP. XLIX. 1807.

received any public arms, and whose assessment shall not amount to five hundred dollars, but who shall possess a musket or firelock, shall be obliged to appear on duty with such musket or firelock, or be considered and returned as an absentee; the commissioned officers of the infantry shall be armed with a sword or hanger, and espontoon, and those of the artillery with a sword or hanger, a fusee, bayonet and belt, and cartridge box to contain twelve cartridges; the commissioned officers of the troops of horse shall furnish themselves with good horses, of at least fourteen and an half hands high, and shall be armed with a sabre and pair of pistols, the holsters of which shall be covered with bearskin caps; each light horseman or dragoon shall furnish himself with a good horse at least fourteen hands and an half high, a good saddle, bridle, mail pillion, and valise holsters, and a breast plate and crupper, a pair of boots and spurs, a pair of pistols, a sabre, and cartouch box, to contain twelve cartridges for pistols. The artillery, light infantry, grenadiers and horse shall be uniformly clothed in regimentals at their own expense, the colour and fashion to be recommended by the brigadier commanding the brigade to which they shall belong. But the officers and non-commissioned officers and privates of every troop or company of voluntary militia hereafter to be raised, shall be obliged to wear the uniform prescribed by the brigadier, or be considered as not belonging to such company; and all officers hereafter to be commissioned, shall likewise uniform themselves in the manner directed by the major-general; every militia-man shall appear so armed and accoutred, when called out to exercise, or into service, (here it is considered that the public find knapsacks and ammunition) and every man so enrolled as aforesaid, and providing himself with arms, accoutrements, &c. shall hold the same exempt from all suits, distress, executions, or sales for debt or payment of taxes: Each battalion shall be provided with a stand of colours, by the commanding officer of the same, bearing the

*How the officers shall be armed.*

*Artilery, &c. to be uniformly clad at their own expense,*

*and appear armed on days of exercise.*

*Colours, and by whom furnished.*

# LAWS

OF THE

# Commonwealth of Massachusetts,

PASSED AT

THE SEVERAL SESSIONS OF THE GENERAL COURT

HOLDEN IN BOSTON,

BEGINNING 31st MAY, 1809, AND ENDING ON THE 29th FEBRUARY, 1812.

Published agreeably to Resolves passed 20th January, 1808, and 16th January, 1812.



VOL. V.

BOSTON:
PRINTED BY ADAMS, RHOADES, & CO.

1812.

commiſſioned officers or privates, ordered to notify as aforeſaid, and it ſhall not be neceſſary that ſeals be affixed to any orders whatever.

Parents and maſters to equip minors.

SEC. 28. *Be it further enacted*, That all parents, maſters or guardians, ſhall furniſh all minors enrolled in the militia, who ſhall be under their care reſpectively with the arms and equipments, required by this act ; and if any parent, maſter, or guardian, having any minor under his care, enrolled as aforeſaid, ſhall neglect to provide ſuch minor with the arms and equipments, required by this act, he is hereby ſubjected and made liable to the ſame forfeitures, as ſuch minor would be liable to, for a like deficiency or neglect, if ſuch minor were of age : *Provided however*, That ſuch parents, maſters, or guardians as ſhall produce, on or before the firſt Tueſday of May, annually, certificates from the overſeers of the poor of the town or diſtrict in which they reſide, of their inability to provide arms and equipments as aforeſaid, to the commanding officer of the company in which the minor under their care is enrolled, ſhall be exempted from the forfeitures aforeſaid.

No perſon exempted for infirmity, without a certificate.

SEC. 29. *Be it further enacted*, That no non-commiſſioned officer or private of any company ſhall be exempted from military duty on account of bodily infirmity, unleſs he ſhall obtain from the ſurgeon or ſurgeon's mate of the regiment to which he belongs, if either of thoſe officers are commiſſioned in ſuch regiments ; if not, from ſome reſpectable phyſician living within the bounds of the ſame, that he is unable to perform military duty on account of bodily infirmity, the nature of which infirmity is to be deſcribed in ſaid certificate, and the commanding officer of the company may, on the back of ſuch certificate, diſcharge the non-commiſſioned officer or private, named therein, from performing military duty, for ſuch a term of time as he ſhall judge reaſonable, not exceeding one year, which certificate, if approved and counterſigned by the commanding officer of the regiment, or battalion, to which the diſabled non-commiſſioned officer or private belongs, ſhall entitle him to exemption from military duty for the time ſpecified. And any non-commiſſioned officer or private, having obtained a certificate as aforeſaid, and who may be refuſed a diſcharge, or an approval of a diſcharge, as aforeſaid, may apply to the commanding officer of the brigade for a fur-

ther

ther examination of his cafe, and if, on fuch examination, the commanding officer of the brigade fhall be well fatisfied that the bodily infirmity of fuch non-commiffioned officer or private is fuch that he ought to be difcharged, he is hereby authorized to difcharge him from military duty for fuch time as he fhall judge reafonable, not exceeding one year, which being certified by the commanding officer of the brigade on the back of the certificate, fhall difcharge the non-commiffioned officer or private from military duty, for the time fpecified by the commanding officer of the brigade.

SEC. 30. *Be it further enacted*, That if any officer, non-commiffioned officer or private, fhall be killed, or die of wounds received when on any military duty required by this act, his widow, child, or children, fhall receive from the general court fuch relief as fhall be juft and reafonable. And if any officer, non-commiffioned officer, or private, fhall be wounded, or otherwife difabled when on fuch duty, he fhall receive from the general court juft and reafonable relief. **Killed and wounded.**

SEC. 31. *Be it further enacted*, That the commander in chief fhall appoint general courts martial for the trial of all officers above the rank of captain; and the major-generals, or commanding officers of divifions, each within his own divifion, fhall appoint divifion courts-martial for the trial of captains and officers under that rank; and whenever a court martial is ordered, the officer ordering it fhall appoint the prefident and marfhal of the fame; and if it be a general court martial, orders fhall be iffued to fuch divifions as, in the opinion of the commander in chief, may moft conveniently furnifh the members thereof; if it be a divifion court martial, orders fhall be iffued to fuch brigades, regiments, battalions or companies, within the divifion, as in the opinion of the major-general or commanding officer of the divifion, may moft conveniently furnifh the members thereof. The prefident of a general court martial fhall in no cafe be under the rank of brigadier-general, and the prefident of a divifion court martial, fhall in no cafe be under the rank of lieutenant colonel commandant. And whenever the commanding officer of a divifion, brigade, regiment, or battalion, fhall be ordered to furnifh any officer or officers, as member or members, fupernumerary, or fupernumeraries of a **Courts-Martial, how appointed and organized.**

court