UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts, <br><br>Defendants. | CIVIL ACTION NO. 1:25-cv-10389-GAO |

## **PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

Please take notice the above-captioned Plaintiffs respectfully move this Court for the entry of an Order pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, granting summary judgment in their favor, declaring that Massachusetts' laws barring 18-to-20-year-olds from possessing semiautomatic firearms and handguns and from carrying handguns in public for lawful purposes violates the Second and Fourteenth Amendments to the United States Constitution, and enjoining Defendants' enforcement of the same against Plaintiff Escher and the members of Organizational Plaintiffs. Please take further notice that in support of this Motion,

1

Plaintiffs will rely upon a contemporaneously filed brief, statement of undisputed material facts, and attached exhibits.

Dated: November 20, 2025                               Respectfully submitted,

                                                       /s/ David H. Thompson
Jason A. Guida (BBO# 667252)                           David H. Thompson*
Principe & Strasnick, P.C.                             Peter A. Patterson*
17 Lark Avenue                                         William V. Bergstrom*
Saugus, MA 01960                                       COOPER & KIRK, PLLC
(617) 383-4652                                         1523 New Hampshire Ave., N.W.
jason@lawguida.com                                     Washington, D.C. 20036
                                                       Telephone: (202) 220-9600
                                                       Facsimile: (202) 220-9601
                                                       dthompson@cooperkirk.com
                                                       ppatterson@cooperkirk.com
                                                       wbergstrom@cooperkirk.com

                                                       *Admitted *pro hac vice*

## RULE 7.1(2) CERTIFICATION

I hereby certify that counsel for all parties conferred prior to the filing of this motion and attempted in good faith to resolve or narrow the issue.

Respectfully submitted,

*/s/ David H. Thompson*
David H. Thompson

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of November, 2025, I filed the foregoing Motion for Summary Judgment via the Court's CM/ECF appellate system, which will electronically notify all counsel requiring notice.

        Respectfully submitted,

        */s/ David H. Thompson*
        David H. Thompson

        *Counsel for Plaintiffs*