## THE UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC.<br><br>      Plaintiffs,<br><br>      v.<br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts,<br><br>      Defendants. | CIVIL ACTION<br>No. 1:25-cv-10389-GAO |

## <u>NOTICE OF APPEARANCE</u>

Pursuant to Local Rule 83.5.2(a), please enter my appearance on behalf of the Brady Center to Prevent Gun Violence and Giffords Law Center to Prevent Gun Violence as *amici curiae* in the above-captioned matter.

Dated: November 25, 2025          Respectfully Submitted,

                            /s/ *Michelle C. Yau*
                            Michelle C. Yau
                            BBO No. 657236
                            Cohen Milstein Sellers & Toll PLLC
                            1100 New York Ave. NW ● Eighth Floor
                            Washington, DC 20005
                            Tel.: (202) 408-4600

Fax: (202) 408-4699
myau@cohenmilstein.com

*Attorney for Amici Curiae Brady Center to Prevent Gun Violence and Giffords Law Center to Prevent Gun Violence*

## <u>CERTIFICATE OF SERVICE</u>

I certify that this document and attachment, filed through the Court's CM/ECF system, will be sent electronically to the registered participants in this matter as identified on the Notice of Electronic Filing.

Dated: November 25, 2025          /s/ *Michelle C. Yau*
                                   Michelle C. Yau