UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC.<br><br>                     Plaintiffs,<br><br>v.<br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts,<br><br>                     Defendants. | CIVIL ACTION<br>No. 1:25-cv-10389-GAO |

## **JOINT MOTION FOR EXTENSION OF TIME TO FILE REPLY BRIEF**

All parties hereby jointly move for a three-week extension of their deadline to file reply briefs in support of their respective motions for summary judgment (i.e., until **January 23, 2026**):

1. Pursuant to the operative scheduling order, all parties filed motions for summary judgment on November 20, 2025, and the parties filed their respective opposition briefs on December 18, 2025.

2. Pursuant to Local Rule 56.1, the parties' reply briefs in support of their respective motions for summary judgment are currently due on January 2, 2026.

3. In light of the end-of-year holidays and other competing case deadlines, the parties agree that a three-week extension of their current deadline to file reply briefs is warranted.

4. This extension will not prejudice any party and will not affect any other current case deadline.

WHEREFORE, the parties respectfully request that the Court extend the parties' current deadline to file reply briefs in support of their respective motions for summary judgment until January 23, 2026.

Defendant,
Heath J. Eldredge, in his official capacity as the Chief of Police of Brewster, Massachusetts,

By his attorneys,

*/s/ Douglas I. Louison*
Douglas I. Louison (BBO# 545191)
Joseph A. Mongiardo (BBO# 710670)
Louison, Costello, Condon & Pfaff, LLP
Ten Post Office Square, Suite 1330
Boston, MA 02109
dlouison@lccplaw.com
jmongiardo@lccplaw.com
(617) 439-0305

Plaintiffs,

Mack Escher, Gun Owners' Action League, Commonwealth Second Amendment, Firearms Policy Coalition, Inc., Second Amendment Foundation, National Rifle Association of America, and Gun Owners of America, Inc,

By their attorneys,

/s/ David H. Thompson
Jason Guida (BBO# 667252)
Law Office of Jason A. Guida
17 Lark Avenue
Saugus, MA 01906
(617) 383-4652
jason@lawguida.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*
COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220-9601
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Pro hac vice forthcoming
Attorneys for Plaintiffs

Defendants,
Colonel Geoffrey,
Commissioner Jaime Gagnon

By their attorneys,

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Aaron Macris
Grace Gohlke, Esq.
Aaron Macris, Esq.
Assistant Attorneys General
Massachusetts Attorney General's Office
McCormack Building
One Ashburton Place
Boston, MA 02108
617-963-2527
grace.gohlke@mass.gov
aaron.macris@mass.gov

December 29, 2025

3