**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

**Mark Escher et al.,**

Plaintiffs

**v.**

**Civil Action No. 1:25-10389-GAO**

**Gun Owners Action League, Inc. et al.,**

Defendants

**JUDGMENT IN A CIVIL CASE**

O'TOOLE U.S.D.J.

**IT IS ORDERED AND ADJUDGED:**

In accordance with the court's OPINION AND ORDER (Dkt. No. 69), dated August 21, 2026, the defendants' motions for Summary Judgment (Dkt. Nos. 39 and 53) are GRANTED.

**Judgment shall enter for the defendants.**

ROBERT M. FARRELL
CLERK OF COURT

Dated: 8/24/2026

/s/ Flaviana de Oliveira
Deputy Clerk