# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC., | CIVIL ACTION NO. 1:25-cv-10389-GAO |
| Plaintiffs, | |
| v. | |
| COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts, | |
| Defendants. | |

**DECLARATION OF LOLA CRISP**

I, Lola Crisp, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am 17 years of age, competent to testify, and have personal knowledge of the matters stated herein.

2. I am an American citizen and a resident of West Barnstable, Massachusetts.

3. I am a member of each of the organizations that are plaintiffs in this case.

4. Other than my age, there is nothing that disqualifies me from possessing or carrying firearms.

5. I hold a Massachusetts firearm identification card, which permits me to own non-semiautomatic and non-handgun firearms. I do not, however, own any firearms personally.
6. I desire to own a semiautomatic shotgun and a handgun. Upon turning 18 I would, if it were lawful for me to do so, possess a semiautomatic shotgun and use it for hunting. Upon turning 18 I would also, if it were lawful for me to do so, possess a handgun and carry it, on occasion, in public for self-defense.
7. However, when I turn 18, I will still be unable to do either of those things because I will not be eligible for a license to carry and Massachusetts requires me to possess such a license before I can own either a semiautomatic shotgun or a handgun.
8. If not for the laws requiring licensees to be 21 years old, I would apply for and acquire a license to carry, and thereafter lawfully acquire a semiautomatic shotgun and handgun and on occasion carry a handgun for self-defense in public

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on July 9, 2026

Lola Crisp

Lola Crisp