UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK ESCHER et al.,

Plaintiffs,

v.

COLONEL GEOFREY NOBLE, et al.,

Defendants.

CIVIL ACTION
No.1:25-CV-10389-GAO

**NOTICE OF APPEARANCE**

Please enter my appearance in the above-captioned matter for Jean Challies, in her official capacity as Chief of Police of the Town of Barnstable.

Respectfully submitted,

*/s/ Jan M. Kendrick*________
Jan M. Kendrick (BBO 678806)
Assistant Town Attorney
Town of Barnstable
367 Main Street
Hyannis, MA 02601
508.862.4620
Jan.kendrick@barnstable.gov

Dated: November 23, 2026.

**CERTIFICATE OF SERVICE**

I certify that, on November 23, 2026, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

*/s/ Jan M. Kendrick*___
Jan M. Kendrick