UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MACK ESCHER; GUN OWNERS' ACTION LEAGUE; COMMONWEALTH SECOND AMENDMENT; FIREARMS POLICY COALITION, INC.; SECOND AMENDMENT FOUNDATION; NATIONAL RIFLE ASSOCIATION OF AMERICA; and GUN OWNERS OF AMERICA, INC.<br><br>Plaintiffs,<br><br>v.<br><br>COLONEL GEOFFREY NOBLE, in his official capacity as Superintendent of the Massachusetts State Police and of the Commonwealth of Massachusetts; JAMIE GAGNON, in his official capacity as the Commissioner of the Department of Criminal Justice Information Services; and HEATH J. ELDREDGE, in his official capacity as the Chief of Police of Brewster, Massachusetts,<br><br>Defendants. | CIVIL ACTION<br>No. 1:25-cv-10389-GAO |

**ASSENTED-TO MOTION TO CONTINUE TELEPHONE CONFERENCE**

Pursuant to Local Rule 40.3, Plaintiffs Mack Escher, Gun Owners' Action League, Commonwealth Second Amendment, Firearms Policy Coalition, Inc., Second Amendment Foundation, National Rifle Association of America, and Gun Owners of America, Inc., through counsel, respectfully moves to continue the telephone conference currently scheduled for the 2nd day of December 2026, at 11:15 AM, as set by the Court's Electronic Notice of Hearing dated November 20, 2026 (ECF No. 75). Counsel for the State and for Defendant Challies consent to the requested continuance. As grounds, petitioner's counsel states:

1. On, the 20th day of November 2026, the Court issued an Electronic Notice setting a telephone conference for the 2nd day of December 2026, at 11:15 AM.
2. Plaintiffs' counsel is scheduled to appear on the morning of December 2, 2026 for oral argument in *Viramontes, et al. v. Cook County, Illinois, et al.*, No. 25-238, before the Supreme Court of the United Sates. Mr. Patterson will be presenting argument in *Viramontes* and both Mr. Thompson and Mr. Bergstrom will be in attendance with him.
3. In light of this conflict, Plaintiffs respectfully request that the Court reset the scheduled teleconference for another date.
4. This request is made in good faith, not for delay, and with the consent of Defendants.

WHEREFORE, Plaintiffs respectfully request that the Court continue the telephone conference.

Respectfully Submitted,

Plaintiffs,
Mack Escher, Gun Owners' Action League, Commonwealth Second Amendment, Firearms Policy Coalition, Inc., Second Amendment Foundation, National Rifle Association of America, and Gun Owners of America, Inc.,

By their attorneys,

*/s/ David H. Thompson*

Jason Guida (BBO# 667252)
Law Office of Jason A. Guida
17 Lark Avenue
Saugus, MA 01906
(617) 383-4652
jason@lawguida.com

David H. Thompson*
Peter A. Patterson*
William V. Bergstrom*

COOPER & KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 220-9600
Facsimile: (202) 220=9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com
wbergstrom@cooperkirk.com
*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

Dated: November 20, 2026

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that on November 20, 2026, I conferred with counsel for the State by email in good faith on the issue presented by this motion, and that counsel for the State assents to the relief requested. I further certify that on November 23, 2026, I conferred with counsel for Jean Challies by phone in good faith on the issue presented by this motion, and that counsel for Challies assents to the relief requested.

*/s/ David H. Thompson*
David H. Thompson

**CERTIFICATE OF SERVICE**

I certify that on November 23, 2026, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of Massachusetts using the CM/ECF system and served all counsel of record via the CM/ECF system.

*/s/ David H. Thompson*
David H. Thompson