UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MARK ESCHER et al.,

Plaintiffs,

v.

COLONEL GEOFREY NOBLE, et al.,

Defendants.

CIVIL ACTION
No.1:25-CV-10389-GAO

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR JEAN CHAILLES, AS CHIEF OF POLICE FOR THE TOWN OF BARNSTABLE, TO FILE A RESPONSE TO PLAINTIFFS' MOTION TO ALTER OR AMEND THE JUDGMENT**

Jeane Chaillies, as Chief of Police for the Town of Barnstable, with the Plaintiffs' assent, respectfully requests that this Honorable Court extend the time available to her to file a response to the Plaintiffs' Motion to Alter or Amend the Judgment—from December 2, 2026 to December 9, 2026. This case involves a facial challenge to the constitutionality of a Massachusetts firearm licensing law that prohibits individuals between the ages of eighteen and twenty from acquiring and carrying handguns and semi-automatic weapons. Summary Judgment has entered in favor of the Defendants. The Plaintiffs now seek to amend the judgment to join a new Plaintiff to replace the existing individual Plaintiff, to whom the law no longer applies. Because the new individual Plaintiff resides in the Town of Barnstable, the Plaintiffs seek to join Chief Chailles, as the Chief of Police for the Town of Barnstable. Due to the undersigned counsel's existing professional obligations, and the unique procedural issues inherent in the Plaintiffs' Motion, Chief Chailles respectfully requests that this Court grant her a brief extension of time to research and consider the applicable legal issues, as needed to prepare a response. The undersigned counsel has conferred with Plaintiffs' counsel, who assented to this request.

**WHEREFORE**, Chief Chailles respectfully requests that this Honorable Court grant an extension of time to respond to the Plaintiffs' Motion to Alter or Amend the Judgment by seven days—to December 9, 2026.

Respectfully submitted,

Jean Chaillies, Chief of Police for the Town of Barnstable,

*/s/ Jan M. Kendrick*________

Jan M. Kendrick (BBO # 678806)
Assistant Town Attorney
Town of Barnstable
367 Main Street
Hyannis, MA 02601
508.862.4620
Jan.kendrick@barnstable.gov

**CERTIFICATE OF SERVICE**

I certify that, on November 25, 2026, this document was filed through the Electronic Case Filing (ECF) system and thus copies of this document will be sent electronically to the registered participants identified on the Notice of Electronic Filing (NEF).

*/s/ Jan M. Kendrick*___
Jan M. Kendrick